**Case No. 24-6936**

*In the*

# United States Court of Appeals

*for the*

# Ninth Circuit

TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company,
*Plaintiff-Appellant,*

and

T.A. STUDIO NEW YORK, LLC, a California limited liability company,
*Plaintiff,*

v.

MEGAN ROUP; THE SCULPT SOCIETY, LLC, a California limited liability company,
*Defendants-Appellees.*

_____

*On Appeal from the United States District Court for the Central District of California (Los Angeles),
Case No.* 2:22-cv-04735-PSG-E • *The Honorable Philip S. Gutierrez, District Judge*

## EXCERPTS OF RECORD
## INDEX VOLUME

STANLEY J. PANIKOWSKI
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619.699.2643
stanley.panikowski@us.dlapiper.com

GINA DURHAM
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: 415.836.2506
gina.durham@us.dlapiper.com

KRISTINA FERNANDEZ MABRIE
**DLA PIPER LLP (US)**
2000 Ave. of the Stars, Suite 400, N. Tower
Los Angeles, CA 90067
Tel: 310.595.3136
kristina.fernandezmabrie@us.dlapiper.com

*Attorneys for Appellant
Tracy Anderson Mind and Body, LLC*


COUNSEL PRESS · (213) 680-2300

PRINTED ON RECYCLED PAPER 

# TABLE OF CONTENTS

| Docket Entry | Description | Page |
|---|---|---|
| | **Volume 1 of 3 – Pages 1 to 13** | |
| 104 | Judgment in Favor of Defendants, Filed October 17, 2024 | 2 |
| 100 | Order granting in part and denying in part Defendants' motion for summary judgment, Filed June 12, 2024 | 5 |
| | **Volume 2 of 3 – Pages 14 to 297** | |
| 84-3 | Compendium of Exhibits in Support of Plaintiffs' Opposition to Defendants' Motion for Full or Partial Summary Judgment, Filed May 20, 2024 | 15 |
| |     Declaration of Gina Durham | 19 |
| |     Exhibit A: Transcript Excerpts re Deposition of Tracy Anderson (in her individual and representative capacities for Plaintiffs TANY and TAMB), Taken on February 16, 2024 [non-confidential portions only] | 24 |
| |     Exhibit B: Transcript Excerpts re Deposition of Maria Kelling (in her representative capacities for Plaintiffs TANY and TAMB), Taken on February 15, 2024 | 59 |
| |     Exhibit F: Confirmatory Copyright Assignment Agreement entered into on May 14, 2024 and effective *nunc pro tunc* as of October 28, 2014 by Tracy Anderson Private Training LLC and Tracy Anderson Mind and Body, LLC | 92 |
| |     Exhibit G: Screenshot of "The Tracy Anderson Method" page from Tracy Anderson's website at https://tracyanderson.com/studio/the-way/ | 96 |
| |     Exhibit T: Certificate of Revival of Tracy Anderson Private Training, EEC filed with the Delaware Secretary of State on May 9, 2024 | 101 |
| 83-3 | Declaration of Maria Kelling in Support of Plaintiffs' Opposition to Defendants' Motion for full or Partial Summary Judgment, Filed May 20, 2024 [redacted] | 104 |

i

| | | |
|---|---|---|
| 71 | Notice of Lodging of Video Exhibits in Support of Defendants' Motion for Full or Partial Summary Judgment, Filed April 19, 2024 | 120 |
| 70-4 | Request for Judicial Notice in Support of Defendants Megan Roup and The Sculpt Society, LLC's Motion for Full or Partial Summary Judgment, Filed April 19, 2024 | 125 |
| 69-3 | Compendium of Exhibits in Support of Defendants' Motion for Full or Partial Summary Judgment, Filed April 19, 2024 | 128 |
| | Declaration of Nathaniel L. Bach | 132 |
| | Exhibit 4: Exhibit 89 to the February 16, 2024 deposition of Tracy Anderson (webpage titled "Fitness Pioneer" from Anderson's website) | 137 |
| | Exhibit 5: Exhibit 82 to the February 16, 2024 deposition of Tracy Anderson (webpage titled "Metamorphosis 90 Day – Glutecentric") | 143 |
| | Exhibit 6: Exhibit 83 to the February 16, 2024 deposition of Tracy Anderson (webpage titled "Understanding Your Body Type") | 147 |
| | Exhibit 7: Exhibit 84 to the February 16, 2024 deposition of Tracy Anderson (webpage titled "Mat Workout") | 149 |
| | Exhibit 8: Exhibit 85 to the February 16, 2024 deposition of Tracy Anderson (webpage titled "Perfect Design Series Set (I-III Sequences)) | 152 |
| | Exhibit 9: Exhibit 87 to the February 16, 2024 deposition of Tracy Anderson (webpage titled "Precision Toning") | 155 |
| | Exhibit 10: Exhibit 86 to the February 16, 2024 deposition of Tracy Anderson (webpage titled "Unleash Your Inner Pop Star") | 159 |
| | Exhibit 12: Plaintiff Tracy Anderson Mind and Body, LLC's Objections and Responses to Defendants Megan Roup and The Script Society's First Set of Requests for Admission | 162 |
| | Exhibit 13: Plaintiff Tracy Anderson Mind and Body, LLC's Second Supplemental Responses to Defendant Megan Roup's First Set of Interrogatories | 169 |

|  |  |  |
|---|---|---|
|  | Exhibit 17: 17 copyright registration certificates for the DVDs of TA Works listed in Attachment A of the FAC (produced by Plaintiffs) | 183 |
|  | Exhibit 18: 2 copyright registration certificates for the DVDs of TA Works listed in Attachment A of the FAC (not produced by Plaintiffs) | 201 |
|  | Exhibit 19: Summary Chart of U.S. Copyright Registration Certificates of TA Works (FRE 1006) | 206 |
| 25 | Defendants Megan Roup and The Sculpt Society, LLC's Amended Answer to Plaintiffs' First Amended Complaint, Filed February 8, 2023 | 210 |
| 20 | Order re Motion to Dismiss and Motion to Strike, Filed December 12, 2022 | 227 |
| 12 | First Amended Complaint, Filed September 13, 2022 | 254 |
|  | Attachment A: List of Tracy Anderson Mind and Body, LLC's Copyright Registrations | 276 |
| 105 | Plaintiffs' Notice of Appeal, Filed November 13, 2024 | 279 |
| — | Civil Docket for Case No. 2:22-cv-04735-PSG-E United States District Court, Central District of California (Western Division – Los Angeles) | 283 |

**Volume 3 of 3 – Pages 298 to 305**
**(FILED UNDER SEAL)**

|  |  |  |
|---|---|---|
| 84-3 | Excerpt from Compendium of Exhibits in Support of Plaintiffs' Opposition to Defendants' Motion for Full or Partial Summary Judgment, Filed May 20, 2024 | — |
|  | Exhibit E: The Contribution and Exchange Agreement between Bubi & Babe Exercise, Inc. and Tracy Anderson Mind and Body, LLC, dated June 1, 2011 | 299 |