## Case No. 24-6936

*In the*

# United States Court of Appeals

*for the*

# Ninth Circuit

TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company,
*Plaintiff-Appellant,*

and

T.A. STUDIO NEW YORK, LLC, a California limited liability company,
*Plaintiff,*

v.

MEGAN ROUP; THE SCULPT SOCIETY, LLC, a California limited liability company,
*Defendants-Appellees.*

*On Appeal from the United States District Court for the Central District of California (Los Angeles),*
*Case No. 2:22-cv-04735-PSG-E • The Honorable Philip S. Gutierrez, District Judge*

## EXCERPTS OF RECORD
## Volume 2 of 3 – Pages 14 to 297

STANLEY J. PANIKOWSKI
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619.699.2643
stanley.panikowski@us.dlapiper.com

KRISTINA FERNANDEZ MABRIE
**DLA PIPER LLP (US)**
2000 Ave. of the Stars, Suite 400, N. Tower
Los Angeles, CA 90067
Tel: 310.595.3136
kristina.fernandezmabrie@us.dlapiper.com

GINA DURHAM
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: 415.836.2506
gina.durham@us.dlapiper.com

*Attorneys for Appellant*
*Tracy Anderson Mind and Body, LLC*


COUNSEL PRESS · (213) 680-2300                PRINTED ON RECYCLED PAPER 

| | | |
|---|---|---|
| 1 | **DLA PIPER LLP (US)** | UNREDACTED |
| | GINA DURHAM (SBN 295910) | VERSION OF |
| 2 | *gina.durham@us.dlapiper.com* | DOCUMENT |
| | 555 Mission Street | |
| 3 | Suite 2400 | PROPOSED |
| | San Francisco, California 94105-2933 | TO BE FILED |
| 4 | Tel:   415.836.2500 | UNDER SEAL |
| | Fax:   415.836.2501 | |

5

JASON TAYLOR LUEDDEKE (SBN 279242)
6   *jason.lueddeke@us.dlapiper.com*
    KRISTINA FERNANDEZ MABRIE (SBN 318315)
7   *kristina.fernandezmabrie@us.dlapiper.com*
    2000 Avenue of the Stars
8   Suite 400 North Tower
    Los Angeles, California 90067-4735
9   Tel:   310.595.3066
    Fax:   310.595.3326

10
    Attorneys for Plaintiffs
11  TRACY ANDERSON MIND AND BODY, LLC
    and T.A. STUDIO NEW YORK LLC
12

13              **UNITED STATES DISTRICT COURT**

14              **CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 15 | TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company, | Case No.  2:22-cv-04735-PSG |
| 16 | | Hon. Philip S. Gutierrez |
| 17 | | **COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFFS'** |
| 18 | Plaintiffs, | **OPPOSITION TO DEFENDANTS' MOTION FOR FULL OR** |
| 19 | v. | **PARTIAL SUMMARY JUDGMENT** |
| 20 | MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company, | Hearing Date: June 7, 2024 |
| 21 | | Hearing Time: 1:30 p.m. Location: 6A |
| 22 | | |
| 23 | Defendants. | Action Filed:      July 11, 2022 FAC Filed:        Sept. 13, 2022 |
| 24 | | Trial Date:        Nov. 14, 2024 |

25

26

27

28

1609965045.2

COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT
CASE NO.  2:22-CV-04735-PSG

1      Plaintiffs Tracy Anderson Mind and Body, LLC ("TAMB") and T.A.

2 Studio New York LLC ("TANY," and collectively, "Plaintiffs") submit this

3 Compendium of Evidence in support of their Opposition to Defendants' Motion

4 for Full or Partial Summary Judgment.

| DESCRIPTION | EXHIBIT |
|---|---|
| **Declaration of Gina Durham** | |
| Excerpts of the February 16, 2024 deposition transcript of Tracy Anderson (in her individual and representative capacities for Plaintiffs TANY and TAMB) | **A** |
| Excerpts of the February 15, 2024 deposition transcript of deposition of Maria Kelling (in her individual and representative capacities for Plaintiffs TANY and TAMB) | **B** |
| Excerpts of January 31, 2024 deposition transcript of Megan Roup (in her individual and representative capacity for Defendant TSS) | **C** |
| Excerpts of the January 18, 2024 deposition transcript of Matthew Liotine | **D** |
| The Contribution and Exchange Agreement between Bubi & Babe Exercise, Inc. and Tracy Anderson Mind and Body, LLC dated June 1, 2011 | **E** |
| Confirmatory Copyright Assignment Agreement between Tracy Anderson Private Training, LLC and Tracy Anderson Mind and Body, LLC dated May 14, 2024 effective *nunc pro tunc* as of October 28, 2014 | **F** |
| Screenshot of "The Tracy Anderson Method" page at https://tracyanderson.com/studio/the-way/ | **G** |
| Exhibit 34 to the January 31, 2024 deposition of Megan Roup [Email correspondence between Megan Roup and Mark Mullet on February 17, 2017 (MR-TSS_000017)] | **H** |

| | | |
|---|---|---|
| Exhibit 39 to the January 31, 2024 deposition of Megan Roup [Email correspondence between Megan Roup and Kristy Discipio regarding the TSS Equinox trainer manual dated June 28, 2018 (MR_TSS_003858)] | | **I** |
| Exhibit 41 to the January 31, 2024 deposition of Megan Roup [Mini.com article titled "Fueled by her love for movement and feel good workouts, Celebrity Fitness Trainer and Founder of The Sculpt Society MEGAN ROUP continues to grow her sculpt dance cardio community alongside her family, having welcomed her first child, daughter Harlow, last year" (MR-TSS_006188)] | | **J** |
| Exhibit 36 to the January 31, 2024 deposition of Megan Roup [Email correspondence between Megan Roup and Marcy Callahan dated April 22, 2017 (MR-TSS_000710)] | | **K** |
| Exhibit 7 to the January 18, 2014 deposition of Matthew Liotine [Email correspondence between Megan Roup and Matthew Liotine regarding "write-ups + music" dated November 30, 2019 (LIOTINE-000004)] | | **L** |
| Email correspondence between Megan Roup and Ashley Mills dated February 13, 2017 produced by Defendants in discovery (MR-TSS_004068) | | **M** |
| TSS videos that Plaintiffs identified as examples of Defendants' Works which contain content that infringes on TAMB's copyrighted works (Lodged) | | **N** |
| Screenshot of The Sculpt Society page at https://thesculptsociety.com/pages/our-classes | | **O** |
| Exhibit 20 to the January 31, 2024 deposition of Megan Roup [Email correspondence sent to Megan Roup from Maria Davidson dated May 4, 2016 distributing the TANY Employee Handbook and documents included in TANY's Trainer Manual] | | **P** |
| Exhibit 22 to the January 31, 2024 deposition of Megan Roup in (her individual and representative capacity for Defendant TSS) – The TA Method Trainers Cueing Protocol | | **Q** |

| | | |
|---|---|---|
| Email correspondence between Megan Roup and studioflatiron@gmail.com dated February 20, 2017 produced by Defendants in discovery (MR-TSS_004094) | R | |
| Copies of TSS write-ups produced by Defendants in discovery (MR-TSS_003813, MR-TSS_005755, MR-TSS_005759, MR-TSS_005846, MR-TSS_006712) | S | |
| Delaware Secretary of State Certificate of Revival of Tracy Anderson Private Training, LLC | T | |
| **Declaration of Maria Kelling** | | |
| Emails disseminating write-ups to TANY trainers, including Megan Roup | 1 | |
| Emails disseminating videos links to TANY trainers, including Megan Roup | 2 | |
| Example of emails sent to TANY trainers, including Megan Roup regarding confidential information related to the structure, form, and process that goes into creating a class | 3 | |
| Emails discussing confidential clients and files sent TANY trainers, including Megan Roup | 4 | |
| Emails reminding TANY trainers, including Megan Roup of their responsibility to keep confidential TANY proprietary information | 5 | |

Dated: May 17, 2024

DLA PIPER LLP (US)

By: /s/ Gina Durham
GINA DURHAM
JASON T. LUEDDEKE
KRISTINA FERNANDEZ MABRIE

Attorneys for Plaintiffs
TRACY ANDERSON MIND AND
BODY, LLC and T.A. STUDIO
NEW YORK LLC

4
COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:22-CV-04735-PSG

1  **DLA PIPER LLP (US)**
   GINA DURHAM (SBN 295910)
2  *gina.durham@us.dlapiper.com*
   555 Mission Street
3  Suite 2400
   San Francisco, California 94105-2933
4  Tel:   415.836.2500
   Fax:   415.836.2501
5
   JASON TAYLOR LUEDDEKE (SBN 279242)
6  *jason.lueddeke@us.dlapiper.com*
   KRISTINA FERNANDEZ MABRIE (SBN 318315)
7  *kristina.fernandezmabrie@us.dlapiper.com*
   2000 Avenue of the Stars
8  Suite 400 North Tower
   Los Angeles, California 90067-4735
9  Tel:   310.595.3066
   Fax:   310.595.3326
10
   Attorneys for Plaintiffs
11 TRACY ANDERSON MIND AND BODY, LLC and
   T.A. STUDIO NEW YORK LLC
12

UNREDACTED
VERSION OF
DOCUMENT
PROPOSED
TO BE FILED
UNDER SEAL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| 15  TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company, | Case No.  2:22-cv-04735-PSG |
| 16 | Hon. Philip S. Gutierrez |
| 17                    Plaintiffs, | **DECLARATION OF GINA DURHAM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT** |
| 18             v. | |
| 19  MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company, | |
| 20 | |
| 21                    Defendants. | Hearing Date: June 7, 2024 Hearing Time: 1:30 p.m. Location: 6A |
| 22 | |
| 23 | Action Filed:    July 11, 2022 FAC Filed:       Sept. 13, 2022 Trial Date:       Nov. 14, 2024 |
| 24 | |

25

26

27

28

DECLARATION OF GINA DURHAM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT
CASE NO.  2:22-CV-04735-PSG

19

I, Gina Durham, hereby declare as follows:

1.      I am an attorney at the law firm of DLA Piper LLP (US), counsel of record for Plaintiffs Tracy Anderson Mind and Body, LLC ("TAMB") and T.A. Studio New York LLC ("TANY," collectively "Plaintiffs") in this action. I submit this declaration in support of Plaintiffs' Opposition to Defendants Megan Roup ("Roup") and The Sculpt Society LLC's ("TSS," collectively "Defendants") Motion for Full or Partial Summary Judgment. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the transcript of the deposition of Tracy Anderson (in her individual and representative capacities for Plaintiffs TANY and TAMB) which I attended on February 16, 2024. (While the exhibit transcript reflects a "Highly Confidential – AEO" designation, Plaintiffs subsequently redesignated the transcript non-confidential except for certain portions designated as confidential or highly confidential.)

3.      Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the transcript of the deposition of Maria Kelling (in her representative capacities for Plaintiffs TANY and TAMB) which I attended on February 15, 2024.

4.      Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the transcript of the deposition of Megan Roup (in her individual and representative capacity for Defendant TSS) which I took in this action on January 31, 2024.

5.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the transcript of the deposition of Matthew Liotine which I attended on January 18, 2024.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the Contribution and Exchange Agreement entered into on June 1, 2011 by Bubi &

1   Babe Exercise, Inc. and Tracy Anderson Mind and Body, LLC, which was located

2   on April 26, 2024. At the time of the initial document production and relevant

3   deposition, the relevant documents from 2011 had not yet been located despite

4   diligent efforts by Plaintiffs. Since that time, this document relevant to the transfer

5   of TA Works previously owned by Bubu & Babe Exercise, Inc. to TAMB was

6   located. Section 1 states that Bubi & Babe Exercise, Inc. contributed its tangible and

7   intangible assets to Bubi & Babe Exercise, LCC, which in turn contributed them to

8   TAMB. This Agreement was produced to Defendants in discovery

9   (PLTFS0006915).

10     7.     Attached hereto as **Exhibit F** is a true and correct copy of the

11  Confirmatory Copyright Assignment Agreement entered into on May 14, 2024 and

12  effective *nunc pro tunc* as of October 28, 2014 by Tracy Anderson Private Training,

13  LLC and Tracy Anderson Mind and Body, LLC which was produced to Defendants

14  in discovery (PLTFS0006921).

15     8.     Attached hereto as **Exhibit G** is a true and correct copy of a screenshot

16  of "The Tracy Anderson Method" page from Tracy Anderson's website at

17  https://tracyanderson.com/studio/the-way/. The screenshot was taken on May 16,

18  2024.

19     9.     Attached hereto as **Exhibit H** is a true and correct copy of Exhibit 34 to

20  the January 31, 2024 deposition of Megan Roup (in her individual and

21  representative capacity for Defendant TSS) – Email correspondence between Megan

22  Roup and Mark Mullett on February 17, 2017 (MR-TSS_000017).

23     10.    Attached hereto as **Exhibit I** is a true and correct copy of Exhibit 39 to

24  the January 31, 2024 deposition of Megan Roup (in her individual and

25  representative capacity for Defendant TSS) – Email correspondence between Megan

26  Roup and Kristy Discipio regarding the TSS Equinox Trainer Manual on June 28,

27  2018 (MR_TSS_003858).

28

11.     Attached hereto as **Exhibit J** is a true and correct copy of Exhibit 41 to the January 31, 2024 deposition of Megan Roup (in her individual and representative capacity for Defendant TSS) – Mini.com article titled "Fueled by her love for movement and feel good workouts, Celebrity Fitness Trainer and Founder of The Sculpt Society *MEGAN ROUP* continues to grow her sculpt dance cardio community alongside her family, having welcomed her first child, daughter Harlow, last year" (MR-TSS_006188).

12.     Attached hereto as **Exhibit K** is a true and correct copy of Exhibit 36 to the January 31, 2024 deposition of Megan Roup (in her individual and representative capacity for Defendant TSS) – Email correspondence between Megan Roup and Marcy Callahan on April 22, 2017 (MR-TSS_000710).

13.     Attached hereto as **Exhibit L** is a true and correct copy of Exhibit 7 to the January 18, 2024 deposition of Matthew Liotine – Email correspondence between Megan Roup and Matthew Liotine regarding "write-ups + music" on November 30, 2019 (LIOTINE-000004).

14.     Attached hereto as **Exhibit M** is a true and correct copy of email correspondence between Megan Roup and Ashley Mills on February 13, 2017 which was produced by Defendants in discovery (MR-TSS_004068).

15.     Attached hereto as **Exhibit N** are true and correct copies of the TSS videos that Plaintiffs identified as examples of Defendants' Works which contain content that infringes on TAMB's copyrighted works in Plaintiff TAMB's Second Supplemental Response to Defendant Megan Roup's First Set of Interrogatories. These videos have been submitted concurrently with a separately filed Notice of Lodging.

16.     Attached hereto as **Exhibit O** is a true and correct copy of a screenshot of The Sculpt Society website at https://thesculptsociety.com/pages/our-classes. The screenshot was taken on May 16, 2024.

4

DECLARATION OF GINA DURHAM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:22-CV-04735-PSG

17. Attached hereto as **Exhibit P** is a true and correct copy of Exhibit 20 to the January 31, 2024 deposition of Megan Roup (in her individual and representative capacity for Defendant TSS) – Email correspondence sent to Megan Roup from Maria Davidson on May 4, 2016, distributing the TANY Employee Handbook and documents included in TANY's Trainer Manual.

18. Attached hereto as **Exhibit Q** is a true and correct copy of Exhibit 22 to the January 31, 2024 deposition of Megan Roup (in her individual and representative capacity for Defendant TSS) – The TA Method Trainers Cueing Protocol.

19. Attached hereto as **Exhibit R** is a true and correct copy of email correspondence between Megan Roup and studioflatiron@gmail.com on February 20, 2017 which was produced by Defendants in discovery (MR-TSS_004094).

20. Attached hereto as **Exhibit S** are true and correct copies of TSS write-ups which were produced by Defendants in discovery (MR-TSS_003813, MR-TSS_005755, MR-TSS_005759, MR-TSS_005846, MR-TSS_006712).

21. Attached hereto as **Exhibit T** is a true and correct copy of the Certificate of Revival of Tracy Anderson Private Training, LLC filed with the Delaware Secretary of State on May 9, 2024. This document is publicly available on the Delaware Secretary of State website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 17, 2024, at Moraga, California.

_____
GINA DURHAM

DECLARATION OF GINA DURHAM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT
CASE NO.  2:22-CV-04735-PSG

23

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT A

Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 11 of 588
Page ID #:3722

TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                              1

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3
   TRACY ANDERSON MIND AND BODY,   )
 4 LLC, a Delaware limited         )
   liability company; and T.A.     )
 5 STUDIO NEW YORK LLC, a          )
   California limited liability    )  Case No.
 6 company,                        )  2:22-cv--04735-PSG-E
                                   )
 7          Plaintiffs,            )
                                   )
 8      vs.                        )
                                   )
 9 MEGAN ROUP, an individual; and  )
   THE SCULPT SOCIETY, LLC, a      )
10 California limited liability    )
   company,                        )
11                                 )
            Defendants.            )
12 _____)

13

14

15

16       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

17       VIDEOTAPED DEPOSITION OF TRACY ANDERSON

18              LOS ANGELES, CALIFORNIA

19             FRIDAY, FEBRUARY 16, 2024

20             9:49 A.M. - 4:27 P.M.

21

22

23
   STENOGRAPHICALLY REPORTED BY:
24 CHERYL ASADA
   CA CSR NO. 13496
25 JOB NO. J10918452
```



800.211.DEPO (3376)
EsquireSolutions.com

Case 2:22-cv-04735-PSG-E  Document 84-3 (Ex Parte)  Filed 05/20/24  Page 12 of 588
Page ID #:3723

TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                                2

```
 1              HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

 2          VIDEOTAPED DEPOSITION OF TRACY ANDERSON,

 3          TAKEN AT 2000 AVENUE OF THE STARS, SUITE 400,

 4          LOS ANGELES, CALIFORNIA, COMMENCING AT

 5          9:49 A.M. AND CONCLUDING AT 4:27 P.M., ON

 6          FRIDAY, FEBRUARY 16, 2024, BEFORE CHERYL

 7          ASADA, CALIFORNIA CERTIFIED SHORTHAND

 8          REPORTER NO. 13496.

 9

10                         *  *  *

11

12   A P P E A R A N C E S:

13

14       FOR THE PLAINTIFFS TRACY ANDERSON MIND AND BODY,
         LLC, AND T.A. STUDIO NEW YORK LLC:
15
             DLA PIPER (US)
16           By:  GINA DURHAM, Esq.
             555 Mission Street, Suite 2400
17           San Francisco, California  94105
             (415) 836-2500
18           gina.durham@us.dlapiper.com

19               -and-

20
             DLA PIPER (US)
21           By:  KRISTINA FERNANDEZ MABRIE, Esq.
                  MATTHEW GRUENBERG, Esq.
22                (Appearing via videoconference)
             2000 Avenue of the Stars, Suite 400
23           Los Angeles, California  90067
             (310) 595-3000
24           kristina.fernandezmabrie@us.dlapiper.com
             matthew.gruenberg@dlapiper.com
25
```



26

TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                                    3

```
 1    A P P E A R A N C E S  (CONTINUED):

 2

 3        FOR THE DEFENDANT MEGAN ROUP AND THE SCULPT
          SOCIETY, LLC:
 4
              MANATT, PHELPS, & PHILLIPS, LLP
 5            By:  NATHANIEL L. BACH, Esq.
                   ANDREA D. GONZALEZ, Esq.
 6                 (Appearing via videoconference)
              2049 Century Park East, Suite 1700
 7            Los Angeles, California 90067
              (310) 312-4000
 8            nbach@manatt.com
              adgonzalez@manatt.com
 9

10

11        ALSO PRESENT:

12            BRIAN KIELHACK, VIDEOGRAPHER
              MORGAN HUMPHREY, THE SCULPT SOCIETY
13            (Appearing via videoconference)

14

15

16

17

18

19

20

21

22

23

24

25
```



800.211.DEPO (3376)
EsquireSolutions.com

TRACY ANDERSON  Highly Confidential - AEO                February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                                25

```
 1   any other documents that refreshed your recollection
 2   about any matters for your deposition?
 3       A    I don't recall specific things that would've
 4   turned on any light bulbs in me, no.
 5       Q    Ms. Anderson, what is your position at the          10:08AM
 6   company?
 7       A    I am the founder, creator, CEO.
 8       Q    Whom do you supervise at the company?
 9       A    I suppose I supervise everyone.
10       Q    Do you supervise Ms. Kelling?                       10:08AM
11       A    I do.
12       Q    Does ultimate responsibility stop with you at
13   the company?
14            MS. DURHAM:  Objection.  Vague.
15   BY MR. BACH:                                                 10:08AM
16       Q    Do you believe that the buck stops with you
17   at the company?
18       A    I believe that I'm the founder, creator, CEO.
19   So, yes, I believe -- I believe I have to trust my
20   team and -- yeah.                                            10:08AM
21            THE COURT REPORTER:  And I'm sorry, was
22   there an objection?
23            MS. DURHAM:  Yeah.  Objection.  Vague,
24   please.
25   ///
```



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 15 of 588
Page ID #:3726

TRACY ANDERSON  Highly Confidential - AEO                February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                           30

```
 1    protection with my attorneys.  So I pass on all of

 2    my creative works to my counsel.

 3    BY MR. BACH:

 4        Q    What type of creative works are you referring

 5    to?                                                      10:12AM

 6        A    All of my choreography, all of my creative

 7    function.  I create so many things.  I create

 8    choreography, I create apparatus, I create

 9    experiences, I create an entire world, I've created an

10    entire -- I've pioneered an entire movement.  So all   10:13AM

11    of those things.

12        Q    In what form are your creations contained;

13    for example, writings, video, audio?  What are you

14    submitting to your attorneys?

15        A    All of the above.                              10:13AM

16        Q    So you submit videos to your attorneys that

17    contain your creative process?

18        A    Correct.

19        Q    For copyright protection.  Is that right?

20        A    We submit videos, we -- we submit the         10:13AM

21    creative works in their final form, I think.  The --

22    the creative process is -- is, I think, another

23    bucket -- whoa -- so we -- we submit the -- the final

24    form of the creative works and then we submit the --

25    the process of me creating that and we submit the      10:14AM
```



29

Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 16 of 588
Page ID #:3727

TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                              33

```
 1    thing to answer.  I -- I -- I don't know.  I probably
 2    won't get this quote right, but I think it was Victor
 3    Hugo that said that there is, like, the published book
 4    and then there's the part of creating the book that
 5    lies within -- that remains within the author.  So I          10:16AM
 6    feel very similar to that, where when I'm creating
 7    choreography, there is the choreography that gets the
 8    process that I can expose, the process that gets, you
 9    know, that people get to perform, and then there's the
10    part of it that remains within me.  So I don't -- I           10:16AM
11    mean, there's a reason why I'm the only one that can
12    create the choreography.
13         Q    What is that reason?
14         A    I think it's the same reason why that makes
15    any artist an artist.                                          10:16AM
16         Q    What is that reason?
17         A    It's my creative ingenuity, my creative
18    ability, my unique skill set.
19         Q    Do you believe that you're uniquely placed in
20    the fitness industry to create the types of movements         10:17AM
21    that you create?
22         A    I --
23              MS. DURHAM:  Objection.  Mischaracterizes
24    the witness' testimony.
25              THE WITNESS:  Yeah, I didn't -- I didn't            10:17AM
```



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 17 of 588
Page ID #:3728

TRACY ANDERSON  Highly Confidential - AEO               February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                              34

```
 1   create to be in the fitness industry, so I've

 2   always created movement.  So I create choreography

 3   for the purpose of creating choreography.

 4   BY MR. BACH:

 5       Q    What is the purpose of the, quote-unquote,     10:17AM

 6   "choreography" that you believe you create?

 7            MS. DURHAM:  Objection.  Assumes facts

 8   not in evidence.

 9            THE WITNESS:  I believe that there is a

10   dancer within all of us.  I believe that when        10:17AM

11   people get to move with their -- move through the

12   things that words can't describe in life, that

13   they become better versions of themselves.

14   BY MR. BACH:

15       Q    In what way are they becoming better versions  10:18AM

16   of themselves?

17       A    When we move and express, we are able to

18   become more resilient.  We are able to move through

19   life with more regeneration.  We're able to become

20   more empowered and creative ourselves.  We're able to  10:18AM

21   understand.  We're able to emote, and I believe it

22   makes us better.

23       Q    Who owns the company?

24            MS. DURHAM:  Objection.  Vague.

25            THE WITNESS:  I own the company and my      10:18AM
```



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 18 of 588
Page ID #:3729

TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                                    45

```
 1   BY MR. BACH:

 2        Q    Have you done a professional ballet

 3   performance at any time since you began Tracy Anderson

 4   Mind and Body, to the best of your recollection?

 5        A    To the best of my recollection, no.          10:28AM

 6        Q    Have you done any other performing

 7   arts-related performance for an assembled group of

 8   people since founding Tracy Anderson Mind and Body?

 9             MS. DURHAM:  Objection.  Vague.

10             THE WITNESS:  I just -- I don't know what    10:29AM

11   you would constitute as that, and I've been

12   performing and moving my body for my whole adult

13   life, so I just don't know.

14   BY MR. BACH:

15        Q    Do you believe that you're performing       10:29AM

16   choreography on a weekly basis at Tracy Anderson Mind

17   and Body?

18        A    Absolutely.

19        Q    Okay.  In what way?

20        A    I create choreography, I have to create a   10:29AM

21   certain amount of choreography to support the larger

22   creative expression that I'm dedicated to and creative

23   experience that I'm dedicated to, and I would say that

24   I create about six hours of original choreography

25   every single week.                                     10:30AM
```



TRACY ANDERSON  Highly Confidential - AEO                February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                                46

```
 1      Q    When you say -- what does "choreography" mean
 2  to you?
 3      A    "Choreography" means creating movements or
 4  sequences or putting creative movements and
 5  expressions together in a sequence for the purpose of    10:30AM
 6  creating something beautiful, aesthetically pleasing,
 7  moving with, like, sort of in awe of yourself or of
 8  watching somebody else move, moving to music, creating
 9  to music.  Yeah.
10      Q    Do you do that to benefit your clients?         10:30AM
11      A    I think I create for myself first and then
12  hope that other people are inspired by it.
13      Q    Publishing the company's videos, whether on
14  the streaming platform, a DVD, or performances in
15  classes, that's for the benefit of your clients.         10:31AM
16  Correct?
17          MS. DURHAM:  Objection.  Compound.
18          THE WITNESS:  To what end I create for is
19  not in that way.  I don't sit and say, "Oh, I'm
20  going to create this and it's going to benefit          10:31AM
21  this person."  I create -- I create for a lot of
22  reasons and I don't believe that people are that
23  dissimilar.  I -- I create mainly for myself and
24  for others to feel.
25  ///
```



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 20 of 588
Page ID #:3731

TRACY ANDERSON  Highly Confidential - AEO                February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                              47

```
 1   BY MR. BACH:
 2       Q    The -- your creative process has several
 3   different steps.  Correct?
 4       A    I think every creative process has many
 5   steps.                                              10:32AM
 6       Q    You just described that there's a process
 7   that begins with you, maybe you're filmed by a trainer
 8   or an assistant, and that's one of the genesis of your
 9   weekly creative sessions.  Is that right?
10       A    That is part of it.                        10:32AM
11       Q    A different part of that process is when what
12   you create gets put out into the world.  Is that fair?
13           MS. DURHAM:  Objection.  Mischaracterizes
14   the testimony of the witness.
15           THE WITNESS:  What I create does get put    10:32AM
16   out.
17   BY MR. BACH:
18       Q    Why does it get put out to the world?
19       A    To --
20           MS. DURHAM:  Objection.  Vague.             10:32AM
21           THE WITNESS:  -- inspire people.
22   BY MR. BACH:
23       Q    Do you charge for people to access your
24   choreography --
25       A    Yes.                                       10:32AM
```



34

TRACY ANDERSON  Highly Confidential - AEO                February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                          48

```
 1      Q    -- and your work?
 2           Why?
 3      A    Because I believe that it can benefit them.
 4      Q    In what way?
 5      A    Because I believe in -- I believe that          10:32AM
 6   artistic expression -- hopefully we all can benefit
 7   from each other's creativity.
 8      Q    Are you seeking to improve your clients'
 9   bodies when they take your classes?
10      A    I'm seeking for them to feel what it feels     10:33AM
11   like when you move through artistic expression,
12   wholistic expression.
13      Q    Do you believe that people attend your
14   classes for a physical workout?
15           MS. DURHAM:  Objection.  Lacks                  10:33AM
16   foundation.
17           THE WITNESS:  I believe people attend my
18   classes for many different reasons.
19   BY MR. BACH:
20      Q    What are those reasons?                         10:34AM
21           MS. DURHAM:  Objection.  Lacks
22   foundation.
23           THE WITNESS:  I can't speak to why anyone
24   comes to my work or why my work speaks to them.  I
25   have been told by many people that their lives         10:34AM
```



TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                              49

```
 1   have been changed in ways that they never thought.

 2   I have been told by people that they come thinking

 3   that they're going to just improve their abs, and

 4   they are then completely blown away by how it was

 5   something completely different than what they        10:34AM

 6   thought.

 7   BY MR. BACH:

 8       Q    It improves them wholistically as well.

 9   Correct?

10            MS. DURHAM:  Objection.  Mischaracterizes   10:34AM

11   the witness' answer.

12            THE WITNESS:  I -- I believe that it

13   speaks to them deeply in some way -- profound way.

14   BY MR. BACH:

15       Q    Does it benefit them spiritually, in your  10:34AM

16   view?

17       A    I believe that there are so many different

18   ways that I don't want to reduce it to something.

19       Q    Yeah.

20       A    To one thing.                               10:35AM

21       Q    There are a lot of different ways in which

22   people might benefit from taking your classes.  Is

23   that fair to say?

24       A    I would hope so, but also I -- I -- I don't

25   know.                                                10:35AM
```



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 23 of 588
Page ID #:3734

TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                                    64

```
 1      Q    When?  That specific phrase.
 2      A    Oh, a choreography protocol?  I don't know
 3   the specific word, but people talk about my
 4   choreography a lot.
 5      Q    You never -- sitting here today, you can't    10:50AM
 6   recall an instance in which it's been -- the T.A.
 7   Method has been referred to as a, quote-unquote,
 8   "choreography protocol."  Correct?
 9      A    Well, in our entire process of everything
10   that we do here, there is a choreography protocol.  So   10:50AM
11   it's -- the language is right.
12      Q    But you don't recall hearing that before,
13   necessarily.  Correct?
14      A    I don't --
15           MS. DURHAM:  Objection.  Asked and          10:51AM
16   answered.
17           THE WITNESS:  I -- I don't -- I don't --
18   I don't know.  We -- we have a choreography
19   protocol, so I don't know -- I'm sorry, I don't
20   really understand what you're asking.               10:51AM
21   BY MR. BACH:
22      Q    What is the choreography protocol that you
23   have, Ms. Anderson?
24           MS. DURHAM:  I'm going to ask that we
25   take a break after this question, Counsel.          10:51AM
```



ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

TRACY ANDERSON  Highly Confidential - AEO                February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                              65

```
 1   BY MR. BACH:

 2       Q    What is the choreography protocol that you

 3   have?

 4       A    I create the choreography.

 5       Q    What is a protocol that you're referring to?   10:51AM

 6       A    Well, I --

 7       Q    You said you have a choreography protocol.

 8       A    Oh, yes.  Well, I create the choreography and

 9   then I infuse, much like any artist that has a --

10   like, you can just take a Martha Graham, for instance.   10:51AM

11   Right?  Martha Graham creates her -- her choreography

12   and then she teaches it to her -- the members of her,

13   you know, whatever you call it.  I teach it to my

14   teachers --

15       Q    Dance school?                                   10:52AM

16       A    Well, anyone that's going to do it.

17   Anybody -- but -- but to my teachers, then I pass on,

18   like, to Maria Kelling and Courtney and LaShonna.

19   I -- I --

20       Q    That's your process.  Correct?                  10:52AM

21       A    There is a process.  It's much more than

22   that, but there is a process and a protocol, yeah.

23       Q    Do you believe that your creative process is

24   similar to Martha Graham's creative process?

25            MS. DURHAM:  Objection.                         10:52AM
```



38

Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 25 of 588
Page ID #:3736

TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                              102

```
 1    you questions.
 2         A    Oh, okay.  I'm sorry.
 3         Q    The -- do you believe that it's possible to
 4    write down, in words, the movements that you're
 5    performing in your classes?                              11:58AM
 6         A    Words and different languages that artists
 7    have spent a great deal of time creating proper
 8    notation for the medium of movement documentation.
 9         Q    In other words, write-ups.  Correct?
10         A    Yes, but there are many different ways of     11:58AM
11    writing up choreography.
12         Q    The company has write-ups that it distributes
13    to its trainers.  Correct?
14         A    Correct.
15         Q    In that fashion, that is how those workouts   11:58AM
16    get taught to the company's clients.  Correct?
17         A    I believe that Maria spoke to this yesterday
18    because Maria was the chief training officer and now
19    she's the president of the company, and I, you know,
20    trust her -- her process of taking my original          11:59AM
21    choreography and infusing it through the teaching
22    program, yes.
23         Q    And it's your understanding that she takes
24    write-ups --
25         A    She takes --                                  11:59AM
```



Case 2:22-cv-04735-PSG-E    Document 84-3 (Ex Parte)    Filed 05/20/24    Page 26 of 588
Page ID #:3737

TRACY ANDERSON  Highly Confidential - AEO                February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                             103

```
 1       Q     -- and trains the trainers based on those
 2   write-ups as well as, perhaps, a video that you
 3   created to show the trainers?
 4       A     There are many different tangible forms of
 5   the way that they take my choreography and get the        11:59AM
 6   performance into the different people who are
 7   performing it.
 8             Yes, write-ups is one, video is one.  Yes,
 9   there are many.
10       Q     I'm going to share another of the videos that  11:59AM
11   is mentioned in this paragraph.
12             (Video played.)
13   BY MR. BACH:
14       Q     Okay.  I just showed you the first 35 seconds
15   of this video entitled, "30MIN SCULPT 08."             12:01PM
16             Is there anything that you've seen in this
17   video that you believe uses the company's proprietary
18   information?
19       A     Yes.
20       Q     What?                                         12:01PM
21       A     She learned how to do that from me.
22       Q     Do what?
23       A     That opening arms with small weights, moving
24   in those different cross-vectors, like that --
25   those --                                                12:01PM
```



TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                                   119

```
 1          MS. DURHAM:  Objection.  Misstates --
 2          THE WITNESS:  Well, I care --
 3          MS. DURHAM:  -- the testimony.
 4          THE WITNESS:  -- about my choreography
 5   being copied for profit.  I care about the misuse      12:18PM
 6   of the proprietary information of what makes me
 7   special, being abused, I care about that.  I care
 8   about many things, but -- yeah.
 9   BY MR. BACH:
10       Q    What, specifically, do you believe that      12:19PM
11   Ms. Roup did when entering the market that violates
12   the company's proprietary information?
13          MS. DURHAM:  Objection.  Asked and
14   answered.
15          THE WITNESS:  I believe that she took the      12:19PM
16   magic that I brought to the market and she misled
17   laggers or people that are, like, not as hip to
18   the skip of what I do, and she took the formulas
19   and the way that we do things, and then also took
20   the choreography to financially profit herself.     12:19PM
21   BY MR. BACH:
22       Q    So she took your process --
23       A    She took --
24       Q    -- and used it for herself to create her
25   business.  Is that --                                 12:20PM
```



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 28 of 588
Page ID #:3739

TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                                    120

```
 1        A    Many --

 2        Q    -- fair to say?

 3        A    Yeah.

 4             MS. DURHAM:  Objection.  Misstates the

 5   witness' testimony.                                          12:20PM

 6             THE WITNESS:  I think there are many

 7   things.

 8   BY MR. BACH:

 9        Q    I'm not saying that this is everything, but

10   is one --                                                    12:20PM

11        A    Yes.

12        Q    -- of the things that she took from you your

13   process?

14        A    Correct.  She -- the things that she learned

15   here, not, like -- she does not know what lives within      12:20PM

16   me, she does not know how I create what I create, but

17   she is mimicking the performance of what I create for

18   her profit, like, if you take someone's book and you

19   plagiarize it, you can't do that.  Right?  If you take

20   a song and -- I mean, I think, look, it was cool to          12:20PM

21   see -- well, whatever.  Yes.  I don't know.

22        Q    Let me -- let me ask you this question:  Do

23   you think that Ms. Roup is trying to replicate the

24   magic of what you created at your company?

25        A    I think Ms. Roup is trying to profit off of        12:20PM
```



42

Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 29 of 588
Page ID #:3740

TRACY ANDERSON  Highly Confidential - AEO            February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                        121

```
 1    the magic of what I have created.
 2        Q    She's embodying the essence of what you've
 3    created.  Correct?
 4        A    The essence --
 5             MS. DURHAM:  Objection.  Misstates --        12:21PM
 6             THE WITNESS:  -- and the choreography.
 7             MS. DURHAM:  So --
 8             THE WITNESS:  Yeah.
 9             MS. DURHAM:  Objection.  Misstates the
10    witness' testimony.                                   12:21PM
11             You can finish your answer.
12             THE WITNESS:  Okay.
13    BY MR. BACH:
14        Q    Your spirit --
15        A    I think that's one of the things.            12:21PM
16        Q    Your spirit as well?
17             MS. DURHAM:  Objection.  Misstates the
18    witness' testimony.
19             THE WITNESS:  I do not think she is
20    authentically presenting as who she is, and I hope    12:21PM
21    that she finds that for herself.
22    BY MR. BACH:
23        Q    Do you believe that that's a basis for your
24    lawsuit?
25             MS. DURHAM:  Objection.  Calls for a         12:21PM
```



TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                              122

```
 1    legal conclusion.
 2            THE WITNESS:  I believe the bases for my
 3    lawsuit is her copying my choreography and
 4    breaking and breaching her contract.
 5    BY MR. BACH:                                          12:21PM
 6        Q    I'll show you one more clip of this video.
 7        A    Uh-huh.
 8            MR. BACH:  Starting at 23:29 timestamp.
 9    Oh, it's not shareable.
10            (Video played.)                               12:22PM
11            MR. BACH:  All right.  I've stopped it at
12    24:01.
13    BY MR. BACH:
14        Q    Ms. Anderson, is there anything in this last,
15    approximately, 30 seconds that you just watched that   12:22PM
16    you believe takes what you've created?
17            MS. DURHAM:  Objection.  Calls for a
18    legal conclusion, also misrepresents the accused
19    work.
20            THE WITNESS:  I don't know what they've        12:22PM
21    brought forward for you, again.  But me, as the
22    choreographer looking at that, again, you're --
23    this is not hitting my -- my -- this -- this
24    particular move, I'd let Megan have that move.
25    This is not what I'm after.                            12:23PM
```



TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                                    128

```
 1   songs and things.  So they're all -- they're all --
 2   they all matter.
 3            So we would never give someone, like, "Oh,
 4   here's a list of things."  Like, they all matter to
 5   us.                                                          12:29PM
 6      Q    That -- that list doesn't exist, to your --
 7   the best of your --
 8      A    Well, it does --
 9      Q    -- knowledge -- just a minute, please.
10            To the best of your knowledge, no list exists   12:29PM
11   that the company has ever given to its trainers that
12   contains all of the movements that he or she is not
13   permitted to perform outside of their employment with
14   the company.  Is that right?
15            MS. DURHAM:  Objection.  Vague.                  12:29PM
16            THE WITNESS:  The word "list" is tripping
17   me up.  There are written forms of the
18   choreography that were presented and the trainers
19   all had access to that they know are to stay here.
20            Like, when my brother went to work for          12:30PM
21   Apple instead of Google, he couldn't take Google's
22   proprietary information over to Apple, nor would
23   he ever, because he has good, strong character and
24   core values, and it's illegal.
25            So there are lists.  There are written          12:30PM
```



45

TRACY ANDERSON  Highly Confidential - AEO          February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                          129

1    lists of choreography that Megan had access to

2    that she is profiting off of today.

3    BY MR. BACH:

4         Q    The company's workout write-ups.  Correct?

5         A    Correct.                                   12:30PM

6         Q    You don't know that she has any of those

7    write-ups in her possession after she left the

8    company.  Correct?

9         A    I have no idea what she took or what she

10   didn't take.  I know that she did things that did not   12:30PM

11   display good character or core values before leaving,

12   so...

13        Q    That's why we're here.  Correct?

14        A    One of the reasons.

15        Q    The -- would it be impossible, in your view,   12:30PM

16   to come up with a full list of movements that former

17   trainers are not allowed to perform after they leave

18   the company because you are creating so often?

19        A    It would not be impossible.

20        Q    It would not be impossible.                   12:31PM

21        You could update it every single week with

22   the new movements, if you wanted to.  Correct?

23        A    Of course.  We do, we do do the write-ups

24   every single week.

25        Q    You've never created one master list of all   12:31PM



800.211.DEPO (3376)
EsquireSolutions.com

Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 33 of 588
Page ID #:3744

TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                              142

```
 1   the public, make it more available, because I wanted
 2   the authenticity of what I created to be realized in
 3   many, many, many people and not just the people who
 4   had access to me personally.
 5      Q   Is it fair to say that, via your DVDs, you're        01:36PM
 6   trying to replicate and give an at-home experience of
 7   what it would be like to take your classes in the
 8   studio?
 9      A   It's similar.  It was inching the at-home
10   market closer to that.  Correct.                             01:36PM
11      Q   You're trying to express that for the home
12   market, as best you could, via a DVD program.  Is that
13   fair?
14      A   Yes, because in the studios we change the
15   choreography weekly; and with the DVD, because of          01:37PM
16   production time and everything, one of the things that
17   always bothered me was that people would repeat the
18   same choreography over and over and over, and that, to
19   me, can also put me into a bucket that I don't want to
20   be in, which is creating muscular -- like, you know,      01:37PM
21   using the -- the muscles in the same way over and over
22   and over.
23      Q   Is that one of the reasons why the class plan
24   changes every 10 days for the Glutecentric program?
25      A   The -- one of the reasons why the -- yes,          01:37PM
```



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 34 of 588
Page ID #:3745

TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                              144

```
 1   you ever didn't make a sports team or you didn't get
 2   the part in a play or your ballet teacher said you
 3   didn't have the right feet, whatever it might be.  One
 4   of my biggest missions is to get people to believe
 5   that we all have a dancer inside of us, and one of the      01:38PM
 6   benefits of dance is that you have to learn
 7   choreography often and that neuroplasticity and that
 8   connection between your mind learning choreography and
 9   you moving that choreography through your body is one
10   of the -- one of the main reasons why I have dedicated      01:39PM
11   my career to creating choreography so that everyone
12   can find that -- that -- that -- that dancer inside of
13   them.  But people --
14        Q    My -- my --
15        A    Yeah, go ahead.                                   01:39PM
16        Q    I'm just asking -- my question was just:
17   What are accessory muscles?
18        A    Oh, oh, right.  So my point is that you can't
19   get to accessory muscles by doing a squat or a lunge.
20   So getting to accessory muscles, that requires a much      01:39PM
21   deeper inclusion of body, mind, soul, willpower.  You
22   know, like, Michael Jordan is using his accessory
23   muscles.  So -- yeah.
24        Q    Is your program designed to target accessory
25   muscles?                                                    01:39PM
```



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 35 of 588
Page ID #:3746

TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                              145

```
 1      A    It doesn't target anything, it includes them

 2   where many -- yeah, go ahead.

 3      Q    I'm sorry.

 4           Purposefully includes them as opposed to

 5   doing maybe more brute force workouts, like squats,      01:40PM

 6   that would not reach those muscles.  Is that correct?

 7           MS. DURHAM:  Objection.  Misstates the

 8   witness' testimony.

 9           THE WITNESS:  It includes them for the

10   purpose of you're not going to be able to spark         01:40PM

11   that performer in everyone easily.  Like, I can't

12   say to Gina, "Gina, come on, give me your best

13   pirouette into a" -- you know, into a time step,

14   into a, you know, hip-hop move.  Like, I can't get

15   her to, like, change -- I can't get her to find        01:40PM

16   that performer in her on the spot.

17   BY MR. BACH:

18      Q    I can't get her to do that either.  I tried.

19      A    So my point is that I had to be very creative

20   in how do I reach all of the aspects that make someone  01:40PM

21   like Baryshnikov have the body that he has and the

22   mind-body connection that he has to perform what he

23   does.  So I had to be very creative in my approach to

24   the opening arms ceremony, to the little arms, to the

25   small -- small, small, small weights with the arm      01:41PM
```



TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                              146

```
 1   choreography, to the mat choreography.  I had to be

 2   very creative and intentional about that so that I

 3   could include all of those things that the fitness

 4   industry leaves on the table.

 5        Q    You were filling a gap in the fitness          01:41PM

 6   industry when you started focusing on those types of

 7   movements and accessory muscles.  Is that fair to say?

 8             MS. DURHAM:  Objection.  Misstates the

 9   witness' testimony.

10             THE WITNESS:  I think that my purpose         01:41PM

11   wasn't to fill a gap in the fitness industry, my

12   purpose wasn't even to be entrepreneurial and

13   start a business.  My purpose was to create for

14   the purpose of, can I bring all of these things

15   together that make the human experience that much    01:41PM

16   more realized.

17   BY MR. BACH:

18        Q    At the bottom of this product listing in the

19   second paragraph it says, quote:

20             "If you follow Tracy's lead, she will        01:42PM

21             give you a body you never believed you

22             could have."

23        A    Yeah.

24        Q    End quote.

25             Do you believe that?                          01:42PM
```



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 37 of 588
Page ID #:3748

TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                            183

```
 1    was -- and I think that people create for different
 2    reasons, and part of -- part of my reason for creating
 3    and then wanting to see what it looks -- what those
 4    creations look like on other people was so that I
 5    could understand and explore and measure more about      02:24PM
 6    the body.  Like, I was really fascinated with it.
 7         Q    And you --
 8         A    Yeah.
 9         Q    Through those -- through that testing process
10    and your research, and it says here at the end of the    02:24PM
11    first paragraph --
12         A    Yeah.
13         Q    -- top of the next page that, quote:
14              "Tracy gave each and every one of
15              them long, lean muscles," end quote.           02:24PM
16         Do you agree with that?
17         A    Well, what was fascinating to me was that you
18    can't -- if you ask everybody to try and perform the
19    same movements, that's not really what matters because
20    everybody -- you know, unless you are really good at     02:25PM
21    performing, like, if you -- if you take Misty
22    Copeland, for instance, and you take an Olympic speed
23    skater, their bodies adapt to perform their art or
24    their function in those ways.
25         And when you're trying to create balance, for       02:25PM
```



Case 2:22-cv-04087-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 38 of 588
Page ID #:3749

TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                            189

```
 1   BY MR. BACH:

 2       Q    Have you ever attended a ballet in which the

 3   concert hall was heated to 95 degrees?

 4       A    I have been in dance studios and rehearsal

 5   halls that have no air-conditioning, in summer stock     02:31PM

 6   situations, where they have been really hot.  But it's

 7   not purposefully hot.

 8       Q    Your -- your in-person -- your in-person

 9   classes, that's unique to your classes versus, say, a

10   performance art.  Correct?                                02:31PM

11           MS. DURHAM:  Objection --

12           THE WITNESS:  Well, this is my

13   performance --

14           MS. DURHAM:  Objection.  Misstates the

15   witness' testimony.                                       02:31PM

16           THE WITNESS:  This is my -- my

17   performance art calls for this, that's for sure,

18   which is another reason that makes it unique.

19   BY MR. BACH:

20       Q    Have you ever said publicly that your classes   02:31PM

21   are meant to be performed as a, quote, "performance

22   art," end quote?

23       A    I have talked about the performance part of

24   my method before, yes.

25       Q    Have you ever called your method a             02:32PM
```



52

Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 39 of 588
Page ID #:3750

TRACY ANDERSON  Highly Confidential - AEO                February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                                196

```
 1    you know, any musician drops an artist and makes
 2    it public -- I mean, drops an album and makes it
 3    public, that art is still theirs, the same that I
 4    believe that when I drop my choreography, that
 5    choreography is mine, even though I'm sharing it      02:45PM
 6    publicly, if that's what you mean.  I don't
 7    believe that when an album drops or when one of my
 8    choreography sequences drops that there is a
 9    difference.
10    BY MR. BACH:                                          02:46PM
11       Q    Under -- and I'm asking you specifically
12    under the trainer contracts and the confidentiality
13    provision that is at issue in this lawsuit, do you
14    believe that that confidentiality provision prevents
15    your former trainers from performing any of the      02:46PM
16    200,000-plus works that make up the T.A. Method?
17            MS. DURHAM:  Okay.  Objection.  Poses an
18    incomplete hypothetical, also calls for a legal
19    conclusion.
20            THE WITNESS:  I believe that because I        02:46PM
21    could drink that Coke over there and I -- if I
22    worked at Coke and I understood how that Coke came
23    to be, that the contracts are that I wouldn't be
24    able to take that and go give it to, you know,
25    somebody else.  I couldn't go start my own, in       02:46PM
```



TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                              197

1    that way, with what I learned there.

2         But the movements, of course, to me,

3    that's just -- that's basic, like, kindergarten

4    knowledge.

5    BY MR. BACH:                                          02:47PM

6    Q    What is?

7    A    That you can't steal other people's art, you

8    can't plagiarize, you can't steal choreography, you

9    can't steal music, you can't come out with something

10   that is -- like, I can't take a -- well, I mean, like,   02:47PM

11   Olivia Rodrigo, she took a little line from Taylor

12   Swift and then she apologized, then she gave Taylor

13   credit for it and now -- then she went on to create

14   her own unique things and they were side-by-side at

15   the awards.                                            02:47PM

16        I -- I believe that -- that you can't -- you

17   can't take somebody else's art, you can't take someone

18   else's choreography.

19   Q    Do you believe that the movements that you

20   create are equally protectable as music that a musical   02:47PM

21   artist creates?

22   A    Yes, I believe that it is very, very vital

23   that all art forms and all mediums of art are equally

24   protected.  I believe that it is what the laws are

25   there for and I believe that it is vital to the future   02:48PM



Case 2:22-cv-04735-PSG-E    Document 84-3 (Ex Parte)    Filed 05/20/24    Page 41 of 588
Page ID #:3752

TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                                198

```
 1    of creativity.
 2         Q    Do you believe that the movements that you
 3    create are equally protectable as fine art paintings
 4    that someone like Jackson Pollock might make?
 5         A    Yes.  I believe that I am an artist, I          02:48PM
 6    believe that my artistic process is -- and my life
 7    experiences and all of the things that I bring to my
 8    art are as significant as the next artist.
 9         Q    Do you believe that the movements that you
10    create as part of your exercises are equally            02:48PM
11    protectable as Martha Graham's choreography?
12              MS. DURHAM:  Objection.  You're
13    misstating the witness' prior testimony.
14              THE WITNESS:  I absolutely believe that
15    the way that I come up with my movements and           02:48PM
16    sequences is choreography and that I approach it
17    from the same kind of choreographical process,
18    choreographical innovation as a Martha Graham.
19    BY MR. BACH:
20         Q    That wasn't my question.                       02:49PM
21         A    Oh, okay.
22         Q    My question is whether you believe that the
23    exercise movements you create as part of the Tracy
24    Anderson Method are equally protectable as the fine
25    art dances that Martha Graham has created.              02:49PM
```



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 42 of 588
Page ID #:3753

TRACY ANDERSON  Highly Confidential - AEO                    February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                              202

```
 1   yes, I think that's sufficient.
 2       Q    Who has inspired you in the creation of your
 3   movements and your part of your method?
 4       A    I have been inspired by all different kinds
 5   of things.  I've been inspired by my own personal          02:52PM
 6   struggles.  I have been inspired by the things about
 7   the body that we know and that we don't know.  I've
 8   been inspired by music.  I've been inspired by the
 9   desire to want to break boundaries in systems that I
10   find to be unfair and confining.  I'm inspired by        02:52PM
11   people's misidentifications and misunderstandings
12   about what they're capable of.
13       Q    Are you inspired by any individuals in the
14   fitness industry that have come before you?
15       A    I -- I am -- I have never been listening for   02:53PM
16   someone else's sound, so --
17       Q    Have you --
18       A    -- no --
19       Q    -- been inspired in creating your movements
20   by Joseph Pilates?                                        02:53PM
21       A    Joseph Pilates sits in a very painful place
22   for me because when I first started innovating and
23   creating, I was very drawn to his reformer and I
24   started to research and see, like, well, why -- where
25   is he?  Where -- did he have children?  Where is his     02:53PM
```



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 43 of 588
Page ID #:3754

TRACY ANDERSON  Highly Confidential - AEO                February 16, 2024
Tracy Anderson Mind and Body vs Megan Roup                              257

```
 1   own, you know...
 2       Q    Does anyone ever come to watch your classes
 3   but not participate in following your movements?
 4       A    I've had many people ask if they can do that.
 5            We don't usually do that because we don't --   04:04PM
 6   it disrupts the, you know, the room, but we do let
 7   people do that sometimes.
 8       Q    Is there space --
 9       A    My mom likes to come and watch.
10       Q    She's supportive?                              04:04PM
11       A    Yes, very.
12       Q    Is there room in the studio for observers to
13   watch the class who are not participating in the
14   class?
15       A    They would be sitting on the corner of the    04:04PM
16   wall.
17       Q    How often does someone come in and observe
18   the class who is not taking the class?
19       A    Well, I think that in some studios, because
20   there's windows, it happens more than others.  So      04:05PM
21   sometimes there are a lot of people standing outside
22   of the wall watching.
23       Q    Do those people pay to watch the workout?
24       A    Well, they're either members or -- I mean,
25   no, they don't come to watch in -- in that way, to sit 04:05PM
```



```
 1

 2    STATE OF CALIFORNIA     )
                              )   ss.
 3    COUNTY OF LOS ANGELES   )

 4

 5            I, CHERYL ASADA, CSR No. 13496, certify: That

 6    the foregoing proceedings were taken at the time and

 7    place herein set forth; at which time the witness was

 8    duly sworn; and that the transcript is a true record

 9    of the testimony so given.

10            The dismantling, unsealing, or unbinding

11    of the original transcript will render the

12    reporter's certificate null and void.

13            I further certify that I am not financially

14    interested in the action, and I am not related to any

15    of the parties in this case.

16            Witness review, correction, and signature was

17    ( ) By Code   (X) Requested   ( ) Not requested.

18

19

20        Dated this 26TH day of FEBRUARY, 2024.

21

22
```



```
23        CHERYL ASADA, CSR 13496

24

25
```

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT B

MARIA KELLING                                          February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                          1

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3

 4   TRACY ANDERSON MIND AND BODY,    )
     LLC, a Delaware limited         )
 5   liability company; and T.A.     )
     STUDIO NEW YORK LLC, a          )
 6   California limited liability    )
     company,                        )
 7                                   )
                         Plaintiff,  )
 8                                   )
             vs.                     )  Case No. 2:22-cv-04735-
 9                                   )            PSG-E
     MEGAN ROUP, an individual; and  )
10   THE SCULPT SOCIETY, LLC, a      )
     California limited liability    )
11   company,                        )
                                     )
12                       Defendants. )
     _____)
13

14

15        VIDEOTAPED DEPOSITION OF MARIA KELLING

16                      TAKEN ON

17            THURSDAY, FEBRUARY 15, 2024

18

19

20

21

22

23

24

25   Adele Frazier, CSR No. 9690, RPR, CRR, RMR
```



60

MARIA KELLING                                          February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                          2

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3

 4   TRACY ANDERSON MIND AND BODY,    )
     LLC, a Delaware limited          )
 5   liability company; and T.A.      )
     STUDIO NEW YORK LLC, a           )
 6   California limited liability     )
     company,                         )
 7                                    )
                          Plaintiff,  )
 8                                    )
            vs.                       )  Case No. 2:22-cv-04735-
 9                                    )           PSG-E
     MEGAN ROUP, an individual; and   )
10   THE SCULPT SOCIETY, LLC, a       )
     California limited liability     )
11   company,                         )
                                      )
12                        Defendants. )
     _____)
13

14

15   VIDEOTAPED DEPOSITION OF MARIA KELLING, taken on behalf of

16   the Defendants, at 2049 Century Park East, Suite 1700, Los

17   Angeles, California, commencing at 9:48 a.m. and terminating

18   at 6:04 p.m. on Thursday, February 15, 2024, before Adele C.

19   Frazier, Certified Shorthand Reporter No. 9690 for the State

20   of California, pursuant to Notice.

21

22                          ---o0o---

23

24

25
```



61

MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                     3

```
 1   APPEARANCES OF COUNSEL:

 2

 3   For Plaintiffs:

 4           DLA PIPER LLP (US)
             BY: GINA DURHAM
 5           555 Mission Street, Suite 2400
             San Francisco, California 94105-2933
 6           gina.durham@us.dlapiper.com
                 AND
 7           DLA PIPER LLP (US)
             BY:  KRISTINA FERNANDEZ MABRIE
 8           2000 Avenue of the Stars
             Suite 400 North Tower
 9           Los Angeles, California 90067-4735
             kristina.fernandezmabrie@us.dlapiper.com
10

11

12   For Defendants:

13           MANATT, PHELPS & PHILLIPS, LLP
             BY:  NATHANIEL L. BACH
14               ANDREA D. GONZALEZ (Remote Appearance)
             2049 Century Park East, Suite 1700
15           Los Angeles, California 90067
             nbach@manatt.com
16           adgonzelez@manatt.com

17

18

19

20

21

22

23

24

25
```



MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                   27

1      Q.   Is that something that Ms. Anderson sets up

2   herself and then videos herself doing?

3      A.   No, usually, there's an assigned person

4   there to capture it.

5      Q.   How often does she do it?                      10:40

6      A.   Weekly.

7      Q.   Is it important for her to do that weekly,

8   in your understanding?

9           MS. DURHAM:  Objection.  Lacks foundation.

10          THE WITNESS:  It's part of her creative process and   10:40

11  her desire.

12  BY MR. BACH:

13     Q.   Is it your understanding that that's part

14  of creating new content for company clients?

15     A.   Yes.                                           10:40

16     Q.   Is that important for the company, to

17  continue to refresh and create new content?

18     A.   Yes.

19     Q.   Why is that?

20     A.   Tracy, in her development of her method,      10:40

21  believes in allowing the clients to be able to

22  express and connect to new choreography regularly.

23     Q.   Is that for the purpose of working out

24  differently and engaging different muscle groups?

25     A.   No.                                           10:41



MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                    34

```
 1        A.    There are many other competitors of the
 2   company globally, people that are taking what Tracy
 3   created and passing it off as their own.
 4        Q.    Okay.  Who are some other examples of
 5   those?                                              10:48
 6        A.    There's a fitness name, I think her last
 7   name is Resnick in Florida.  There is a studio in
 8   Turkey that is mimicking Tracy's studio company
 9   offerings.  There are other businesses that are
10   mimicking the flow of Tracy's movement style and    10:48
11   patterns.
12        Q.    Which are companies do you have in mind?
13        A.    Oh, goodness.  Maybe Anna Kaiser or Body By
14   Simone.
15        Q.    Who else?                                 10:48
16        A.    That's all I can think of right now.
17        Q.    Are any of the competitors that you just
18   listed former employees of the company?
19        A.    Yes.
20        Q.    Which ones?                               10:49
21        A.    Anna Kaiser and Body By Simone.
22        Q.    Is -- are other streaming fitness platforms
23   competitors of the company, in your view?
24        A.    Yes.
25        Q.    Such as?                                  10:49
```



MARIA KELLING                                      February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                    58

```
 1        Q.   Of all the other names that I just
 2   mentioned, does that refresh your recollection as to
 3   whether any of those individuals was ever sued in
 4   court or an arbitration by the company?
 5        A.   I don't believe they were.                    11:26
 6        Q.   Has the company ever obtained any judgments
 7   from any of its former trainers regarding any
 8   alleged copying?
 9        A.   Not to my knowledge.
10        Q.   Has the company ever entered into any        11:26
11   settlements with any of its former trainers after an
12   allegation of copying?
13        A.   Not to my knowledge.
14        Q.   In your view, is there anything different
15   about what Ms. Roup is doing with The Sculpt Society  11:26
16   than what those other former trainers who receive
17   cease and desists were doing?
18        MS. DURHAM:   Objection.   Poses an incomplete
19   hypothetical.   Vague.
20        THE WITNESS:   Can you ask that question again,   11:26
21   please?
22   BY MR. BACH:
23        Q.   In your view, is there anything that
24   Ms. Roup and her company are doing that is different
25   from what the other former company trainers were     11:27
```



MARIA KELLING                                          February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                        59

1    doing when they received cease and desist letters?

2              MS. DURHAM:   Objection.   Vague.   Compound.   Poses

3    an incomplete hypothetical.

4              THE WITNESS:   Yes, I do think there is a difference

5    between what Ms. Roup is doing compared to the others.          11:27

6    BY MR. BACH:

7        Q.   What is that difference?

8        A.   From what I've seen, the way Ms. Roup

9    delivers her product is a closer resemblance to what

10   we deliver in our product.                                      11:27

11       Q.   What do you mean when you say deliver the

12   product?

13       A.   The programing she offers, streaming or

14   live in person with her clients.

15       Q.   And how is it more similar to the company's        11:28

16   product than the other former employees that you've

17   mentioned?

18       A.   The flow of her programing is closer to --

19   or more similar to the flow of our programing.

20       Q.   What do you mean by the flow of the                11:28

21   programing?  What does that mean to you?

22       A.   The sequence in which she's delivering her

23   movements.

24       Q.   Have you ever observed any sequences of

25   Ms. Roup's movements that you believe are identical        11:28



MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                    60

1   to the company's movements that have ever been

2   performed by Ms. Anderson or anyone else at the

3   company?

4       A.    Yes.

5       Q.    About how many occasions have you observed      11:29

6   that?

7       A.    Quite a few.

8       Q.    When was the last time you saw such a

9   movement of Ms. Roup's that you believe was

10  identical to a company's sequence of movements?      11:29

11      A.    The last time -- I'm sorry, can you say

12  that again?

13      Q.    When was the last time you believe you've

14  ever seen Ms. Roup perform a sequence of movements

15  that you believe are similar to the company's      11:29

16  sequence of movements?

17      A.    In preparation for the deposition.

18      Q.    Did you watch any videos in preparation for

19  your deposition?

20      A.    Yes.      11:29

21      Q.    Which videos?

22      A.    I don't know exactly which one it was, but

23  samples of Ms. Roup's -- or The Sculpt Society's

24  product.

25      Q.    Did you watch any of the company's videos      11:29



MARIA KELLING                                        February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                       59

```
1    doing when they received cease and desist letters?
2           MS. DURHAM:  Objection.  Vague.  Compound.  Poses
3    an incomplete hypothetical.
4           THE WITNESS:  Yes, I do think there is a difference
5    between what Ms. Roup is doing compared to the others.      11:27
6    BY MR. BACH:
7       Q.   What is that difference?
8       A.   From what I've seen, the way Ms. Roup
9    delivers her product is a closer resemblance to what
10   we deliver in our product.                                  11:27
11      Q.   What do you mean when you say deliver the
12   product?
13      A.   The programing she offers, streaming or
14   live in person with her clients.
15      Q.   And how is it more similar to the company's   11:28
16   product than the other former employees that you've
17   mentioned?
18      A.   The flow of her programing is closer to --
19   or more similar to the flow of our programing.
20      Q.   What do you mean by the flow of the          11:28
21   programing?  What does that mean to you?
22      A.   The sequence in which she's delivering her
23   movements.
24      Q.   Have you ever observed any sequences of
25   Ms. Roup's movements that you believe are identical   11:28
```



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 58 of 588
Page ID #:3769

MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                   60

```
 1    to the company's movements that have ever been

 2    performed by Ms. Anderson or anyone else at the

 3    company?

 4        A.    Yes.

 5        Q.    About how many occasions have you observed     11:29

 6    that?

 7        A.    Quite a few.

 8        Q.    When was the last time you saw such a

 9    movement of Ms. Roup's that you believe was

10    identical to a company's sequence of movements?       11:29

11        A.    The last time -- I'm sorry, can you say

12    that again?

13        Q.    When was the last time you believe you've

14    ever seen Ms. Roup perform a sequence of movements

15    that you believe are similar to the company's        11:29

16    sequence of movements?

17        A.    In preparation for the deposition.

18        Q.    Did you watch any videos in preparation for

19    your deposition?

20        A.    Yes.                                          11:29

21        Q.    Which videos?

22        A.    I don't know exactly which one it was, but

23    samples of Ms. Roup's -- or The Sculpt Society's

24    product.

25        Q.    Did you watch any of the company's videos    11:29
```



MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                            77

```
 1              MS. DURHAM:  Objection.
 2              THE WITNESS:  I believe it's what you can't see in
 3   the video that is confidential to the company.
 4   BY MR. BACH:
 5       Q.   What is that?                                      11:53
 6       A.   The reason why Megan is moving the way that
 7    she's moving.
 8       Q.   The ideas behind her movements, correct?
 9       A.   Yeah.  Yes.
10       Q.   Do you believe that -- well, strike that.        11:54
11            Is the customer who might be viewing this
12    video receiving those ideas from Ms. Roup in this
13    video?
14              MS. DURHAM:  I'm sorry.  Can I hear that question
15   back?                                                     11:54
16              (Record read.)
17              MS. DURHAM:  Objection.  Lacks foundation.  Also
18   vague and ambiguous.
19              THE WITNESS:  Indirectly, they're getting some of
20   those ideas unknowingly.                                  11:54
21   BY MR. BACH:
22       Q.   Looking at this video, you have no way of
23    knowing what Ms. Roup is thinking about when she is
24    performing these movements, correct?
25       A.   Correct.                                         11:55
```



800.211.DEPO (3376)
EsquireSolutions.com

70

MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                    86

```
 1   BY MR. BACH:
 2       Q.   Yes.
 3       A.   The theme was to bring what our studios
 4   provided to clients -- to people at home that
 5   couldn't access the studios.                          12:07
 6       Q.   And do you know why the word Metamorphosis
 7   was chosen?
 8       A.   No, I don't.
 9       Q.   What is your understanding of why the word
10   Metamorphosis is used for this particular series of    12:07
11   videos?
12            MS. DURHAM:  Objection.  Lacks foundation.
13            THE WITNESS:  I'm not sure, but understanding what
14   metamorphosis is, I would believe it would be to help people
15   continue to grow in their own personal journey.        12:07
16   BY MR. BACH:
17       Q.   A process of change, correct?
18       A.   Yes.
19       Q.   That change could be physical, emotional,
20   spiritual, correct?                                     12:08
21       A.   Correct.
22       Q.   Any other types of change that you think
23   metamorphosis might refer to here?
24       A.   Not that I can think of at this time.
25       Q.   Why don't we watch a little more of this      12:08
```



71

Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 61 of 588
Page ID #:3772

MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                              99

```
 1   but I don't think the two are exclusive.  I don't
 2   think she has to be an artist or think of herself as
 3   an artist all the time.
 4      Q.   Do you think Ms. Anderson is an artist?
 5      A.   Yes.                                          12:23
 6      Q.   In what ways?
 7      A.   I think she creates choreography and
 8   creates expressive art.
 9      Q.   When?
10      A.   All the time.                                12:23
11      Q.   In creating various sequences and workouts,
12   correct?
13      A.   Correct.
14      Q.   Any other times when she's acting as an
15   artist?                                              12:24
16      A.   I think -- I'm not sure.  I'm not with her
17   all the time.
18      Q.   Nothing else that you can think of right
19   now, correct?
20      A.   Correct.                                     12:24
21      Q.   When is the last time you ever accessed The
22   Sculpt Society website?
23      A.   I can't remember.  It's been a long time.
24      Q.   Has it been more than a year?
25      A.   Maybe.  I really don't remember.            12:24
```



MARIA KELLING                                      February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                    105

```
 1    class?

 2        A.   No.

 3        Q.   The company's claims against the defendants

 4    in this case are based on The Sculpt Society's

 5    videos on its website and app, correct?                    12:30

 6        A.   Correct.

 7        Q.   The claims are not based on Ms. Roup

 8    leading any in-real-life classes, correct?

 9             MS. DURHAM:  Objection.  Calls for a legal

10    conclusion.  Also vague as to claims.                      12:30

11             THE WITNESS:  I -- I think so.

12    BY MR. BACH:

13        Q.   You think that the company's claims are

14    based on Ms. Roup performing classes in real life

15    that are not on video.  Is that your understanding?        12:30

16             MS. DURHAM:  Same objection.  Vague.  Calls for a

17    legal conclusion.  Also ambiguous as to claims.

18             THE WITNESS:  I think our complaint is about

19    Ms. Roup using our proprietary confidential information and

20    copyrighting and the use of our copyrighted movements however  12:30

21    she's using them in class or video.

22    BY MR. BACH:

23        Q.   In an in-person class or in a video,

24    correct?

25        A.   Sure.  Yes.                                       12:30
```



800.211.DEPO (3376)
EsquireSolutions.com

MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                  107

```
 1   question?  So objection.  Compound.
 2           THE WITNESS:  What's the question again?
 3   BY MR. BACH:
 4     Q.    Do you have an understanding as to what
 5   alleged copying there is of the Day 21 to 30 portion      12:33
 6   of the Metamorphosis Glutecentric DVD in the videos
 7   listed?
 8     A.    Yes.
 9     Q.    What is that understanding?
10     A.    That they are copying different movements,         12:33
11   sequences in the choreography that we have in our
12   videos.
13     Q.    In the exercise choreography, correct?
14     A.    In the choreography that we have.
15     Q.    In the body movements that the --                  12:33
16   that Megan or her employees are performing and that
17   are reflected in the Glutecentric video, correct?
18           MS. DURHAM:  Objection.  Mischaracterizes
19   testimony.  Is there a question pending, or are you just
20   rephrasing the witness's answer?                           12:34
21           MR. BACH:  There's a question.
22           MS. DURHAM:  Okay.  Well, can I hear it back
23   because I'm not sure --
24           (Record read.)
25           MS. DURHAM:  I maintain my objection.  There's no  12:35
```



74

MARIA KELLING                                        February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                      113

1      Q.    How would you describe the Tracy Anderson
2   Method or the T.A. Method?
3      A.    It's a sequence -- sequences of different
4   movements put together to create a connection with
5   your mind and body through movement.                        12:42
6      Q.    Is that a fair encapsulation of what the
7   T.A. Method is?
8      A.    I think so.
9      Q.    Is the T.A. Method a researched and a
10  results proven fitness methodology?                         12:42
11     A.    Yes.
12     Q.    That's what it says in the biography of the
13  Tracy Anderson Instagram account, correct?
14     A.    I believe so.
15     Q.    Is the T.A. Method a revolutionary fitness    12:42
16  program designed for strategic muscle design?
17     A.    It can be.
18     Q.    That's from the Tracy Anderson website,
19  correct?
20     A.    I think so.                                        12:42
21     Q.    Is the goal of the T.A. Method to
22  consistently create balance where there is imbalance
23  in the body while preserving physical longevity?
24     A.    One of them.
25     Q.    That's one of the goals of the T.A. Method,   12:42



MARIA KELLING                                February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                 114

1    correct?

2        A.    One of the benefits of the T.A. Method.

3        Q.    Is it a goal of the T.A. Method as well?

4        A.    It depends on the individual person.

5        Q.    Is it one of the goals of the company for        12:43

6    its clients to consistently create balance where

7    there's imbalance in the body while preserving

8    physical longevity?

9        A.    It depends on the client.

10       Q.    Are there any clients that you're aware of       12:43

11   that the company has not tried to create balance for

12   in their bodies?

13       A.    I think we have a number of clients that

14   feel very comfortable in the balance in their body

15   and are not coming to The Method for that.            12:43

16       Q.    Do you have anyone in client in particular?

17       A.    Not specifically.

18       Q.    What are the reasons that you've been made

19   aware of that clients come to the T.A. Method?

20       A.    They enjoy the community.  They enjoy the   12:43

21   opportunity to learn and grow and feel comfortable

22   in their body.

23       Q.    What else?

24       A.    That's all I can think of at this time.

25       Q.    Has anyone ever told you anything else that  12:44



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 66 of 588
Page ID #:3777

MARIA KELLING                                      February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                   115

```
 1   they enjoy about the T.A. Method other than what
 2   you've mentioned already?
 3       A.   They enjoy sweating.  They enjoy moving to
 4   music.  There are many different people that do The
 5   Method.  There could be that many reasons why          12:44
 6   they're doing it.
 7       Q.   In terms of reasons that have been
 8   expressed to you, is that all you can think of right
 9   now, or are there any other reasons why people have
10   told you they attend T.A. Method classes?              12:44
11       A.   They enjoy the health benefits.
12       Q.   What else?
13       A.   I think that's pretty much it.
14       Q.   Nothing else you can think of, sitting here
15   today, correct?                                         12:45
16       A.   Correct.
17       Q.   Is it fair to say that the T.A. Method is a
18   process for improving well-being in your clients?
19       A.   I'm sorry.  Can you say that again?
20       Q.   Yeah.                                          12:45
21       Is it fair to say that the T.A. Method is a
22   process for improving well-being in your clients?
23       A.   Sure.  Yes.
24       Q.   Would you agree that the T.A. Method is a
25   system designed to improve health of your clients?     12:45
```



MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                    116

```
 1        A.    That is a benefit, yes.

 2        Q.    And it's a system designed to obtain that

 3   benefit, correct?

 4        A.    What do you mean?

 5        Q.    Well, the T.A. Method is a system of        12:46

 6   improving a customer's health, correct?

 7            MS. DURHAM:  Objection.  Mischaracterizes

 8   testimony.

 9            THE WITNESS:  That's a benefit of doing it, sure.

10   BY MR. BACH:                                          12:46

11        Q.    The company's dance cardio classes are

12   aerobic classes; is that your understanding?

13        A.    Yes.

14        Q.    What is -- what does the phrase dance

15   cardio mean to you?                                   12:46

16        A.    Dancing that provides -- at an up-tempo

17   pace.

18        Q.    What are the purposes of engaging in dance

19   cardio, from the company's perspective?

20        A.    Moving freely, having fun.                 12:46

21        Q.    What else?

22        A.    I don't know.

23        Q.    Sweating?

24        A.    That can happen, yes.

25        Q.    Is that a result or one of the benefits, in  12:47
```



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 68 of 588
Page ID #:3779

MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                    121

```
 1        A.   I don't understand.
 2        Q.   Well, is Ms. Anderson influenced by or does
 3   she borrow from any sources using exercise movements
 4   in her classes?
 5            MS. DURHAM:  Objection.  Lacks foundation.  Also    12:52
 6   outside the scope of the 30(b)(6) notice.
 7            THE WITNESS:  I don't know, I'm not Ms. Anderson.
 8   BY MR. BACH:
 9        Q.   Have you ever helped Ms. Anderson create a
10   class?                                                        12:52
11        A.   Helped in what way?
12        Q.   Have you ever created any sequences of
13   movements with Ms. Anderson?
14        A.   No.
15        Q.   Has Ms. Anderson ever asked you to create         12:53
16   any classes for the company?
17        A.   No.
18        Q.   Is music important to the classes in the
19   T.A. Method?
20        A.   Yes.                                               12:53
21        Q.   How so?
22        A.   We are performing choreography similar to a
23   dance, so we're moving rhythmically to the music.
24   Also, it helps to tap into the emotion of the
25   movement that you're expressing.                             12:53
```



79

Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 69 of 588
Page ID #:3780

MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                   132

1    Q.    And you don't recall ever having seen the

2    company advertise the fact that its services are

3    meant to be performed as a performance art, correct?

4    A.    Correct.

5    Q.    Have you ever worked with any                    02:10

6    choreographers?

7    A.    Yes.

8    Q.    Who?

9    A.    I've worked with Ana Maria Alvarez of

10   Contra-Tiempo.  In college, I worked with different   02:10

11   visiting artists that came for the dance program.

12   Q.    Where did you attend college?

13   A.    Arizona State University.

14   Q.    Did you get a degree?

15   A.    Yes, I did.                                       02:11

16   Q.    What was that degree?

17   A.    Bachelor of Fine Arts and Dance

18   Choreography.

19   Q.    Have you ever worked as a choreography?

20   A.    Yes.                                              02:11

21   Q.    When was that?

22   A.    In the company Contra-Tiempo, we

23   collaborate with different choreographers to create

24   the content and the material, and I was a dance

25   teacher, so I was creating my own choreography for    02:11



MARIA KELLING                                        February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                      134

```
 1          MS. DURHAM:  Objection.  Vague.
 2          THE WITNESS:  Professional dancers have come to the
 3   studio to take class or, you know, work with us.
 4   BY MR. BACH:
 5      Q.  Have you ever trained any of those          02:12
 6   professional dancers to perform the T.A. Method
 7   before an audience?
 8          MS. DURHAM:  Objection.  Vague.  Also
 9   mischaracterizes testimony as to T.A. Method.
10          THE WITNESS:  I mean, to me, if they're in class  02:13
11   and they're a professional dancers and we're asking people to
12   perform the movement that we're doing and the other clients
13   are there watching them, that would be them performing in
14   front of an audience.
15   BY MR. BACH:                                       02:13
16      Q.  Other than in the context of a T.A. class,
17   have you ever trained any professional dancers to
18   perform any T.A. Method movements specifically as a
19   performance art?
20      A.  No.                                         02:13
21          MR. BACH:  I'm going to introduce a document which,
22   again, has probably been previously marked, but we're going
23   to give it a new number here today.
24          THE REPORTER:  Which is 63.
25          MR. BACH:  Exhibit 63.                      02:14
```



MARIA KELLING                                          February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                        149

1    We also allow them time if they want to seek counsel

2    before signing any documents.

3      Q.   Has the company ever offered to connect

4    their employees with an independent attorney for

5    purposes of reviewing a trainer agreement like this?    02:32

6      A.   I'm not sure what is discussed between

7    employees and our HR manager.

8      Q.   You're not aware of any such instance, as

9    you sit here today, correct?

10     A.   Correct.                                          02:33

11     Q.   How many of the 200,000 movements that

12   allegedly make up the T.A. Method have been

13   performed publicly?

14     A.   What are you considering publicly?

15     Q.   In Ms. Anderson's DVDs, in the company's      02:33

16   classes to paying customers.

17     A.   Probably the majority of them.  I don't

18   know.

19     Q.   Are you aware of any movements among the

20   200,000 movements that are part of the T.A. Method    02:33

21   that have never been performed publicly, either in

22   DVDs, streaming classes, or in-person classes?

23     A.   I'm not sure which ones.  I know that Tracy

24   is constantly creating, and she doesn't give all of

25   her content to the employees to perform.              02:33



MARIA KELLING                                                February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                              167

```
 1    believe that Ms. Roup took anything that it had

 2    designated confidential when she left the company,

 3    correct?

 4           MS. DURHAM:  Objection.  Asked and answered.

 5    Vague.                                                      02:54

 6           THE WITNESS:  I'm sorry.  Say that again, please.

 7           (Record read.)

 8           THE WITNESS:  I think the company does have reason

 9    to believe that she took confidential information when she

10    left the company.                                          02:54

11    BY MR. BACH:

12        Q.   What are those reasons?

13        A.   The fact that she is mimicking our

14    expressive creative movement and creating a product

15    and selling it as her own.                                 02:54

16        Q.   You're not aware of any materials that she

17    took with her when she left the company, correct?

18           MS. DURHAM:  Objection.  Mischaracterizes

19    testimony.  Asked and answered.

20           THE WITNESS:  I'm not aware of what material she --  02:54

21    what tangible material she took, but I do believe she has

22    taken confidential, proprietary information with her.

23    BY MR. BACH:

24        Q.   Proprietary ideas, correct?

25           MS. DURHAM:  So objection.  Mischaracterizes       02:55
```



MARIA KELLING                                            February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                          168

1    testimony.

2              THE WITNESS:  The expression of the ideas and how

3    to develop that expression is what she took.

4    BY MR. BACH:

5         Q.   You don't have any reason to believe --                  02:55

6    well, strike that.

7              The company does not have any documentation

8    showing that Ms. Roup took confidential information

9    from its systems when she left the company, correct?

10             MS. DURHAM:  Objection.  Vague.  Compound.  Also          02:55

11   mischaracterizes testimony.

12             THE WITNESS:  Correct.

13   BY MR. BACH:

14        Q.   In your view, what is the company's most

15   important confidential information?                                 02:56

16             MS. DURHAM:  Objection.  Vague.

17             THE WITNESS:  I don't know if I could say the most

18   important thing.  I think it's all important.  I think it's

19   all necessary to deliver what our company is delivering.

20   BY MR. BACH:                                                        02:56

21        Q.   Do you have a belief as to what the

22   company's most valuable confidential information is?

23             MS. DURHAM:  Objection.  Vague as to valuable.

24             THE WITNESS:  I wouldn't know how to make one worth

25   more than another.  I think it's all valuable.                      02:57



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 74 of 588
Page ID #:3785

MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                  195

```
 1       Q.    Anjolie?

 2       A.    Uh-huh.

 3       Q.    Is she a competitor of the company?

 4       A.    No, I don't believe so.

 5       Q.    Why not?                                        03:39

 6       A.    Because she's not taking the information

 7    that she learned here and supplying it to people as

 8    if it is her own.

 9       Q.    What does she do now?

10       A.    I believe she's a yoga instructor.            03:39

11       Q.    Does the company offer yoga classes?

12       A.    No.

13       Q.    So she's not competing with the company,

14    correct?

15       A.    Correct.                                       03:39

16       Q.    So the company didn't go after her because

17    she's not competing against the company, correct?

18       A.    That's not true.  The company didn't go

19    after her because she didn't take what she learned

20    from our business and tried to replicate it in hers    03:39

21    regardless of the content that she's putting out.

22       Q.    Any other --

23       A.    Megan could still be copying from our

24    company and not providing that same kind of movement

25    phrase if she took our practices in terms of how       03:40
```



Case 2:22-cv-04735-PSG-E   Document 84-3 (Ex Parte)   Filed 05/20/24   Page 75 of 588
Page ID #:3786

MARIA KELLING                                          February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                                         196

```
 1    we're developing our company and tried to pass it
 2    off as her own idea.  It's not about the movement
 3    that somebody is doing, it's about how those things
 4    are created.
 5        Q.   Anyone else other than Anjolie, the former        03:40
 6    employee of the company, who you believe is not
 7    misusing the company's proprietary information or
 8    infringing its copyrights?
 9        A.   I mean, there's a number of them that are
10    dancing, that are professional dancers.                    03:40
11        Q.   Any that are teaching classes?
12        A.   I'm sure.  I don't keep up with all of our
13    former employees.
14        Q.   Sitting here today, you can't remember
15    anyone other than Anjolie, correct?                        03:40
16        A.   There's a former employee named Autumn
17    Smith who has started her own company.
18        Q.   What does that company do?
19        A.   It provides -- I think it's nutritional
20    information and support.                                   03:41
21        Q.   Does she teach exercise classes?
22        A.   I don't know if she does or not.
23        Q.   Do you believe she's a competitor of the
24    company?
25        A.   No.                                               03:41
```



800.211.DEPO (3376)
EsquireSolutions.com

MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                     211

```
1       A.   I understand that she has trained her
2   employees in a manner which she learned how to do
3   that business practice by working with us.
4       Q.   So disclosing company confidential
5   information to her trainers; is that correct?        04:14
6       A.   Correct.
7       Q.   Any other third parties?
8       A.   I imagine when she worked with Equinox and
9   obe, that she disclosed some of that information to
10  them as well.                                         04:15
11      Q.   Are you speculating about that?
12      A.   I am.
13      Q.   You don't know that she disclosed any
14  company confidential information to obe or Equinox,
15  sitting here today, correct?                          04:15
16      A.   If I remember correctly, she was working
17  with Equinox to create a program with them that
18  would offer The Sculpt Society in their gyms, and
19  she was creating that training process, so I don't
20  know, but I feel strong that she must have shared     04:15
21  something with them.
22      Q.   But you don't know that she, in fact, did
23  so, correct?
24           MS. DURHAM:   Objection.  Calls for a legal
25  conclusion.                                           04:15
```



MARIA KELLING                                February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                             248

```
 1   have you ever seen Ms. Roup using any of those that
 2   we've reviewed here today, and that are referenced
 3   in this interrogatory response, in creating any of
 4   the classes that you have watched?
 5           MS. DURHAM:  Objection.  Vague.  Compound.        05:04
 6           THE WITNESS:  Well, no, I've never seen her do that
 7   in the videos, just like in our classes, you don't see the
 8   preparation, the time, the write-ups, the information, the
 9   studying, the technique that goes into getting to the
10   performance part.                                          05:05
11           So what I've seen is Ms. Roup's performance aspect,
12   but not the behind-the-scenes information she's --
13   BY MR. BACH:
14      Q.   You don't know that she's ever used any of
15   these documents in creating any of her classes,           05:05
16   correct?
17           MS. DURHAM:  Objection.  Mischaracterizes
18   testimony.  Asked and answered.
19           THE WITNESS:  I don't know if she's used those
20   specific documents, but I could assume, based on how closely  05:05
21   similar her final performance is to our final performance,
22   that she is using some tactics that she learned from working
23   with our company to create and design her company.
24   BY MR. BACH:
25      Q.   No actual instance of her using any of            05:05
```



ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

88

MARIA KELLING
TRACY ANDERSON V. MEGAN ROUP

February 15, 2024
249

```
 1    these specific documents that are listed here in
 2    Interrogatory 23, though, correct?
 3         MS. DURHAM:  Objection.  Asked and answered.  Also
 4    mischaracterizes the witness's testimony.
 5         THE WITNESS:  Again, we -- the videos that I've          05:05
 6    reviewed, I've only seen the final performance and her
 7    outcome, which I have compared to our videos, and they are
 8    very similar.  There are moves that are exactly the same.
 9    There are moves that are unique to Tracy Anderson's Method
10    that Megan is also doing.                                     05:06
11         Have I seen her share that exact write-up, no,
12    because I'm seeing her final performance.  I'm not seeing the
13    preparation that she's taking with herself or her employees
14    to get ready for that final preparation.
15    BY MR. BACH:                                                  05:06
16       Q.  You would have no way of knowing what she's
17    doing behind the scenes to get ready for that
18    performance, correct?
19       A.  Correct.
20       Q.  In the -- moving on to the second part of            05:06
21    the interrogatory response for number 23, do you
22    have that document in front of you still,
23    Ms. Kelling?
24       A.  I believe so.  No. 23?
25       Q.  Yes.  It's on page 4 of the set two                   05:06
```



MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                              287

```
 1   legal conclusion and expert testimony.

 2           THE WITNESS:  I believe that we've lost business to

 3   her because she's offering our program at a lower rate.

 4   BY MR. BACH:

 5       Q.   What is the rate that the company charges        06:02

 6   for a similar product to Ms. Roup?

 7       A.   We charge $90 a month.

 8       Q.   For the streaming product?

 9       A.   Uh-huh.

10       Q.   Is there a yearly fee if you were to pay         06:02

11   annually?

12       A.   Yes.  I don't recall what that is.

13       Q.   Are you aware of whether the company's

14   subscriptions have gone down as a result of Ms. Roup

15   launching her streaming platform?                         06:02

16       A.   I'm not sure of the number of our

17   subscribers.

18       Q.   Have you seen any reports that suggest a

19   dip that's correlated to the launch of Ms. Roup's

20   website or application?                                   06:02

21       A.   I don't know.

22           MS. DURHAM:  Objection.  This question is outside

23   the scope of 30(b)(6), and also calls for expert testimony.

24           MR. BACH:  Just for the record, I disagree.  It's

25   No. 11 on the TAMB notice and it's No. 13 on the TANY notice.  06:02
```



MARIA KELLING                                    February 15, 2024
TRACY ANDERSON V. MEGAN ROUP                             291

```
 1              C E R T I F I C A T I O N

 2

 3

 4

 5       I, ADELE C. FRAZIER, Certified Shorthand Reporter,

 6  License No. 9690, for the State of California, do hereby

 7  certify:

 8

 9       That, prior to being examined, the witness named in

10  the foregoing deposition, to wit, MARIA KELLING, was by me

11  duly sworn to testify the truth, the whole truth and nothing

12  but the truth;

13

14       That said deposition was taken down by me in shorthand

15  at the time and place therein named and thereafter reduced to

16  computer-aided transcription under my direction.

17

18       I further certify that I am not interested in the

19  event of the action.

20

21       Witness my hand the 22nd of February, 2024

22
```

```
23          ADELE C. FRAZIER, CSR, CRR, RMR, RPR

24

25
```

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT F

CONFIRMATORY COPYRIGHT ASSIGNMENT AGREEMENT

This CONFIRMATORY COPYRIGHT ASSIGNMENT AGREEMENT ("**Copyright Assignment**") is made by and between Tracy Anderson Private Training, LLC, a limited liability company of Delaware ("**Assignor**" or "**TAPT**"), and Tracy Anderson Mind and Body, LLC, a limited liability company of Delaware ("**Assignee**" or "**TAMB**"), and is dated as of May 14, 2024 and effective *nunc pro tunc* as of October 28,2014 ("**Effective Date**"). Each of Assignor and Assignee are sometimes referred to herein as a "**Party**" and collectively referred to as the "**Parties**".

WHEREAS, the Parties hereto mutually desire to memorialize that in connection with obtaining copyright registrations for the Assigned Copyrights (as defined below), TAPT intended to and did assign all of its right, title and interest in and to the Assigned Copyrights to TAMB as of the Effective Date;

WHEREAS, the Parties hereto mutually desire to memorialize that TAMB currently holds all right, title, and interest in and to the Assigned Copyrights and has continuously held all such right, title and interest in and to the Assigned Copyrights from the Effective Date;

NOW, THEREFORE, in consideration of the foregoing, and other good and valuable consideration, the receipt, sufficiency and adequacy of which are hereby acknowledged by Assignor and Assignee, and with the intent to be legally bound, Assignor and Assignee hereby confirm and agree as follows:

Assignment. Assignor hereby irrevocably conveys, transfers, and assigns, *nunc pro tunc* as of the Effective Date, to Assignee all of Assignor's worldwide right, title, and interest in and to its choreographic works of authorship, fixed in any tangible medium of expression, including but not limited to those works which are set forth on the attached **Schedule 1** and incorporated herein (collectively the "**Assigned Copyrights**"). The foregoing assignment includes, without limitation, all copyrights and related rights in and to the Assigned Copyrights, including all statutory and common law rights throughout the universe as are now or may hereafter be in effect, whether vested, contingent, expectant, or inchoate, including rights to reproduce, publish, distribute, administer, exercise, license, display, publicly or privately perform, communicate or make available to the public, adapt, prepare derivative works based upon, add to, alter, modify (and with respect to such derivative works, adaptations, additions, alterations, or modifications, to exercise all of the same rights and powers granted herein in respect of the applicable Assigned Copyrights), broadcast, re-broadcast, telecast, webcast, transmit, stream, possess, rent, lend, deal in, transfer or otherwise dispose of, use, license or exploit the Assigned Copyrights or any right therein or thereto or approve, consent to, or authorize any use thereof, in each case, in any manner and in any and all media, technologies, means, or methods (whether now in existence or hereafter coming into existence), throughout the universe, and all the proceeds from the foregoing, including, without limitation, all of the right, title and interest of Assignor, in and to the income derived therefrom, and any future copyright registrations, renewals, and/or extensions that may be issued with respect thereto as well as the exclusive right to file copyright registrations in any and all jurisdictions and countries with respect to the Assigned Copyrights, the right to enter into and/or to terminate any grants or agreements regarding the Assigned Copyrights, and any and all claims and causes of action with respect to the Assigned Copyrights, whether accruing before, on, or after the Effective Date, including all rights to and claims for damages, restitution, and injunctive and other legal and equitable relief for past, present, and future infringement, misappropriation, violation, misuse, breach, or default, with the right but no obligation to sue for such legal and equitable relief and to collect, or otherwise recover, any such

damages.

Further Assurances. Following the date hereof, Assignor shall take such steps and actions, and provide such cooperation and assistance to Assignee and its successors, assigns, and legal representatives, including the execution and delivery of any affidavits, declarations, oaths, exhibits, assignments, powers of attorney, or other documents, as may be necessary to effect, evidence, or perfect the assignment of the Assigned Copyrights to Assignee, or any successor thereto.

Representations and Warranties of Assignor. Assignor hereby warrants, represents, covenants and agrees that: (a) each and every Assigned Copyright is Assignor's sole and original creation; (b) Assignor has the full right, power, authority and legal capacity to enter into, deliver, and fully perform this Copyright Assignment and each and every term hereof; (c) this Copyright Assignment constitutes a valid and binding agreement of Assignor, is enforceable against Assignor in accordance with its terms, and grants to Assignee the rights purportedly granted hereunder; (d) the rights granted herein are free and clear of any claims, demands, liens or encumbrances; and (e) no consent or approval is required which has not been obtained in connection with the authorization, execution, delivery or performance by Assignor of this Copyright Assignment.

Representations and Warranties of Assignee. Assignee hereby warrants, represents, covenants and agrees that: (a) Assignee has the full right, power, authority and legal capacity to enter into, deliver, and fully perform this Copyright Assignment and each and every term hereof; and (b) this Copyright Assignment constitutes a valid and binding agreement of Assignee, is enforceable against Assignee in accordance with its terms.

Counterparts. This Copyright Assignment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed one and the same agreement. A signed copy of this Copyright Assignment delivered by facsimile, e-mail, or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Copyright Assignment.

Successors and Assigns. This Copyright Assignment shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

Governing Law. This Copyright Assignment and any claim, controversy, dispute, or cause of action based upon, arising out of, or relating to this Copyright Assignment and the transactions contemplated hereby shall be governed by, and construed in accordance with, the laws of the United States and the State of California, without giving effect to any choice or conflict of law provision or rule (whether of the State of California or any other jurisdiction).

[signature page follows]

IN WITNESS WHEREOF, the undersigned have executed this Copyright Assignment as of the Effective Date set forth above.

| ASSIGNOR | ASSIGNEE |
|---|---|
| **TRACY ANDERSON PRIVATE TRAINING, LLC** | **TRACY ANDERSON MIND AND BODY, LLC** |

CONFIDENTIAL

PLTFS0006922

By: Tracy Anderson Mind and Body, LLC, its
sole Member

By: _____

Name:    **Tracy Anderson**
Title:
                **CEO**

By: _____

Name:    **Tracy Anderson**
Title:
                **CEO**

Schedule 1
ASSIGNED COPYRIGHTS
**Copyright Registrations**

| Title | Registration Number | Registration Date |
|---|---|---|
| Tracy Anderson's Total Body Mini-Trampoline Workout | PA 1-929-094 | 10/31/2014 |
| Metamorphosis by Tracy – Hipcentric | PA 1-929-100 | 10/31/2014 |
| Metamorphosis by Tracy – Abcentric | PA 1-930-680 | 10/31/2014 |
| Metamorphosis by Tracy – Omnicentric | PA 1-930-683 | 10/31/2014 |
| Metamorphosis by Tracy – Glutecentric | PA 1-938-799 | 10/31/2014 |
| Tracy Anderson: The Pregnancy Project. | PA 1-938-802 | 10/31/2014 |
| Tracy Anderson Teen Meta. | PA 1-930-681 | 10/31/2014 |

# EXHIBIT G

# THE TRACY ANDERSON METHOD



The Tracy Anderson Method is a revolutionary fitness program, designed for strategic muscular design.

Tracy spent years studying the body, conducting studies and research into what it takes to see consistent results. The secret to the ultimate balanced body? More choreography. Collaborating with experts, Tracy found that the only way to achieve consistent muscular design in the long run was to perform new sequences every week, building off what came before to keep your body in discovery mode.

At the time, such a program didn't exist. So, she decided to create it.

After all the research, studies, and content creation, the Tracy Anderson Method blew up in the early 2000s as the most effective workout in the game. The goal was to consistently create balance where there is imbalance in the body, while preserving physical longevity. The muscular structure workouts tone the body through movements that protect joints, expand flexibility, and improve mobility.

## THE SCIENCE

Tracy's 25 years of research, scientific advancements, and innovative muscle exhaustion sequences form the basis of the method. It targets both major and accessory muscles, preventing plateaus and promoting mind-body connection.



97

Tracy conducted her first research study on 150 women, and she learned that not speaking during the workout heightens brain activity, engaging your mind-body connection for a more metabolically effective workout. By tracking her movements, you'll put your physical self in the driver's seat. You will see and feel results immediately, and experience supreme body design in the long run.

---

## THE CLASSES

The Online Studio offers Beginner, Intermediate, and Advanced levels of classes led by Tracy or her Senior Trainers through video-on-demand streaming. New class content is released every 7 to 10 days.

Each level builds upon the previous one, adding new weight transfers and more complex positions. This strategy consistently opens up new neural pathways and keeps your body in discovery mode, giving you next-level results that are actually sustainable.

---

The first time you experience the Tracy Anderson Method, it'll take a moment for your body to get used to it. You may get lost tracking her movements, or a sequence might challenge a part of your body you've never engaged before. That's normal—you'll start to feel your body strengthen and expand in new ways after a week, and the results will speak for themselves.

Start wherever feels comfortable to you, as the levels are designed to mix and match. The Method is all about consistency, and in order to stick to it, you have to honor the fact that your body will feel different from week to week. We offer classes for every moment of life. At TA, there are no rules—we empower you to continuously evolve the conversation with your body.

### BEGINNER

Designed for newcomers to the Method (or exercise in general), the Beginner classes focus on foundational techniques and developing muscular structure. Hand and leg weights are optional.

### INTERMEDIATE

The Intermediate class is for members with experience and knowledge of the Tracy Anderson Method. These classes reinforce strength and prepare for the advanced program. Form and performance are emphasized.



## ADVANCED

For members with advanced experience, the Advanced classes focus on mastery of the choreography, enhanced mind-body connection, and integrated sequences for unreal results.

## ELECTIVE CONTENT

Our Elective content gives you the option to add more color to every week's workout. From stretches to dance, these classes will keep your mind and body engaged over time.

### DANCE CARDIO SESSIONS

Expressive dance classes that get your heart pumping.

### MULTITASK MASHUPS

Combining muscular structure exercises with cardio.

### 15-MINUTE BODY BOOSTS

Quick workouts targeting specific areas, such as arms, abs, and lower body.

### HIS WORKOUT

Specifically designed for men.

### STANDING SEQUENCES

Tracy's signature chair program.



(87 of 284), Page 87 of 284 Case: 24-6936, 02/24/2025, DktEntry: 12.3, Page 87 of 284
Case 2:22-cv-04735-PSG-E Document 84-3 (Ex Parte) Filed 05/20/24 Page 164 of 588
Page ID #:3875



©2024 TRACY ANDERSON. ALL RIGHTS RESERVED. PRIVACY POLICY / TERMS OF USE

# EXHIBIT T

# Delaware



Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT

COPY OF THE CERTIFICATE OF REVIVAL OF "TRACY ANDERSON PRIVATE

TRAINING, LLC", FILED IN THIS OFFICE ON THE NINTH DAY OF MAY,

A.D. 2024, AT 9:26 O`CLOCK A.M.

Jeffrey W. Bullock, Secretary of State

4777345  8100
SR# 20241980905

Authentication: 203435618
Date: 05-09-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

102

# STATE OF DELAWARE
## CERTIFICATE OF REVIVAL OF
## A DELAWARE LIMITED LIABILITY COMPANY
## PURSUANT TO TITLE 6, SEC. 18-1109

1. Name of the Limited Liability Company  Tracy Anderson Private

   Training, LLC

2. Date of the original filing with the Delaware Secretary of State:

   1/14/2010

3. The name and address of the Registered Agent is

   Corporation Service Company
   251 Little Falls Drive
   Wilmington, DE 19808

4. (Insert any other matters the members determine to include herein).

5. This Certificate of Revival is being filed by one or more persons authorized to
   Execute and file the Certificate of Revival.

In witness whereof, the above name Limited Liability Company does hereby certify that
the Limited Liability Company is paying all annual Taxes, penalties and interest due to
the State of Delaware.

BY: *Eugene Eskin*

Authorized Person

Name: Eugene Eskin

Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 09:26 AM 05/09/2024
FILED 09:26 AM 05/09/2024
SR 20241980905 - File Number 4777345

103

**DLA PIPER LLP (US)**
GINA DURHAM (SBN 295910)
*gina.durham@us.dlapiper.com*
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:  415.836.2500
Fax:  415.836.2501

JASON TAYLOR LUEDDEKE (SBN 279242)
*jason.lueddeke@us.dlapiper.com*
KRISTINA FERNANDEZ MABRIE (SBN 318315)
*kristina.fernandezmabrie@us.dlapiper.com*
2000 Avenue of the Stars, Suite 400 N Tower
Los Angeles, CA 90067-4735
Tel:  310.595.3066
Fax:  310.595.3326

Attorneys for Plaintiffs
TRACY ANDERSON MIND AND BODY, LLC
and T.A. STUDIO NEW YORK LLC

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company,<br><br>Defendants. | Case No.  2:22-cv-04735-PSE<br><br>Hon. Philip S. Gutierrez<br><br>**DECLARATION OF MARIA KELLING IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT**<br><br>Date: June 7, 2024<br>Time:  1:30 p.m.<br>Location:  6A<br><br>Complaint Filed:  July 11, 2022<br>Trial Date:  November 14, 2024 |

104

DocuSign Envelope ID: 1F758FE8C-A2D9-485C-AC9B-B0437B97CF23

## DECLARATION OF MARIA KELLING

I, Maria Kelling, declare as follows:

1.      I am the Chief Training Office and Co-President at Tracy Anderson Mind and Body, LLC ("TAMB") and T.A. Studio New York ("TANY") (collectively, "Plaintiffs") in this action. I submit this declaration in support of Plaintiffs' Opposition to Defendants Megan Roup ("Roup") and The Sculpt Society LLC's ("TSS") (collectively, "Defendants") Motion for Full or Partial Summary Judgment. The following facts are within my personal knowledge, and if called upon as a witness, I could and would testify competently to them.

2.      I started working for TAMB in April 2006 and have been with the company for 18 years.

3.      Prior to joining TAMB, I was a professional dancer trained in jazz, ballet, modern, hip hop, tap, and West African dance. I have been dancing since I was about 7 years old when started taking dance classes.

4.      I have a Bachelor in Fine Arts from Arizona State University with an emphasis in Dance Choreography. I received a dance scholarship which paid for my education. During the course of my studies, professional choreographers would teach classes and create choreography for the dancers enrolled in the program. I auditioned for these choreographers and was often selected to perform in their shows, which allowed me to work closely with each of them and witness their creative process.

5.      In college, I often worked with professional choreographers, including Cliff Keuter, Elina Mooney Keuter, Liz Lerman, and Ron K. Brown. Each choreographer exposed me to many different journeys of choreography and how different choreographers create their works of art/choreography.  My education in choreography informs much of the work I do today for TAMB.

6.      While in college, I simultaneously taught as a dance teacher at a local dance studio.  I also volunteered with a girl scout troop to bring dance into the

1

DECL. OF MARIA KELLING ISO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:22-CV-04735-PSG-E

1   City of Mesa Parks and Recreation as well as other underserved communities

2   who didn't have access to dance programs. These experiences were all facilitated

3   by the choreography skills I developed in college.

4       7.    After college, I moved to California to pursue a professional dance

5   career. I had a dance agent who would place me for dance related auditions. I got

6   to experience a wide variety of auditions and work ranging from dance

7   companies to commercial auditions for television commercials and music videos.

8   Through this experience I was also exposed to numerous choreographers and

9   dance modalities.

10       8.    Based on my education and decades of experience as a dancer, I

11   define choreography as the art of sequencing movements. In my view,

12   choreography is a subset of dance that involves the choreographer composing and

13   arranging movements into a patterned series.  The patterns of movements are

14   often rhythmic, accompanied by music, involve creative elements, and play with

15   multi-panel and spatial relationships.  While choreographers create sequences of

16   movement, dancers are most often responsible for bringing those sequences of

17   movement to life.  Ultimately, creating choreography can be similar to the

18   process of other expressive works where portions are edited and refined until

19   there is a final routine—every choreographer's process is different.

20   **TA Choreography and the TA Works**

21       9.    I started at TAMB as a trainer and worked closely with Tracy

22   Anderson.  In my role, I observe Ms. Anderson while she engages in her creative

23   process of combining particular selections and arrangements of dance steps and

24   other movements that are informed by her TA Method, into final choreographic

25   works that are later produced into live studio performance or video performances.

26       10.    Specifically, in my role I sit with Ms. Anderson while she creates

27   choreography each week (the "TA Choreography"). ██████████████████

28   ████████████████████████████████████████████████

2

DECL. OF MARIA KELLING ISO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:22-CV-04735-PSG-E

DocuSign Envelope ID: 1E758EF8C-82D9-485C-AC8B-B0437B97CF23

Case 2:22-cv-04735-PSG-E Document 83-3 Filed 05/20/24 Page 212 of 233 Page ID #:3494

█████████████████████████████████████████

████████████████████████████████████

11. I am knowledgeable about the production of the nineteen TA DVDs that are the subject matter of this action and referred to collectively as the "TA Works."

12. For the majority of the TA Works, I was on the production set making sure the choreography performed was consistent with the choreography that Ms. Anderson created for that particular DVD production. I also was responsible for archiving the choreography performed in each of the TA Works for future reference and use by Ms. Anderson and the dancers who we have hired to work as trainers at the company (the "TA Trainers") when they work with private clientele. I also performed the choreography in the Continuity Series. When I was not on set for filming, I was still involved offset in pulling choreography and cueing created for a particular DVD production. Thus, I am intimately familiar with, and have personal knowledge of, all of the choreography in each of the nineteen TA Works.

13. As set forth below, each of the nineteen TA DVD's features a selection and arrangement of movements informed by the TA Method, and they all involve classic dance steps that are recognized in various dance modalities such as ballet, hip-hop, jazz, and modern dance, as well as modifications to those classic dance steps, and other audio visual elements that are present in many choreographic works:

| Copyright Reg #: | Title of TA Work: | Examples of Dance Movements and Audio/Visual Elements Present: |
|---|---|---|
| PA 1-929-090 | The Tracy Anderson Method Presents Dance Cardio Workout DVD | Dance Steps: <br> • 2nd position ballet plié <br> • Jazz passé <br> • Ballet Glissade( |

3

DECL. OF MARIA KELLING ISO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:22-CV-04735-PSG-E

DocuSign Envelope ID: 15758EF8C-A2D9-485C-AC9B-B0437B97CE23

| | | |
|---|---|---|
| | | jump)<br>• Jazz pivots/ Paddle Turn<br>• Chainés turn<br>• Coup De Pied<br>• Pivot Turn<br>• Demi Plie<br>• Arabesque<br>• Attitude a la second<br>• Rib Isolations<br><br>Other included elements:<br>Rhythmically set to music tempo, movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in movement speed and tension. |
| PA 1-929-015 | The Tracy Anderson Method Presents Mat Workout DVD | Dance Steps:<br>• Second position Grande plie<br>• Port de bras<br>• Attitude<br>• Couné<br>• Demi Plie<br>• Arabesque<br>• Attitude a la second<br>• Rib Isolations<br><br>Other included elements:<br>Rhythmically set to music tempo, movements utilize different body parts and positions, creative choice with body shapes and transitions; |

4

DECL. OF MARIA KELLING ISO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:22-CV-04735-PSG-E

DocuSign Envelope ID: 1E758FE8C-82D9-485C-ACBB-B0437B97CF23

Case 2:22-cv-04735-PSG-E Document 83-3 Filed 05/20/24 Page 214 of 233 Page ID
#:3496

| | | and variations in movement speed and tension. |
|---|---|---|
| PA 1-929-092 | The Tracy Anderson Method Presents Post-Pregnancy Workout DVD | <u>Dance Steps:</u><br>• <u>Attitude Position</u><br>• <u>Arabesque</u><br>• <u>Ballet Arms – Second Position</u><br>• <u>Ballet Arms 4th Position</u><br>• <u>Standing in 4th and 5th Position</u><br>• <u>Battement Kicks</u><br><br><u>Other included elements:</u><br>Rhythmically set to music tempo, movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in movement speed and tension. |
| PA 1-929-096 | Tracy Anderson Dance Cardio II | <u>Dance Steps:</u><br>• <u>Grapevine (alternating between 2nd and 4th positions of the feet in ballet)</u><br>• <u>Chassé</u><br>• <u>Parallel Passé</u><br>• <u>Grand Plié 2nd position</u><br>• <u>Jazz Square</u><br>• <u>Glissade</u><br><br><u>Other included elements:</u><br>Rhythmically set to music tempo, |

5

DECL. OF MARIA KELLING ISO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:22-CV-04735-PSG-E

DocuSign Envelope ID: 1E758E8C-A2D9-485C-AC9B-B0437B97CF23

| | | |
|---|---|---|
| | | movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in movement speed and tension. |
| PA0001930682 | Tracy Anderson: The Perfect Design Series | Dance Steps: <br> • Ballet Arms – 4th Position <br> • Arabesque <br> • Attitude Position <br> • Rib and Hip Isolations- Jazz <br> • Attitude <br> • 1st Position Grande Plié <br> • Relevé <br> • Round de Jambe <br><br> Other included elements: Rhythmically set to music tempo, movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in movement speed and tension. |
| PA 1-929-100 | Metamorphosis by Tracy - Hipcentric | Dance Steps: <br> • Ballet Arms – 2nd Position <br> • Arabesque <br> • Attitude <br> • 2nd position grande plie <br> • Rib Isolations <br> • Pique <br> • Round de jambe <br> • Shoulder Isolations |

6

110

| | | | |
|---|---|---|---|
| | | | **Other included elements:** Rhythmically set to music tempo, movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in movement speed and tension. |
| | PA0001930680 | Metamorphosis by Tracy - Abcentric | **Dance Steps:**<br>• Rib Isolations<br>• Arabesque<br>• A la Second (legs)<br>• Pique<br>• Attitude<br>• Ballet Arms – 1st Position<br>• Ballet Arms – 2nd Position<br>• Plie<br><br>**Other included elements:** Rhythmically set to music tempo, movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in movement speed and tension. |
| | PA0001930683 | Metamorphosis by Tracy - Omnicentric | **Dance Steps:**<br>• 3rd Position Arms<br>• Rib Isolations<br>• Arabesque<br>• Parallel Attitude<br>• Pique |

7

DECL. OF MARIA KELLING ISO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:22-CV-04735-PSG-E

DocuSign Envelope ID: 15758FE8C-32D9-485C-AC9B-B0437B97CF23

| | | | |
|---|---|---|---|
| | | | • <u>Passé</u><br><br><u>Other included elements:</u><br>Rhythmically set to music tempo, movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in movement speed and tension. |
| | PA0001938799 | Metamorphosis by Tracy – Glutecentric | <u>Dance Steps:</u><br>• <u>Ballet Arms – 2nd Position</u><br>• <u>Ballet Arms – 3rd Position</u><br>• <u>5th Position</u><br>• <u>Piqué</u><br>• <u>Arabesque</u><br>• Grand Plié 2nd position<br>• Attitude Position<br>• Rib and Shoulder Isolations<br><br><u>Other included elements:</u><br>Rhythmically set to music tempo, movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in movement speed and tension. |
| | PA 1-929-094 | Tracy Anderson's Total Body Mini | <u>Dance Steps:</u><br>• <u>Ballet Arms – 2nd Position</u> |

8

112

DocuSign Envelope ID: 2E758FE8C-A209-485C-A49B-B0437B97CE23

| | | Trampoline Workout | <ul><li>Arabesque</li><li>Piqué</li><li>Attitude</li><li>A la second</li><li>Parallel Attitude in 2nd position</li><li>Kick Ball Change</li></ul>Other included elements: Rhythmically set to music tempo, movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in movement speed and tension; and use of trampoline as a prop to further explore use of space and movement. |
|---|---|---|---|
| | PA0001938802 | Tracy Anderson: The Pregnancy Project | Dance Steps<ul><li>Relevé/ Elevé</li><li>Port de bras</li><li>Forced Arch Lunge</li><li>Attitude</li><li>Arabesque</li><li>4th Position Ballet</li><li>Round de Jambe</li></ul>Other included elements: Rhythmically set to music tempo, movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in |

9

DECL. OF MARIA KELLING ISO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:22-CV-04735-PSG-E

DocuSign Envelope ID: 15768E8C-A2D9-485C-AC9B-B0437B97CF23

Case 2:22-cv-04735-PSG-E Document 83-3 Filed 05/20/24 Page 219 of 233 Page ID #:3501

| | | movement speed and tension. |
|---|---|---|
| PA0001900681 | Tracy Anderson Teen Meta | **Dance Steps:**<br>• Piqué<br>• Attitude<br>• Parallel Second Extension<br>• Arabesque<br>• Soutenu Turn<br>• Pas du Bourree<br>• Coupé<br><br>**Other included elements:**<br>Rhythmically set to music tempo, movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in movement speed and tension. |
| PA 1-929-098 | Tracy Anderson PostPregnancy 2 Workout Series | **Dance Steps:**<br>• Attitude Position<br>• Ballet Arms – 2nd Position<br>• Ballet Arms – 4th Position<br>• Arabesque<br>• Piqué<br>• 4th Position<br>• 5th Position<br><br>**Other included elements:**<br>Rhythmically set to music tempo, movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in |

10

114

DocuSign Envelope ID: 2E758FE8C-A2D9-485C-AC9B-B0437B97CF23

| | | movement speed and tension. |
|---|---|---|
| PA 1-929-013 | Tracy Anderson The Method for Beginners | **Dance Steps:**<br><br>• Grandé Plie 2nd position<br>• Round de jambe<br>• Attitude a la second<br>• Arabesque<br>• Coupé<br>• Grapevine/ Pas due Bourree<br>• Battement<br>• Flex/Pointed toes<br>• Susu<br><br>**Other included elements:**<br>Rhythmically set to music tempo, movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in movement speed and tension. |
| PA 1-929-097 | Tracy Anderson Precision Toning | **Dance Steps:**<br>• Arabesue<br>• Attitude<br>• Round de Jambe<br>• Attitude avant<br>• Ballet 5th arms<br>• Parallel Battement<br>• Passé<br>• Jazz 1st Grande Plié<br><br>**Other included elements:**<br>Rhythmically set to music tempo, movements utilize different body parts and positions, creative |

11

115

DocuSign Envelope ID: 15758EF8C-82D9-485C-AC8B-B0437B92CF23

Case 2:22-cv-04735-PSG-E   Document 83-3   Filed 05/20/24   Page 221 of 233   Page ID #:3503

| | | | choice with body shapes and transitions; and variations in movement speed and tension. |
|---|---|---|---|
| PA 1-929-093 | Tracy Anderson Dance + Cardio | | <u>Dance Steps:</u><br>• <u>Jazz square</u><br>• <u>Ball Change</u><br>• <u>2nd Position plie</u><br>• <u>Pas Jetes</u><br>• <u>Cramp Roll</u><br>• <u>Sauté</u><br>• <u>Attitude Derriere</u><br>• <u>Jazz Passé</u><br><br><u>Other included elements:</u> Rhythmically set to music tempo, movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in movement speed and tension. |
| PA 1-929-095 | Tracy Anderson Unleash Your Inner Popstar | | <u>Dance Steps:</u><br>• <u>Kick Ball Change</u><br>• <u>4th position</u><br>• <u>Chaine Turn</u><br>• <u>2nd position grande plie</u><br>• <u>Tombe Pas du Bourree</u><br>• <u>Sauté</u><br>• <u>Scission</u><br>• <u>Paddle Turn</u><br><br><u>Other included elements:</u> Thematic elements set to genre of music; rhythmically set to music tempo, movements utilize |

12

DECL. OF MARIA KELLING ISO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:22-CV-04735-PSG-E

116

DocuSign Envelope ID: 1E758EF8C-32D9-485C-AC9B-B0437B97CF23

Case 2:22-cv-04735-PSG-E Document 83-3 Filed 05/20/24 Page 222 of 233 Page ID #:3504

| | | | different body parts and positions, creative choice with body shapes and transitions; and variations in movement speed and tension. . |
|---|---|---|---|
| | PA 1-929-011 | Tracy Anderson Cardio Dance Workout [for beginners] | Dance Steps:<br>• Grape Vine<br>• Battement / Dégagé (jazz parallel)<br>• Kick Ball Change<br>• 2nd Position Plie<br>• Attitude<br>• Pas Jetés<br><br>Other included elements: Thematic elements set to genre of music; rhythmically set to music tempo, movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in movement speed and tension. |
| | PA 1-020-012 | Tracy Anderson Mat Workout for Beginners | Dance Steps:<br>• Second position Grande plie<br>• Port de bras<br>• Attitude<br>• Coupé<br>• Demi Plie<br>• Arabesque<br>• Attitude a la second<br>• Rib Isolations<br><br>Other included elements: Rhythmically set to music tempo, |

Line numbers: 1–28

DocuSign Envelope ID: 1E758FE8C-A2D9-485G-A59B-B0437B92CF23

Case 2:22-cv-04735-PSG-E  Document 83-3  Filed 05/20/24  Page 223 of 233  Page ID #:3505

| | | movements utilize different body parts and positions, creative choice with body shapes and transitions; and variations in movement speed and tension. |
|---|---|---|

14.    None of the nineteen TA Works contain basic fitness movements such as lunges, squats, bicep curls, or any other simple functional movement.  They also do not contain movements that I would consider common in a person's day-to-day life.  The movements are actually combined to allow the performer to move through space in a way that is not typical in their normal day.

15.    Currently all of the trainers hired by TAMB and TANY have specialized dance and/or choreography training, and many of them have held positions as professional dancers in the past or simultaneously while working for TAMB.  TAMB and TANY hire dancers because they are best suited to bring Ms. Anderson's choreography to life.

**TANY's Confidential Information**

16.    In my current role, I am heavily involved with the business side of TAMB and TANY.  Since approximately 2008, I have been responsible for the hiring and on-boarding of employees, including, developing, delivering, and updating the employee training program as new concepts, systems, and processes are added to the TA Method.  I also oversee the development and delivery of company practices and policies including the distribution of the company's confidential information to employees. I also ensure that the TA Trainers understand the philosophies and systems of the TA Method, and the various protocols that the TA Method utilizes.  I am also responsible for teaching Ms. Anderson's weekly choreography to the TA Trainers in a consistent way.

14

DECL. OF MARIA KELLING ISO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:22-CV-04735-PSG-E

1    detailed in paragraph 17, including the cueing protocol, weekly writeups, and

2    client specific information.

3        I declare under penalty of perjury under the laws of the United States that the

4    foregoing is true and correct.

5        Executed on May 17, 2024, at ⎯Los Angeles⎯⎯ , California.

6

7

8    ACTIVE\1609799360    MARIA KELLING

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  MANATT, PHELPS & PHILLIPS, LLP
   CHRISTOPHER CHATHAM (CA Bar #240972)
2    CChatham@manatt.com
   NATHANIEL L. BACH (CA Bar #246518)
3    NBach@manatt.com
   SARAH E. MOSES (CA Bar #291491)
4    SMoses@manatt.com
   ANDREA D. GONZALEZ (CA Bar #336134)
5    ADGonzalez@manatt.com
   2049 Century Park East, Suite 1700
6  Los Angeles, California 90067
   Telephone:  (310) 312-4000
7  Facsimile:  (310) 312-4224

8  Attorneys for Defendants
   MEGAN ROUP and THE SCULPT SOCIETY, LLC
9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

13  TRACY ANDERSON MIND AND          Case No. 2:22-cv-04735-PSG-E
    BODY, LLC, a Delaware limited
14  liability company; and T.A. STUDIO    Hon. Philip S. Gutierrez
    NEW YORK LLC, a California limited
15  liability company,                **NOTICE OF LODGING OF VIDEO**
                                      **EXHIBITS IN SUPPORT OF**
16              Plaintiffs,           **DEFENDANTS' MOTION FOR**
                                      **FULL OR PARTIAL SUMMARY**
17        v.                          **JUDGMENT**

18  MEGAN ROUP, an individual; and    Hearing Date:   June 7, 2024
    THE SCULPT SOCIETY, LLC, a        Hearing Time:   1:30 p.m.
19  California limited liability company,  Courtroom:      6A

20              Defendants.

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF LODGING OF VIDEO EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR FULL OR
PARTIAL SUMMARY JUDGEMENT

PLEASE TAKE NOTICE that in accordance with Central District of California Local Rule 11-5.1 Defendants Megan Roup ("Roup") and The Sculpt Society, LLC ("TSS") (collectively, "Defendants") lodge the below-listed video exhibits for the Court's review in support of the Defendants' Motion for Full or Partial Summary Judgment on the First Amended Complaint ("FAC") of Plaintiffs Tracy Anderson Mind and Body, LLC ("TAMB") and T.A. Studio New York LLC ("TANY") (collectively, "Plaintiffs").

- **Bach Declaration ("Bach Decl."), Exh. 21** – Video, MR-TSS_008469, titled "30MIN SCULPT 07"
- **Bach Decl., Exh. 22** – Video, MR-TSS_008463, titled "5 MIN DANCING ARMS 07 WITH ARIELLE CHARNAS"
- **Bach Decl., Exh. 23** – Video, MR-TSS_008462, titled "10MIN DANCING ARMS 02"
- **Bach Decl., Exh. 24** – Representative examples of TA Works listed in Attachment A to the FAC and produced by Plaintiffs:
    - Video, titled "Cardio Dance for Beginners - Cardio Three"
    - Video, titled "Cardio Dance for Beginners - Trailer"
    - Video, titled "Dance Cardio II - Trailer"
    - Video, titled "Dance Plus Cardio - 2"
    - Video, titled "Dance Plus Cardio - Trailer"
    - Video, titled "Mat_Workout_Mat_Routine"
    - Video, titled "Metamorphosis_Abcentric_Introduction"
    - Video, titled "Metamorphosis_Abcentric_Day_81_to_90"
    - Video, titled "Metamorphosis_Glutecentric_Introduction"
    - Video, titled "Metamorphosis_ Glutecentric _Day_61_to_70"
    - Video, titled "Metamorphosis_Hipcentric_Introduction"
    - Video, titled "Metamorphosis_ Hipcentric_Day_31_to_40"
    - Video, titled "Metamorphosis_Omnicentric_Introduction"

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

1    ○   Video, titled "Metamorphosis_ Omnicentric_Day_11_to_20"

2    ○   Video, titled "Perfect Design Series Sequence I - Trailer"

3    ○   Video, titled "Perfect Design Series Sequence I – Warm up and

4         Exercises"

5    ○   Video, titled "Post Pregnancy Workout DVD - Trailer"

6    ○   Video, titled "Post Pregnancy Workout DVD – Post Pregnancy

7         Routine"

8    ○   Video, titled "Post-Pregnancy 2 Workout Series - Trailer"

9    ○   Video, titled "Post-Pregnancy 2 Workout Series – Workout"

10   ○   Video, titled "Precision Toning - BUTT"

11   ○   Video, titled "Precision Toning - Trailer"

12   ○   Video, titled "TA_MAT_Trailer"

13   ○   Video, titled "Teen Metamorphosis - Trailer"

14   ○   Video, titled "Teen Metamorphosis Disc 02 – Level 2 Workout"

15   ○   Video, titled "The Method for Beginners - Trailer"

16   ○   Video, titled "The Method for Beginners – Introductory Workout 1"

17   ○   Video, titled "The_Pregnancy_Project_Trailer"

18   ○   Video, titled "The_Pregnancy_Project_Month_7_Workout"

19   ○   Video, titled "Total Body Mini-Trampoline Workout - Trailer"

20   ○   Video, titled "Total Body Mini-Trampoline Workout - Trampoline

21        Back"

22   ○   Video, titled "Tracy Anderson Method Dance Cardio Workout - Dance

23        Cardio Trailer"

24   ○   Video, titled "Tracy Anderson Method Dance Cardio Workout - Dance

25        Cardio Combinations"

26   ○   Video, titled "Unleash Your Inner Pop Star - Combination 2"

27   ○   Video, titled "Unleash Your Inner Pop Star - Trailer"

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

NOTICE OF LODGING OF VIDEO EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR FULL OR
PARTIAL SUMMARY JUDGEMENT

1    • **Bach Decl., Exh. 25** – Copies of TSS videos cited in the FAC:

2        o  Video, MR-TSS_008462, titled "10MIN DANCING ARMS 02"

3        o  Video, MR-TSS_010751, titled "Katy teaching 30MIN SCULPT"

4        o  Video, MR-TSS_008467, titled "30MIN SCULPT 22"

5        o  Video, MR-TSS_008469, titled "30MIN SCULPT 07"

6        o  Video, MR-TSS_008463, titled "5MIN DANCING ARMS 07 WITH

7            ARIELLE CHARNAS"

8        o  Video, MR-TSS_008470, titled "30MIN SCULPT 08"

9            Video, MR-TSS_010033, titled "20MIN STANDING LEGS + BUTT

10           (W CHAIR)"

11       o  Video, MR-TSS_008466, titled "30MIN FULL BODY 16 (NO

12           CARDIO)"

13       o  Video, MR-TSS_008464, titled "24MIN FULL BODY 12 WITH

14           CHAIR (NO CARDIO)"

15       o  Video, MR-TSS_008468, titled "30MIN SCULPT 09"

16

17

18   Dated: April 19, 2024                     MANATT, PHELPS & PHILLIPS, LLP

19

20                                             By: /s/ *Nathaniel L. Bach*
                                               Christopher Chatham
21                                             Nathaniel L. Bach
                                               Sarah E. Moses
22                                             Andrea D. Gonzalez

23                                             *Attorneys for Defendants*
                                               MEGAN ROUP and THE SCULPT
24                                             SOCIETY, LLC

25

26

27

28

3

NOTICE OF LODGING OF VIDEO EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR FULL OR
PARTIAL SUMMARY JUDGEMENT

1

**PROOF OF SERVICE**

2

I, Claudine M. Roberts, declare as follows:

3

I am employed in Los Angeles County, Los Angeles, California.  I am over the age of eighteen years and not a party to this action.  My business address is MANATT, PHELPS & PHILLIPS, LLP, 2049 Century Park East, Suite 1700, Los Angeles, California 90067.  On **April 19, 2024**, I served the within:

4

5

**NOTICE OF LODGING OF VIDEO EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT; AND VIDEO EXHIBITS LISTED THEREIN**

6

7

on the interested parties in this action addressed as follows:

8

9

| | |
|---|---|
| Gina Durham, Esq. | ***Attorneys for Plaintiffs*** |
| DLA PIPER LLP (US) | Tracy Anderson Mind and Body, LLC |
| 555 Mission Street, Suite 2400 | and T.A. Studio New York LLC |
| San Francisco, CA 94105-2933 | |
| Tel.:  (415) 836-2500 | |
| Fax:  (415) 836-2501 | |
| Email: gina.durham@us.dlapiper.com | |

10

11

12

13

| | |
|---|---|
| Jason T. Lueddeke, Esq. | ***Attorneys for Plaintiffs*** |
| Kristina Fernandez Mabrie, Esq. | Tracy Anderson Mind and Body, LLC |
| DLA PIPER LLP (US) | and T.A. Studio New York LLC |
| 2000 Avenue of the Stars | |
| Suite 400 North Tower | |
| Los Angeles, California 90067-4735 | |
| Tel.:  (310) 595-3000 | |
| Fax:  (310) 595-3300 | |
| Email: jason.lueddeke@us.dlapiper.com | |
| Email: kristina.fernandezmabrie@us.dlapiper.com | |

14

15

16

17

18

19

☒  **(BY ELECTRONIC MAIL)**  By transmitting such document(s) electronically from my e-mail address, CRoberts@manatt.com at Manatt, Phelps & Phillips, LLP, Los Angeles, California, to the person(s) at the electronic mail addresses listed above.  The transmission was reported as complete and without error.

20

21

22

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

23

Executed on **April 19, 2024**, at Los Angeles, California.

24

25

_____
Claudine M. Roberts

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1                    PROOF OF SERVICE

1  MANATT, PHELPS & PHILLIPS, LLP
   CHRISTOPHER CHATHAM (CA Bar #240972)
2    CChatham@manatt.com
   NATHANIEL L. BACH (CA Bar #246518)
3    NBach@manatt.com
   SARAH E. MOSES (CA Bar #291491)
4    SMoses@manatt.com
   ANDREA D. GONZALEZ (CA Bar #336134)
5    ADGonzalez@manatt.com
   2049 Century Park East
6  Suite 1700
   Los Angeles, California  90067
7  Telephone:  (310) 312-4000
   Facsimile:  (310) 312-4224
8
   Attorneys for Defendants
9  MEGAN ROUP and THE SCULPT SOCIETY, LLC

10

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company, | Case No. 2:22-cv-04735-PSG-E |
| | Hon. Philip S. Gutierrez |
| Plaintiffs, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS MEGAN ROUP AND THE SCULPT SOCIETY, LLC'S MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company, | |
| Defendants. | Hearing Date:  June 7, 2024 Hearing Time:  1:30 p.m. Courtroom:  6A |
| | Complaint Filed:  July 11, 2022 FAC Filed:  Sept. 13, 2022 Trial Date:  Nov. 14, 2024 |

CASE NO. 2:22-CV-04735-PSG-E

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT

1    **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2    **PLEASE TAKE NOTICE** Defendants Megan Roup ("Roup") and The Sculpt

3    Society, LLC ("TSS") (together "Defendants") respectfully request that the Court

4    take judicial notice of the following documents:

5        1.    **Exhibit 18 to Nathaniel L. Bach's Declaration**: The copyright

6    registration certificates for the following two Motion Picture works listed in

7    Attachment A of the Plaintiffs' First Amended Complaint that were accessed and

8    downloaded from the United States Copyright Office: PA0001938799 and

9    PA0001938802.

10       Federal Rule of Evidence 201 provides that the Court may take judicial

11   notice of a fact not subject to reasonable dispute that is either: (1) generally known

12   within the territorial jurisdiction of the trial court; or (2) capable of accurate and

13   ready determination by resort to sources whose accuracy cannot reasonably be

14   questioned. "It is common practice for courts to take judicial notice of copyright

15   registrations and applications." *Laatz v. Zazzle, Inc.*, 2024 WL 1023849, at *3

16   (N.D. Cal. Mar. 7, 2024) (collecting cases); *See also Gerritsen v. Warner Bros. Ent.*

17   *Inc.*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015) ("Under Rule 201, the court can

18   take judicial notice of '[p]ublic records and government documents available from

19   reliable sources on the Internet,' such as websites run by governmental agencies.").

20   Here, the two copyright registration certificates were accessed and downloaded

21   from the United States Copyright Office, and there is no dispute that they are

22   accurate.

23       Accordingly, Defendants respectfully requests this Court to take judicial

24   notice of **Exhibit 18** to the Bach Declaration.

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1                                  CASE NO. 2:22-CV-04735-PSG-E
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR FULL OR PARTIAL
SUMMARY JUDGMENT

1    Dated: April 19, 2024                    MANATT, PHELPS & PHILLIPS, LLP

2

3                                             By: /s/ *Nathaniel L. Bach*
                                                  Nathaniel L. Bach
4
                                              *Attorneys for Defendants*
5                                             MEGAN ROUP and THE SCULPT
                                              SOCIETY, LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

                                      2                    CASE NO. 2:22-CV-04735-PSG-E
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR FULL OR PARTIAL
                                 SUMMARY JUDGMENT

1  MANATT, PHELPS & PHILLIPS, LLP
   CHRISTOPHER CHATHAM (CA Bar #240972)
2    CChatham@manatt.com
   NATHANIEL L. BACH (CA Bar #246518)
3    NBach@manatt.com
   SARAH E. MOSES (CA Bar #291491)
4    SMoses@manatt.com
   ANDREA D. GONZALEZ (CA Bar #336134)
5    ADGonzalez@manatt.com
   2049 Century Park East
6  Suite 1700
   Los Angeles, California 90067
7  Telephone: (310) 312-4000
   Facsimile: (310) 312-4224
8
   Attorneys for Defendants
9  MEGAN ROUP and THE SCULPT SOCIETY, LLC

UNREDACTED
VERSION OF
DOCUMENT
PROPOSED TO
BE FILED
UNDER SEAL

10

11                    UNITED STATES DISTRICT COURT

12                    CENTRAL DISTRICT OF CALIFORNIA

13

14  TRACY ANDERSON MIND AND       Case No. 2:22-cv-04735-PSG-E
    BODY, LLC, a Delaware limited
15  liability company; and T.A. STUDIO   Hon. Philip S. Gutierrez
    NEW YORK LLC, a California limited
16  liability company,               **COMPENDIUM OF EXHIBITS IN
                                      SUPPORT OF
17              Plaintiffs,           DEFENDANTS' MOTION FOR
                                      FULL OR PARTIAL SUMMARY
18         v.                         JUDGMENT**

19  MEGAN ROUP, an individual; and   *[Filed Concurrently with Notice of
    THE SCULPT SOCIETY, LLC, a       Motion and Motion; Memorandum of
20  California limited liability company,   Points and Authorities; Statement of
                                      Uncontroverted Facts; Request for
21              Defendants.          Judicial Notice; Notice of
                                      Lodging;[Proposed] Judgment or
22                                    Order]*

23                                   Hearing Date:   June 7, 2024
                                     Hearing Time:   1:30 p.m.
24                                   Courtroom:      6A

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2                        CASE NO. 2:22-CV-04735-PSG-E
COMPENDIUM OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

128

Defendants Megan Roup ("Roup") and The Sculpt Society, LLC ("TSS") (collectively, "Defendants") submit this Compendium of Evidence in support of their Motion for Full or Partial Summary Judgment.

| **DESCRIPTION** | **EXHIBIT** |
|---|---|
| **Declaration of Nathaniel L. Bach** | |
| First Amended Complaint ("FAC") in this action | 1 |
| Excerpts of the February 16, 2024 deposition transcript of Tracy Anderson (in her individual and representative capacities for Plaintiffs TAMB and TANY) | 2 |
| Excerpts of the February 15, 2024 deposition transcript of Maria Kelling (in her representative capacities for Plaintiffs TAMB and TANY) | 3 |
| Exhibit 89 to the February 16, 2024 deposition of Tracy Anderson (webpage titled "Fitness Pioneer" from Anderson's website) | 4 |
| Exhibit 82 to the February 16, 2024 deposition of Tracy Anderson (webpage titled "Metamorphosis 90 Day – Glutecentric") | 5 |
| Exhibit 83 to the February 16, 2024 deposition of Tracy Anderson (webpage titled "Understanding Your Body Type") | 6 |
| Exhibit 84 to the February 16, 2024 deposition of Tracy Anderson (webpage titled "Mat Workout") | 7 |
| Exhibit 85 to the February 16, 2024 deposition of Tracy Anderson (webpage titled "Perfect Design Series Set (I-III Sequences)) | 8 |
| Exhibit 87 to the February 16, 2024 deposition of Tracy Anderson (webpage titled "Precision Toning) | 9 |
| Exhibit 86 to the February 16, 2024 deposition of Tracy Anderson (webpage titled "Unleash Your Inner Pop Star") | 10 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

CASE NO. 2:22-CV-04735-PSG-E

COMPENDIUM OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Screenshot of the Instagram biography page for the account @tracyandersonmethod | 11 |
| TAMB's responses to Roup's Requests for Admission Nos. 3, 5, 13 and 14 with verification | 12 |
| TAMB's Second Supplemental Response to Interrogatory No. 1 (no verification was provided) | 13 |
| Plaintiffs' response to Defendants' Request for Production No. 7 | 14 |
| TANY's response to Roup's Requests for Admission No. 1 with verification | 15 |
| TANY's response to Roup's Interrogatory No. 23 with verification | 16 |
| 17 copyright registration certificates for the DVDs of TA Works listed in Attachment A of the FAC (produced by Plaintiffs) | 17 |
| 2 copyright registration certificates for the DVDs of TA Works listed in Attachment A of the FAC (not produced by Plaintiffs) | 18 |
| Summary Chart of U.S. Copyright Registration Certificates of TA Works (pursuant to Federal Rule of Evidence 1006) | 19 |
| Exhibit 55 to the February 8, 2024 deposition of Eugene Eskin (an organization chart) | 20 |
| Exhibit 80 to the February 16, 2024 deposition of Tracy Anderson (a TSS exercise video titled "30 Min Sculpt 07") (Lodged) | 21 |
| Exhibit 61 placeholder to the February 15, 2024 of Maria Kelling—a TSS exercise video titled "Five-Minute Dancing Arms 7 with Arielle Charnas" (Lodged) | 22 |
| Exhibit 62 to the February 15, 2024 of Maria Kelling—a TSS exercise video titled "Ten Minute Dancing Arms" (Lodged) | 23 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

4

CASE NO. 2:22-CV-04735-PSG-E

COMPENDIUM OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

130

| Representative examples of portions of the TA Works, i.e., the 19 DVDs named in Exhibit A of the FAC (Lodged) | 24 |
|---|---|
| TSS videos cited by Plaintiffs in the FAC (Lodged) | 25 |
| **Declaration of Megan Roup** | |
| TANY Trainer Agreement dated February 2011 | A |
| TANY Trainer Agreement dated June 11, 2011 | B |
| TANY "exit letter" to Roup following end of employment | C |
| TANY Cease and Desist letter dated March 13, 2018 | D |
| Roup's response letter to TANY's Cease and Desist letter, dated March 29, 2018 | E |

Dated: April 19, 2024

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ *Nathaniel L. Bach*
Christopher Chatham
Nathaniel L. Bach
Sarah E. Moses
Andrea Del-Carmen Gonzalez

*Attorneys for Defendants*
MEGAN ROUP and THE SCULPT
SOCIETY, LLC

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

5

CASE NO. 2:22-CV-04735-PSG-E

COMPENDIUM OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1   MANATT, PHELPS & PHILLIPS, LLP
    CHRISTOPHER CHATHAM (CA Bar #240972)
2     CChatham@manatt.com
    NATHANIEL L. BACH (CA Bar #246518)
3     NBach@manatt.com
    SARAH E. MOSES (CA Bar #291491)
4     SMoses@manatt.com
    ANDREA D. GONZALEZ (CA Bar #336134)
5     ADGonzalez@manatt.com
    2049 Century Park East
6   Suite 1700
    Los Angeles, California 90067
7   Telephone:  (310) 312-4000
    Facsimile:   (310) 312-4224
8
    Attorneys for Defendants
9   MEGAN ROUP and THE SCULPT SOCIETY, LLC

10

11                UNITED STATES DISTRICT COURT

12               CENTRAL DISTRICT OF CALIFORNIA

13

14  TRACY ANDERSON MIND AND        Case No. 2:22-cv-04735-PSG-E
    BODY, LLC, a Delaware limited
15  liability company; and T.A. STUDIO   Hon. Philip S. Gutierrez
    NEW YORK LLC, a California limited
16  liability company,             **DECLARATION OF NATHANIEL
                                    L. BACH IN SUPPORT OF
17         Plaintiffs,             DEFENDANTS' MOTION FOR
                                    FULL OR PARTIAL SUMMARY
18     v.                          JUDGMENT**

19  MEGAN ROUP, an individual; and   Hearing Date:   June 7, 2024
    THE SCULPT SOCIETY, LLC, a      Hearing Time:   1:30 p.m.
20  California limited liability company,   Courtroom:      6A

21         Defendants.

22

23

24

25

26

27

28
                                      CASE NO. 2:22-CV-04735-PSG-E

MANATT, PHELPS &
PHILLIPS, LLP       DECLARATION OF NATHANIEL L. BACH IN SUPPORT OF DEFENDANTS' MOTION FOR FULL OR
ATTORNEYS AT LAW                      PARTIAL SUMMARY JUDGMENT
  LOS ANGELES

132

## **DECLARATION OF NATHANIEL L. BACH**

I, Nathaniel L. Bach, hereby declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California and before this Court.  I am a partner at the law firm of Manatt, Phelps & Phillips, LLP, counsel of record in this action for Defendants Megan Roup ("Roup") and The Sculpt Society, LLC ("TSS") (together "Defendants").  I submit this Declaration in support of Defendants' Motion for Full or Partial Summary Judgment.  The following facts are within my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the First Amended Complaint ("FAC") in this action.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the deposition of Tracy Anderson (in her individual and representative capacities for Plaintiffs TAMB and TANY), which I took in this action on February 16, 2024.  (While the exhibit transcript reflects a "Highly Confidential – AEO" designation, Plaintiffs subsequently redesignated the transcript non-confidential except for certain portions designated as confidential or highly confidential.)

4.     Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the deposition of Maria Kelling (in her representative capacities for Plaintiffs TAMB and TANY), which I took in this action on February 15, 2024.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit 89 to the February 16, 2024 deposition of Tracy Anderson – webpage titled "Fitness Pioneer" from Anderson's website (excluding the last, mostly blank ten pages).

6.     Attached hereto as **Exhibit 5** is a true and correct copy of Exhibit 82 to the February 16, 2024 deposition of Tracy Anderson – webpage titled "Metamorphosis 90 Day – Glutecentric" from Anderson's website.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 83 to the February 16, 2024 deposition of Tracy Anderson – webpage titled "Understanding Your Body Type" from Anderson's website.

8.     Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 84 to the February 16, 2024 deposition of Tracy Anderson – webpage titled "Mat Workout" from Anderson's website.

9.     Attached hereto as **Exhibit 8** is a true and correct copy of Exhibit 85 to the February 16, 2024 deposition of Tracy Anderson – webpage titled "Perfect Design Series Set (I-III Sequences)" from Anderson's website.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of Exhibit 87 to the February 16, 2024 deposition of Tracy Anderson – webpage titled "Precision Toning" from Anderson's website.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of Exhibit 86 to the February 16, 2024 deposition of Tracy Anderson – webpage titled "Unleash Your Inner Pop Star" from Anderson's website.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of a screenshot of the Instagram biography page for the account @tracyandersonmethod (https://www.instagram.com/tracyandersonmethod/?hl=en). This page was accessed by my law firm on April 3, 2024.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of TAMB's responses to Roup's Requests for Admission Nos. 3, 5, 13 and 14 with verification.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of TAMB's Second Supplemental Response to Interrogatory No. 1 (no verification was provided).

15.     Attached hereto as **Exhibit 14** is a true and correct copy of Plaintiffs' response to Defendants' Request for Production No. 7.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of TANY's

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

CASE NO. 2:22-CV-04735-PSG-E
DECLARATION OF NATHANIEL L. BACH IN SUPPORT OF DEFENDANTS' MOTION FOR FULL OR
PARTIAL SUMMARY JUDGMENT

134

1    response to Roup's Requests for Admission No. 1 with verification.

2         17.    Attached hereto as **Exhibit 16** is a true and correct copy of TANY's

3    response to Roup's Interrogatory No. 23 with verification.

4         18.    Attached hereto as **Exhibit 17** are true and correct copies of 17

5    copyright registration certificates for the DVDs of TA Works listed in Attachment

6    A of the FAC that Plaintiffs produced in discovery.

7         19.    Attached hereto as **Exhibit 18** are true and correct copies of copyright

8    registration certificates for two of the DVDs of TA Works listed in Attachment A

9    of the FAC (PA0001938799 and PA0001938802) that were accessed and

10   downloaded from the United States Copyright Office. (Plaintiffs did not produce

11   these two registrations in discovery.) Defendants' Request for Judicial Notice of

12   these exhibits has been concurrently filed.

13        20.    Attached hereto as **Exhibit 19** is a true and correct copy of a summary

14   chart of information prepared pursuant to Federal Rule of Evidence 1006 reflecting

15   information from the U.S. copyright registration certificates for the nineteen "TA

16   Works"—*i.e.*, the DVDs that are the subject of TAMB's copyright claim, as reflected

17   on Attachment A to the FAC.

18        21.    I am familiar with the contents of Plaintiffs' document production in this

19   action. Despite Defendants seeking and Plaintiffs agreeing to produce them,

20   Defendants have not located in Plaintiffs' production any written agreement that

21   purports to transfer ownership of the copyrights in the TA Works to TAMB.

22        22.    Attached hereto as **Exhibit 20** is a true and correct copy of Exhibit 55

23   (an organization chart, Bates numbered PLTFS0003054) to the February 8, 2024

24   deposition of Eugene Eskin, Plaintiffs' CFO, which I took in this action.

25        23.    Attached hereto as **Exhibit 21** is a true and correct copy of Exhibit 80

26   to the February 16, 2024 deposition of Tracy Anderson—a TSS exercise video

27   titled "30 Min Sculpt 07." This video exhibit has been concurrently lodged with a

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

4

CASE NO. 2:22-CV-04735-PSG-E

DECLARATION OF NATHANIEL L. BACH IN SUPPORT OF DEFENDANTS' MOTION FOR FULL OR
PARTIAL SUMMARY JUDGMENT

1    separately filed Notice of Lodging.

2        24.    Attached hereto as **Exhibit 22** is a true and correct copy of Exhibit 61

3    to the February 15, 2024 deposition of Maria Kelling—a TSS exercise video titled

4    "Five-Minute Dancing Arms 7 with Arielle Charnas." This video exhibit has been

5    concurrently lodged with a separately filed Notice of Lodging.

6        25.    Attached hereto as **Exhibit 23** is a true and correct copy of Exhibit 62

7    to the February 15, 2024 deposition of Maria Kelling—a TSS exercise video titled

8    "Ten Minute Dancing Arms." This video exhibit has been concurrently lodged

9    with a separately filed Notice of Lodging.

10        26.    Attached hereto as **Exhibit 24** are true and correct copies of

11    representative examples of portions of the TA Works (*i.e.*, the 19 DVDs named in

12    Exhibit A of the FAC, excluding "Tracy Anderson Mat Workout for Beginners"

13    that was not produced) as produced by Plaintiffs in discovery. These videos have

14    been concurrently lodged with a separately filed Notice of Lodging.

15        27.    Attached hereto as **Exhibit 25** are true and correct copies of the TSS

16    videos cited by Plaintiffs in the FAC. These videos have been concurrently lodged

17    with a separately filed Notice of Lodging.

18        28.    On April 3, 2024, I met and conferred with Plaintiffs' counsel regarding

19    Defendants' intention to file this Motion and its bases.

20        I declare under penalty of perjury under the laws of the United States of

21    America that the foregoing is true and correct.

22        Executed this 18th day of April, 2024, at Los Angeles, California.

23

24                        By: /s/ *Nathaniel L. Bach*

25                            Nathaniel L. Bach

26

27

28

Manatt, Phelps &
Phillips, LLP
Attorneys at Law
Los Angeles

5                CASE NO. 2:22-CV-04735-PSG-E
DECLARATION OF NATHANIEL L. BACH IN SUPPORT OF DEFENDANTS' MOTION FOR FULL OR
PARTIAL SUMMARY JUDGMENT

136

# EXHIBIT 4



ONLINE FREE MYMODE HEARTSTONE     T A     SIGN IN
STUDIO TRIAL

# Fitness *Pioneer*

Tracy Anderson's revolutionary method can give anyone—regardless of their genetic background—the physical and mental results they desire.

T. ANDERSON
02/16/2024
**EX 89**
Cheryl Asada, CSR 13496

## RESEARCHER. CONTENT DEVELOPER. FITNESS PIONEER.

Fitness pioneer Tracy Anderson's revolutionary method can give anyone—regardless of their genetic shape— strong, lean muscles and create balance where there is imbalance in their body. Tracy knows this, because she's done it to herself—and thousands of others with more than two decades of scientific research and content development.

Tracy has helped countless celebrities transform their bodies, including Gwyneth Paltrow, Jennifer Lopez, Tracee Ellis Ross, Alessandra Ambrosio, Victoria Beckham, Nicole Richie, Robert Downey Jr, Olivia Palermo, Hilary Rhoda, and even Miss Piggy. The beauty of the Tracy Anderson Method, though, is that people everywhere can get access to the same training, and the same perpetually evolving regimens as the red carpet's biggest stars, either in one of the Tracy Anderson studios—or in their own living rooms.

### THE GENESIS OF THE METHOD
After moving to New York City on a dance scholarship when she was 18, Tracy gained 40 pounds, which she could not shake from her 5' frame. While her mother is built like a ballerina, her father has battled obesity his entire life, and it was this genetic predisposition—coupled with hormonal shifts—that undermined all of her efforts at the ballet bar. Despite over-exercising and under-eating, she could not budge the weight. Despairing, she abandoned her dreams of becoming a professional dancer.

At the time she put her dance dreams on hold, Tracy was married to a pro basketball player who was participating in a rehabilitation league in Puerto Rico for his ailing back. There, she met a doctor who was attempting to ease the strain on the large muscle groups in athletes by strengthening the small, accessory muscles. The concept resonated deeply with Tracy, and she threw herself into his research: While the proof was crystal clear, activating the small muscles—and keeping them consistently challenged—was a huge task. Thanks to her background in movement, Tracy knew she could find a way.

### THE FORMATION OF THE METHOD
After years of research, self-testing, and refinement, Tracy had completely transformed her own body—and given shape to an early version of the Tracy Anderson Method. She took her findings to Indiana, where she assembled a test group of 100s of women. Over five years, she created



custom workouts and diets—which she overhauled every 10 days to keep the accessory muscles consistently engaged—and tracked and graphed her findings. While all of the women came to her with wildly different genetic backgrounds and body types, Tracy gave each and every one of them long, lean muscles.

In short, she had figured out how to harness and deliver the elusive dancer's body.

### THE BRAND EVOLUTION

In 2006, after the birth of her second child, Moses, Gwyneth Paltrow found herself lugging around an extra 20 pounds: While she had always been fit and health-conscious, she couldn't lose the weight, despite turning to all the exercise regimens that had worked for her in the past. While filming the first Iron Man movie in 2006, Gwyneth began working with Tracy—and lost 11 inches in the first 10 days. Stunned, Gwyneth determined that every woman should have access to Tracy's method, and the two became business partners.

Over the past two decades, the Tracy Anderson Method has grown and evolved, though the basic premise remains the same: Tracy continues to develop thousands of new routines to ensure that no client ever plateaus.



## Tracy's Evolution at a Glance






















# EXHIBIT 5




HOME / SHOP / DIGITAL DVD LIBRARY / METAMORPHOSIS / METAMORPHOSIS 90 DAY – GLUTECENTRIC



Preview Video

Tracy Anderson Products

# METAMORPHOSIS 90 DAY – GLUTECENTRIC

**$89.97**

Buy with **affirm** on orders over $150. Check your purchasing power

CHOOSE TYPE

| Choose an option | ▼ |

| 1 |      ADD TO CART

EACH METAMORPHOSIS WORKOUT IN THIS 90-DAY, BODY-SPECIFIC PROGRAM INCLUDES 30 MIN OF MUSCULAR STRUCTURE WORK AND 30 MINUTES OF CARDIO; THE MUSCULAR STRUCTURE COMPONENT CHANGES EVERY 10 DAYS. IN ADDITION, THERE'S A DYNAMIC EATING PLAN, A MEASURING TAPE, AND A CHART TO RECORD YOUR PROGRESS.

The revolutionary Metamorphosis by Tracy program is the at-home translation of the Tracy Anderson Method: It's the perfect solution for devotees who do not live near a Tracy Anderson studio. Through this intensive DVD series, you will defy your genetics and completely transform your body by doing the same workouts that are created for clients in the studios. And like in the studio, the routines change completely every 10 days to ensure that the accessory muscles are consistently challenged and that you never plateau. While the Tracy Anderson Method is far from easy, it's wildly effective and efficient—and that's as it should be. This program is one where the effort is commensurate with the results, where there are no empty promises. If you follow Tracy's lead, she will give you a body you never believed you could have.

Once you have completed Metamorphosis, you can enroll in Continuity, which ensures that your muscular structure workout will continue to evolve every 10 days.

PROGRAM DETAILS



T. ANDERSON
02/16/2024
**EX 82**
Cheryl Asada, CSR 13496

1/3

144

There are four different incarnations of Metamorphosis by Tracy, all dedicated to a different body type (Glutecentric, Hipcentric, Abcentric, Omnicentric). Each version of this 90-day program includes four discs of muscular structure work (nine workouts in total, to transition through every 10 days) that's designed to target problem areas and address the imbalances of each specific body shape. In addition, there's a cardio component, a dynamic eating plan, and a measuring tape and chart to record your progress. Tracy asks that you to spend an hour a day, six days per week, exercising. Each workout includes 30 minutes of muscular structure work, and 30 minutes of cardio.

WHATS YOUR BODY TYPE?

Tracy customizes workouts for specific body types. Our bodies aren't all the same, so our workouts shouldn't be either.

ABCENTRIC
If you tend to gain weight in your midsection or have a thick waist, you are Abcentric. The Abcentric workouts are targeted to achieve a flat stomach with workouts concentrating on the lower stomach and back area.

HIPCENTRIC
If you are pear-shaped, a small waist with larger hips and thighs, you are Hipcentric. Excess fat tends to store in your thighs so the workouts chosen for this program are aimed to pull in the hips, lifting your butt and getting rid of cellulite.

GLUTECENTRIC
If you have a shapeless behind and it is your main area of concern, then the Glutecentric workouts would help you create the butt you want. Whether it is too flat or needs a lift, this program is geared to tone down any back fat, get rid of cellulite to gain a distinction between your lifted butt and thighs.

OMNICENTRIC
If you gain weight all over, then you are Omnicentric. This body type sometimes makes it difficult to choose one specific area to focus on, so the workouts Tracy designed for the Omnicentric body are perfect – a full body-skin-tuck. Anything that is droopy or loose about your body will be awakened, firmed and lifted.

SUGGESTED EQUIPMENT

One set of 3lb hand weights and one Method Mat are required for this program. We also suggest installing the CardioFly® Super G Floor for your cardio workouts. As you progress through Metamorphosis Continuity, which is the next phase of the program, you'll need a few additional tools.

HOW TO ACCESS YOUR DIGITAL PURCHASES & DASHBOARD

Visit the "Digital DVD Library" page after you have logged in.

# TRACY ANDERSON

| THE METHOD | SHOP | STUDIOS | WORKOUT PROGRAMS | COMMUNITY |
|---|---|---|---|---|
| The Method | Heartstone | Studio Membership | Online Studio | Instagram |
| Sign In | Heartstone Song | Private Personal Training | Free Trial | Facebook |

2/3

| | | | |
|---|---|---|---|
| Press | Gift Guide | Book a Class | HeartStone |
| Blog | Tracy's Obsessions | New York City | MYMODE |
| Move to Cure | Apparel | Los Angeles | MYMODE Elect |
| Frequently Asked Questions | Beauty | Hamptons / Water Mill | Virtual Personal Training |
| Contact Us | Workout Programs | Madrid | TA LIVE |
| | Equipment | London | Teen Stream |
| | Digital DVDs & Downloads | TA X THE COLONY PALM BEACH | Per4mance |
| | Books and Magazines | | Digital Dashboard |
| | Gift Cards | | DVDs & Downloads |
| | Home | | Metamorphosis |
| | Return Policy | | |

Twitter
YouTube
Spotify
Giphy

© 2024 TRACY ANDERSON. ALL RIGHTS RESERVED.
PRIVACY POLICY / TERMS OF USE

146

# EXHIBIT 6





T. ANDERSON
02/16/2024
**EX 83**
Cheryl Asada, CSR 13496

# EXHIBIT 7



ONLINE STUDIO   FREE TRIAL   MYMODE   HEARTSTONE

SIGN IN 

HOME / SHOP / DIGITAL DVD LIBRARY / DIGITAL DVDS & DOWNLOADS / MAT WORKOUT



**Preview Video**



Tracy Anderson Products

# MAT WORKOUT

**$29.95**

Buy with **affirm** on orders over $150. Check your purchasing power

CHOOSE TYPE

| Choose an option | ⌄ |

| 1 |   ADD TO CART

This 60-minute DVD program—the first one that Tracy ever released to the public—offers an ideal introduction to the Tracy Anderson Method. Throughout the hour, you will activate and engage all of your accessory muscles, pull in your larger muscles, and transform your body.

A SPECIAL NOTE FROM TRACY

I am so proud that you have chosen to have me as your teacher and design your healthiest body. I have dedicated over a decade to creating the tools, movements, and prescriptions to keep your muscles awake and alert and be able to give you the body you desire. No one in fitness has ever created the collection of content that the Tracy Anderson Method delivers to you. With this program, your results will never plateau or fail you like any fitness programs you may have tried in the past. This is the first Tracy Anderson Method DVD and is a great introduction to the Method and the muscular structure workouts that you will be completing while on the Method. I recommend that you begin with this DVD first and that you use this workout to wake up your muscles, invigorate your body, and build up your stamina as you gain strong fundamentals in the Method. I offer a lot of advice in the commentary throughout the workout and it is a really comprehensive overview of the the Method and an excellent starting point for any level of ability. You should do this DVD for at least 1 month or until you have mastered the entire workout and feel you have gained strength to move to the next level. This DVD should be used in conjunction with the Tracy Anderson Method Trampoline Cardio DVD. The goal of all of my DVDs is for you to become strong enough to begin Metamorphosis, which is customized by your specific body type and what all of my clients do. This is where the magic begins but it is very beneficial to learn the basics of the Method with this mat DVD first. It is crucial that you don't stay on one of my programs too long because the

1/2

the workout stops working for you and we will lose the hard work and momentum towards your goals. I am so excited to begin this transformation with you!

Love,

HOW TO ACCESS YOUR DIGITAL PURCHASES & DASHBOARD

Visit the "DIgital DVD Library" page after you have logged in.

# T R A C Y   A N D E R S O N

| THE METHOD | SHOP | STUDIOS | WORKOUT PROGRAMS | COMMUNITY |
|---|---|---|---|---|
| The Method | Heartstone | Studio Membership | Online Studio | Instagram |
| Sign In | Heartstone Song | Private Personal Training | Free Trial | Facebook |
| Press | Gift Guide | Book a Class | HeartStone | Twitter |
| Blog | Tracy's Obsessions | New York City | MYMODE | YouTube |
| Move to Cure | Apparel | Los Angeles | MYMODE Elect | Spotify |
| Frequently Asked Questions | Beauty | Hamptons / Water Mill | Virtual Personal Training | Giphy |
| Contact Us | Workout Programs | Madrid | TA LIVE | |
| | Equipment | London | Teen Stream | |
| | Digital DVDs & Downloads | TA X THE COLONY PALM BEACH | Per4mance | |
| | Books and Magazines | | Digital Dashboard | |
| | Gift Cards | | DVDs & Downloads | |
| | Home | | Metamorphosis | |
| | Return Policy | | | |

© 2024 TRACY ANDERSON. ALL RIGHTS RESERVED.
PRIVACY POLICY / TERMS OF USE

2/2

# EXHIBIT 8

ONLINE FREE MYMODE HEARTSTONE
STUDIO TRIAL



SIGN IN

HOME / SHOP / DIGITAL DVD LIBRARY / DIGITAL DVDS & DOWNLOADS / PERFECT DESIGN SERIES SET (I-III SEQUENCES)



Tracy Anderson Products

# PERFECT DESIGN SERIES SET (I-III SEQUENCES)

**$84.95**

Buy with **affirm** on orders over $150. Check your purchasing power

CHOOSE TYPE

| Choose an option |
|---|

| 1 | ADD TO CART |

This three-disc/video set—which includes three 55 minute workouts at the beginner, intermediate, and advanced levels—is designed to create balance and strength in the body. Each workout includes a warmup, along with targeted sequences for the arms, legs, abs, thighs, and butt.

HOW TO ACCESS YOUR DIGITAL PURCHASES & DASHBOARD

Visit the "Digital DVD Library" page after you have logged in.

Preview Video



T. ANDERSON
02/16/2024
**EX 85**
Cheryl Asada, CSR 13496

# TRACY ANDERSON

| THE METHOD | SHOP | STUDIOS | WORKOUT PROGRAMS | COMMUNITY |
|---|---|---|---|---|
| The Method | Heartstone | Studio Membership | Online Studio | Instagram |
| Sign In | Heartstone Song | Private Personal Training | Free Trial | Facebook |
| Press | Gift Guide | Book a Class | HeartStone | Twitter |

| Blog | Tracy's Obsessions | New York City | MYMODE | ▶ YouTube |
|------|--------------------|--------------| -------|-----------|
| Move to Cure | Apparel | Los Angeles | MYMODE Elect | ● Spotify |
| Frequently Asked Questions | Beauty | Hamptons / Water Mill | Virtual Personal Training | 🎁 Giphy |
| Contact Us | Workout Programs | Madrid | TA LIVE | |
| | Equipment | London | Teen Stream | |
| | Digital DVDs & Downloads | TA X THE COLONY PALM BEACH | Per4mance | |
| | Books and Magazines | | Digital Dashboard | |
| | Gift Cards | | DVDs & Downloads | |
| | Home | | Metamorphosis | |
| | Return Policy | | | |

© 2024 TRACY ANDERSON. ALL RIGHTS RESERVED.

PRIVACY POLICY / TERMS OF USE

# EXHIBIT 9

ONLINE STUDIO   FREE TRIAL   MYMODE   HEARTSTONE



SIGN IN



HOME / SHOP / DIGITAL DVD LIBRARY / DIGITAL DVDS & DOWNLOADS / PRECISION TONING



Preview Video



Tracy Anderson Products

# PRECISION TONING

**$14.99**

Buy with **affirm** on orders over $150. Check your purchasing power

CHOOSE TYPE

| ONLINE ONLY | ∨ |
|---|---|

Clear

| 1 | | ADD TO CART |
|---|---|---|

This DVD program focuses on empowering the smaller accessory muscles as they strengthen and support the larger ones throughout the body while you learn the basics of the Tracy Anderson Method. Designed to tone, strengthen and engage every muscle, this is a workout for all skill levels.

FEATURES

• WARMUP + ARMS (15 MIN) — At a beginner to intermediate level, Tracy verbally cues you through a warm up and various arm movements that get your body warm and ready for the workout that follows.

• ABS (15 MIN) — This ab mat workout will take you through different crunch and plank positions that utilize the many abdominal muscles for a lean, flat stomach.

• LEGS + THIGHS (15 MIN) — This standing, thigh and lower body workout uses a chair for balance support. Here you will be lead through a series of easy to follow movement patterns targeting your legs.

• BUTT (15 MIN) — Using strategic movements to target the glutes, Tracy verbally cues you through a series of lower body mat exercises with light ankle weights.

SUGGESTED EQUIPMENT

One set of 3lb hand weights, one set of 1-2 pound ankle weights, and one Method Mat.

HOW TO ACCESS YOUR DIGITAL PURCHASES & DASHBOARD

Visit the "Digital DVD Library" page after you have logged in.

# T R A C Y   A N D E R S O N

| THE METHOD | SHOP | STUDIOS | WORKOUT PROGRAMS | COMMUNITY |
|---|---|---|---|---|
| The Method | Heartstone | Studio Membership | Online Studio | Instagram |
| Sign In | Heartstone Song | Private Personal Training | Free Trial | Facebook |
| Press | Gift Guide | Book a Class | HeartStone | Twitter |
| Blog | Tracy's Obsessions | New York City | MYMODE | YouTube |
| Move to Cure | Apparel | Los Angeles | MYMODE Elect | Spotify |

| Frequently Asked Questions | Beauty | Hamptons / Water Mill | Virtual Personal Training | Giphy |
| Contact Us | Workout Programs | Madrid | TA LIVE | |
| | Equipment | London | Teen Stream | |
| | Digital DVDs & Downloads | TA X THE COLONY PALM BEACH | Per4mance | |
| | Books and Magazines | | Digital Dashboard | |
| | Gift Cards | | DVDs & Downloads | |
| | Home | | Metamorphosis | |
| | Return Policy | | | |

© 2024 TRACY ANDERSON. ALL RIGHTS RESERVED.

PRIVACY POLICY / TERMS OF USE

# EXHIBIT 10

ONLINE STUDIO   FREE TRIAL   MYMODE   HEARTSTONE



SIGN IN



HOME / SHOP / DIGITAL DVD LIBRARY / DIGITAL DVDS & DOWNLOADS / UNLEASH YOUR INNER POP STAR



T. ANDERSON
02/16/2024
**EX 86**
Cheryl Asada, CSR 13496





Preview Video

Tracy Anderson Products

# UNLEASH YOUR INNER POP STAR

**$29.95**

Buy with **affirm** on orders over $150. Check your purchasing power

CHOOSE TYPE

| Choose an option ▼ |
|---|

| 1 |  ADD TO CART |

This 50-minute dance cardio DVD includes sequences that are unlike anything you will find in Metamorphosis — they will further strengthen your mind and body connection and torch calories. In addition to a full tutorial with breakdown sessions of each dance, this program includes options to do all of the dances from beginning to end, following along from the front or the back.

FEATURES

• FULL DANCE VIEW FROM THE FRONT (30 MIN) — Here you will experience a full 30 minute dance cardio workout with Tracy performing the choreography in a non-stop pace facing the camera.

• FULL DANCE VIEW FROM THE BACK (30 MIN) — Here you will experience a full 30 minute dance cardio workout with Tracy performing the choreography in a non-stop pace facing away from the camera for an easy to follow view.

• DANCE COMBINATIONS 1 – 5 (10 MIN EACH) — In this segment Tracy will break down and teach each dance demonstrating the different patterns and choreography giving you the tools needed to perform the dances for a full cardio workout.

SUGGESTED EQUIPMENT

Install the CardioFly® Super G Floor

HOW TO ACCESS YOUR DIGITAL PURCHASES & DASHBOARD

Visit the "Digital DVD Library" page after you have logged in.

1/2

# TRACY ANDERSON

| THE METHOD | SHOP | STUDIOS | WORKOUT PROGRAMS | COMMUNITY |
|---|---|---|---|---|
| The Method | Heartstone | Studio Membership | Online Studio | Instagram |
| Sign In | Heartstone Song | Private Personal Training | Free Trial | Facebook |
| Press | Gift Guide | Book a Class | HeartStone | Twitter |
| Blog | Tracy's Obsessions | New York City | MYMODE | YouTube |
| Move to Cure | Apparel | Los Angeles | MYMODE Elect | Spotify |
| Frequently Asked Questions | Beauty | Hamptons / Water Mill | Virtual Personal Training | Giphy |
| Contact Us | Workout Programs | Madrid | TA LIVE | |
| | Equipment | London | Teen Stream | |
| | Digital DVDs & Downloads | TA X THE COLONY PALM BEACH | Performance | |
| | Books and Magazines | | Digital Dashboard | |
| | Gift Cards | | DVDs & Downloads | |
| | Home | | Metamorphosis | |
| | Return Policy | | | |

© 2024 TRACY ANDERSON. ALL RIGHTS RESERVED.
PRIVACY POLICY / TERMS OF USE

2/2

161

# EXHIBIT 12

1  **DLA PIPER LLP (US)**
   GINA DURHAM (SBN 295910)
2  *gina.durham@us.dlapiper.com*
   555 Mission Street
3  Suite 2400
   San Francisco, California 94105-2933
4  Tel:   415.836.2500
   Fax:   415.836.2501
5
   JASON TAYLOR LUEDDEKE (SBN 279242)
6  *jason.lueddeke@us.dlapiper.com*
   KRISTINA FERNANDEZ MABRIE (SBN 318315)
7  *kristina.fernandezmabrie@us.dlapiper.com*
   2000 Avenue of the Stars
8  Suite 400 North Tower
   Los Angeles, California 90067-4735
9  Tel:   310.595.3066
   Fax:   310.595.3326
10
   Attorneys for Plaintiffs
11 TRACY ANDERSON MIND AND BODY, LLC
   and T.A. STUDIO NEW YORK LLC
12
                    **UNITED STATES DISTRICT COURT**
13
                    **CENTRAL DISTRICT OF CALIFORNIA**
14

15
   TRACY ANDERSON MIND AND BODY,       Case No.  2:22-cv-04735-PSG-E
16 LLC, a Delaware limited liability company;
   and T.A. STUDIO NEW YORK LLC, a      Hon. Philip S. Gutierrez
17 California limited liability company,
                                        **PLAINTIFF TRACY ANDERSON**
18                                      **MIND AND BODY, LLC'S**
                                        **OBJECTIONS AND RESPONSES**
19              Plaintiffs,             **TO DEFENDANTS MEGAN**
                                        **ROUP AND THE SCULPT**
20        v.                            **SOCIETY'S FIRST SET OF**
                                        **REQUESTS FOR ADMISSION**
21 MEGAN ROUP, an individual; and THE
   SCULPT SOCIETY, LLC, a California
22 limited liability company,           Action Filed:    July 11, 2022
                                        Trial Date:      November 14, 2024
23              Defendants.

24

25

26

27

28 ───────────────────────────────────────
   PLAINTIFF TRACY ANDERSON MIND AND BODY, LLC'S OBJECTIONS AND
   RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION
   CASE NO. 2:22-CV-04735-PSG-E

163

| | |
|---|---|
| PROPOUNDING PARTY: | Defendants MEGAN ROUP and THE SCULPT SOCIETY, LLC |
| RESPONDING PARTY: | Plaintiff TRACY ANDERSON MIND AND BODY, LLC |
| SET NO.: | One |

Plaintiff TRACY ANDERSON MIND AND BODY, LLC, by and through its undersigned Counsel, and in accordance with the applicable Rules of Civil Procedure, hereby files these responses to Defendants' Requests for Admissions.

## **PRELIMINARY STATEMENT**

The following responses represent Plaintiff's good faith and reasonable effort to respond to the Request for Admission based on information and documents presently available and specifically known to Plaintiff. Plaintiff has not completed investigation of this case, has not completed discovery, and has not completed preparation for trial. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts, add additional meaning to the known facts, as well as establish new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in, and variations from the responses herein set forth. Accordingly, without assuming any obligation to do so, and without waiving any objection, Plaintiff reserves the right to amend or supplement any response.

Plaintiff submits the following responses subject to all objections ordinarily available if such statements are offered in court. All such objections are hereby expressly reserved and may be interposed at the time of trial or at any other time. No response or objection to any of the Request for Admission herein should not be taken as an admission by Plaintiff of the existence of any fact set forth in or assumed by the Request for Admission, or that such response or objection

1

PLAINTIFF TRACY ANDERSON MIND AND BODY, LLC'S OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION
CASE NO. 2:22-CV-04735-PSG-E

1  constitutes admissible evidence. No response to any of the Request for Admission

2  is intended to be, nor shall any response be construed as, a waiver by Plaintiff of

3  all or any part of any objection to any Request for Admission.

4  **GENERAL OBJECTIONS**

5      1.    Plaintiff objects to the Request for Admission to the extent that they

6  seek information protected by the attorney-client privilege, the attorney work

7  product doctrine, and/or any other applicable privilege or protection. The

8  production of any such information is inadvertent and shall not constitute a waiver

9  of any privilege or protection or a waiver of any rights that Plaintiff may exercise

10 to object to the use of such information in subsequent proceeding or during trial.

11 **RESPONSES TO REQUESTS FOR ADMISSION**

12 **REQUEST FOR ADMISSION NO. 1:**

13     Admit that TAMB's copyright registrations for each of the TA WOR S is

14 only for authorship of the "entire motion picture."

15 **RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

16     Plaintiff states that the phrase "is only for" is ambiguous and Plaintiff

17 interprets this to mean that the authorship statement in each certificate of

18 registration only contains the phrase "entire motion picture" and admits Request

19 for Admission No. 1 pursuant to that interpretation.

20 **REQUEST FOR ADMISSION NO. 2:**

21     Admit that TAMB does not hold any copyright registration from the U.S.

22 Copyright Office that covers any "choreographic work."

23 **RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

24     Denied.

25 **REQUEST FOR ADMISSION NO. 3:**

26     Admit that TAMB does not hold any copyright registration from the U.S.

27 Copyright Office that contains the term "choreographic work."

28

2
PLAINTIFF TRACY ANDERSON MIND AND BODY, LLC'S OBJECTIONS AND
RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION
CASE NO. 2:22-CV-04735-PSG-E

165

1

2 **RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

3     Admitted.

4 **REQUEST FOR ADMISSION NO. 4:**

5     Admit that TAMB does not hold any copyright registration from the U.S.

6 Copyright Office that covers any "choreography."

7 **RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

8     Denied.

9 **REQUEST FOR ADMISSION NO. 5:**

10     Admit that TAMB does not hold any copyright registration from the U.S.

11 Copyright Office that contains the term "choreography."

12 **RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

13     Admitted.

14 **REQUEST FOR ADMISSION NO. 6:**

15     Admit that TAMB did not exclude any elements from its "motion picture"

16 copyright registration applications filed with the U.S. Copyright Office for the TA

17 WORKS.

18 **RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

19     Admitted.

20 **REQUEST FOR ADMISSION NO. 7:**

21     Admit that TAMB did not file a copyright registration application with the

22 U.S. Copyright Office for the movements depicted in the TA WORKS.

23 **RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

24     Denied.

25 **REQUEST FOR ADMISSION NO. 8:**

26     Admit that TAMB does not hold a registered copyright from the U.S.

27 Copyright Office in the movements depicted in the TA WORKS.

28

3
PLAINTIFF TRACY ANDERSON MIND AND BODY, LLC'S OBJECTIONS AND
RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION
CASE NO. 2:22-CV-04735-PSG-E

166

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

2      Denied.

3  **REQUEST FOR ADMISSION NO. 13:**

4      Admit that a purpose of the TA METHOD is to confer physical benefits on

5  participants.

6  **RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

7      TAMB admits that a purpose of the TA METHOD is to confer physical

8  benefits, but denies that physical benefits are the only purpose of the TA

9  METHOD.

10  **REQUEST FOR ADMISSION NO. 14:**

11      Admit that a purpose of the TA METHOD is to confer mental benefits on

12  participants.

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

14      TAMB admits that a purpose of the TA METHOD is to confer mental

15  benefits, but denies that mental benefits are the only purpose of the TA

16  METHOD.

17  **REQUEST FOR ADMISSION NO. 15:**

18      Admit that YOU have never performed the TA METHOD as a performance

19  art.

20  **RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

21      Denied.  The term "performance art" is ambiguous and TAMB answers this

22  Request for Admission based on Tate's definition of "performance art" to mean

23  "[a]rtworks that are created through actions performed by the artist or other

24  participants, which may be live or recorded, spontaneous or scripted."

25  https://www.tate.org.uk/art/art-terms/p/performance-art.

26  **REQUEST FOR ADMISSION NO. 16:**

27      Admit that YOU have never performed any of the movements in the TA

28

5
PLAINTIFF TRACY ANDERSON MIND AND BODY, LLC'S OBJECTIONS AND
RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION
CASE NO. 2:22-CV-04735-PSG-E

167

DocuSign Envelope ID: 0B8D24AD-31C4-4B25-B54F-DD04E3BDED79

## VERIFICATION

I, Maria Kelling, declare:

I am the Chief Talent Development and Brand Content Officer of Tracy Anderson Mind and Body, LLC ("Plaintiff"). I am authorized to make this Verification for and on behalf of Plaintiff and I make this verification for that reason.

I have read **PLAINTIFF TRACY ANDERSON MIND AND BODY, LLC'S RESPONSES TO MEGAN ROUP AND THE SCULPT SOCIETY'S FIRST SET OF REQUESTS FOR ADMISSION** and know the contents thereof. I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 9th day of February, 2024 at Los Angeles, California.

DocuSigned by:

*Maria Kelling*

Maria Kelling

VERIFICATION

# EXHIBIT 13

1  **DLA PIPER LLP (US)**
   GINA DURHAM (SBN 295910)
2  *gina.durham@us.dlapiper.com*
   555 Mission Street
3  Suite 2400
   San Francisco, California 94105-2933
4  Tel:  415.836.2500
   Fax:  415.836.2501
5
   JASON TAYLOR LUEDDEKE (SBN 279242)
6  *jason.lueddeke@us.dlapiper.com*
   KRISTINA FERNANDEZ MABRIE (SBN 318315)
7  *kristina.fernandezmabrie@us.dlapiper.com*
   2000 Avenue of the Stars
8  Suite 400 North Tower
   Los Angeles, California 90067-4735
9  Tel:  310.595.3066
   Fax:  310.595.3326
10
   Attorneys for Plaintiffs
11 TRACY ANDERSON MIND AND BODY, LLC
   and T.A. STUDIO NEW YORK LLC
12
                    **UNITED STATES DISTRICT COURT**
13
                    **CENTRAL DISTRICT OF CALIFORNIA**
14

15 TRACY ANDERSON MIND AND            Case No.  2:22-cv-04735-PSG-E
   BODY, LLC, a Delaware limited liability
16 company; and T.A. STUDIO NEW       Hon. Philip S. Gutierrez
   YORK LLC, a California limited liability
17 company,                           **PLAINTIFF TRACY ANDERSON
                                      MIND AND BODY, LLC'S SECOND
18              Plaintiffs,           SUPPLEMENTAL RESPONSES TO
                                      DEFENDANT MEGAN ROUP'S
19       v.                           FIRST SET OF
                                      INTERROGATORIES**
20 MEGAN ROUP, an individual; and THE
   SCULPT SOCIETY, LLC, a California
21 limited liability company,

22              Defendants.

23

24 PROPOUNDING PARTY:    Defendant MEGAN ROUP

25 RESPONDING PARTY:     Plaintiff TRACY ANDERSON AND BODY,
26                       LLC

27 SET NUMBER:           One

28
   _____
            PLAINTIFF TRACY ANDERSON MIND AND BODY, LLC'S SECOND SUPPLEMENTAL
          RESPONSES TO DEFENDANT MEGAN ROUP'S FIRST SET OF INTERROGATORIES
                              CASE NO. 2:22-CV-04735-PSG-E

170

1     Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and

2  Local Rules 33-1 through 33-3, Plaintiff Tracy Anderson Mind and Body, LLC

3  ("Plaintiff"), by and through its undersigned counsel, hereby submit these second

4  supplemental responses to Defendant Megan Roup's ("Defendant") First Set of

5  Interrogatories ("Interrogatories") as follows:

6  **PRELIMINARY STATEMENT**

7     The following second supplemental responses represent Plaintiff's good

8  faith and reasonable effort to respond to the Interrogatories based on information

9  and documents presently available and specifically known to Plaintiff. Plaintiff

10  has not completed investigation of this case and has not completed preparation for

11  trial. It is anticipated that further independent investigation, legal research and

12  analysis will supply additional facts, add additional meaning to the known facts,

13  as well as establish new factual conclusions and legal contentions, all of which

14  may lead to substantial additions to, changes in, and variations from the responses

15  herein set forth. Accordingly, without assuming any obligation to do so, and

16  without waiving any objection, Plaintiff reserves the right to amend or supplement

17  any response.

18     Plaintiff submits the following supplemental responses subject to all

19  objections ordinarily available if such statements are offered in court. All such

20  objections are hereby expressly reserved and may be interposed at the time of trial

21  or at any other time. No response or objection to any of the Interrogatories herein

22  should be taken as an admission by Plaintiff of the existence of any fact set forth

23  in or assumed by the Interrogatories, or that such response or objection constitutes

24  admissible evidence. No response to any of the Interrogatories is intended to be,

25  nor shall any response be construed as, a waiver by Plaintiff of all or any part of

26  any objection to any Interrogatory.

27

28

**GENERAL OBJECTIONS**

1.     Plaintiff objects to the Interrogatories to the extent that they seek information protected by the attorney-client privilege, the attorney work product doctrine, and/or any other applicable privilege or protection.  The production of any such information is inadvertent and shall not constitute a waiver of any privilege or protection or a waiver of any rights that Plaintiff may exercise to object to the use of such information in subsequent proceeding or during trial.

2.     Plaintiff objects to the definition of "YOU" and "YOUR" on the grounds that it is vague, ambiguous, and overbroad.  The definition includes "parent companies, subsidiaries or other persons or entities acting or purporting to act on [TAMB's] behalf," which may include Plaintiff T.A. Studio New York LLC ("TANY").  To the extent Defendant intends this definition to include TANY, then Plaintiff objects to the Interrogatories on the ground that they, including subparts, exceed the number of interrogatories permitted under Rule 33 of the Federal Rules of Civil Procedure because Defendant also served TANY with a set of Interrogatories.  As a result, Plaintiff understands the terms "YOU" and "YOUR" to refer to Plaintiff Tracy Anderson Mind Body, LLC.

3.     Plaintiff objects to the definition of "TA METHOD" on the ground that it mischaracterizes the nature of the Tracy Anderson Method and Paragraphs 1 and 19 of the FAC, which do not use the words "exercise protocol" to describe the Tracy Anderson Method.  As set forth in the FAC, The Tracy Anderson Method is a choreography protocol.  As a result, Plaintiff understands the term "TA METHOD" to have the same meaning as that term is used in the FAC.

**SUPPLEMENTAL RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 1:**

Identify all portions (by name of video work, and beginning and ending timestamp(s)) of each of DEFENDANTS' WORKS that YOU contend infringe

2

1   TAMB's copyrights and indicate what parts (by name of work, and beginning and
2   ending video timestamp(s)) of each of the TA WORKS it allegedly copies or
3   infringes, and describe in detail the alleged copying or infringement by reference
4   to the TA WORK(S) and allegedly infringing DEFENDANTS' WORK, including
5   but not limited to as alleged in Paragraph 47 of the FAC.
6   **RESPONSE TO INTERROGATORY NO. 1:**
7       Plaintiff objects to this Interrogatory on the ground that it is overly broad
8   and unduly burdensome because it (i) is not limited in time or scope, and (ii)
9   purports to require Plaintiff to prepare a summary or compilation of information
10  from hundreds of Defendants' videos (while simultaneously refusing to provide
11  Plaintiff with copies of all of the videos). Plaintiff objects to this Interrogatory on
12  the ground that it may seek the premature disclosure of expert testimony or
13  opinions. Plaintiff further objects to this Interrogatory on the ground that it calls
14  for a legal conclusion. Plaintiff further objects to this Interrogatory on the ground
15  that it is vague and ambiguous with respect to the phrase "TAMB's copyrights,"
16  which are not identified. For purposes of its response, Pliaintiff will assume that
17  the phrase refers to the copyrights asserted in this lawsuit. Plaintiff further objects
18  to this Interrogatory on the ground that it is not composed of discrete subparts, but
19  instead constitutes multiple distinct interrogatories.
20      Subject to and without waiving the foregoing objections, Plaintiff responds
21  as follows:
22      Pursuant to Fed. R. Civ. P. 33(d), Plaintiff will produce non-privileged
23  documents from which information responsive to this Interrogatory may be
24  determined. Following the substantial completion of its rolling document
25  production, Plaintiff will supplement its response to this Interrogatory to identify
26  such documents.
27
28

1    **<u>SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:</u>**

2          Plaintiff objects to this Interrogatory on the ground that it is overly broad

3    and unduly burdensome because it (i) is not limited in time or scope, and (ii)

4    purports to require Plaintiff to prepare a summary or compilation of information

5    from hundreds of Defendants' videos (while simultaneously refusing to provide

6    Plaintiff with copies of all of the videos).  Plaintiff objects to this Interrogatory on

7    the ground that it may seek the premature disclosure of expert testimony or

8    opinions.  Plaintiff further objects to this Interrogatory on the ground that it calls

9    for a legal conclusion.  Plaintiff further objects to this Interrogatory on the ground

10   that it is vague and ambiguous with respect to the phrase "TAMB's copyrights,"

11   which are not identified.  For purposes of its response, Pliaintiff will assume that

12   the phrase refers to the copyrights asserted in this lawsuit.  Plaintiff further objects

13   to this Interrogatory on the ground that it is not composed of discrete subparts, but

14   instead constitutes multiple distinct interrogatories.

15         Subject to and without waiving the foregoing objections, Plaintiff responds

16   as follows:

17         Plaintiff is unable to provide a response to this request because Defendants

18   have not yet produced copies of DEFENDANTS' WORKS.

19   **<u>SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:</u>**

20         Plaintiff objects to this Interrogatory on the ground that it is overly broad

21   and unduly burdensome because it (i) is not limited in time or scope, and (ii)

22   purports to require Plaintiff to prepare a summary or compilation of information

23   from hundreds of Defendants' videos (while simultaneously refusing to provide

24   Plaintiff with copies of all of the videos).  Plaintiff objects to this Interrogatory on

25   the ground that it may seek the premature disclosure of expert testimony or

26   opinions.  Plaintiff further objects to this Interrogatory on the ground that it calls

27   for a legal conclusion.  Plaintiff further objects to this Interrogatory on the ground

28

4

PLAINTIFF TRACY ANDERSON MIND AND BODY, LLC'S SECOND SUPPLEMENTAL
RESPONSES TO DEFENDANT MEGAN ROUP'S FIRST SET OF INTERROGATORIES
CASE NO. 2:22-CV-04735-PSG-E

1  that it is vague and ambiguous with respect to the phrase "TAMB's copyrights,"

2  which are not identified. For purposes of its response, Pliaintiff will assume that

3  the phrase refers to the copyrights asserted in this lawsuit. Plaintiff further objects

4  to this Interrogatory on the ground that it is not composed of discrete subparts, but

5  instead constitutes multiple distinct interrogatories.

6      Subject to and without waiving the foregoing objections, Plaintiff responds

7  as follows:

8  Plaintiffs contend that the below list contains examples of DEFENDANTS'

9  WORKS' which contain content that infringes on TAMB's copyrights:

| TSS Video Title | Bates Number |
|---|---|
| 45 Full Body 08 | MR-TSS_009814 |
| 46 Full Body 14 | MR-TSS_010005 |
| 45 Full Body 08 | MR-TSS_009814 |
| 45 Full Body 13 | MR-TSS_010128 |
| 15 Booty 23 | MR-TSS_010609 |
| 20 Full Body 17 | MR-TSS_010654 |
| 10 Min Arms 37 | MR-TSS_009155 |
| LIVE WED 3.13 23MIN SLOW + CONTROLLED FULL BODY | No production/bates, found on TSS website after discovery closed |
| LIVE WED 3.13 23MIN SLOW + CONTROLLED FULL BODY | No production/bates, found on TSS website after discovery closed |
| 45 Full Body 12 (no cardio) | MR-TSS_010665 |
| 42MIN FULL BODY 27 | MR-TSS_009751 |
| 45MIN FULL BODY 26 (NO CARDIO) | MR-TSS_009057 |

5

PLAINTIFF TRACY ANDERSON MIND AND BODY, LLC'S SECOND SUPPLEMENTAL
RESPONSES TO DEFENDANT MEGAN ROUP'S FIRST SET OF INTERROGATORIES
CASE NO. 2:22-CV-04735-PSG-E

| | |
|---|---|
| 42MIN FULL BODY 24 (NO CARDIO) | MR-TSS_009272 |
| 45MIN FULL BODY 18 (NO CARDIO) | MR-TSS_009778 |
| 30MIN FULL BODY 16 (NO CARDIO) (Katy Schuele) | MR-TSS_009020 |
| 14MIN BOOTY 32 | MR-TSS_010623 |
| 13MIN BOOTY 40 | MR-TSS_009142 |
| 15MIN BOOTY + ARMS 43 | MR-TSS_009210 |
| 30MIN FULL BODY 45 WITH AUDREY PETERS | No production/bates, found on TSS website after discovery closed |
| 10MIN ARMS 12 | MR-TSS_009423 |
| 20MIN SCULPT 36 WITH HELEN OWEN | MR-TSS_009236 |
| 30MIN DANCE CARDIO 23 | MR-TSS_009450 |
| 10MIN DANCING ARMS 02 | MR-TSS_009017 |
| 6MIN DANCING ARMS 38 | MR-TSS_009435 |
| 23MIN SLOW + CONTROLLED SCULPT 14 | MR-TSS_009393 |
| 23MIN SLOW + CONTROLLED SCULPT 09 | MR-TSS_009185 |
| 30MIN DANCE CARDIO 23 | MR-TSS_009185 |
| 18MIN SCULPT 56 WITH DANIELLE CAROLAN | No production/bates, found on TSS website after discovery closed |
| 45MIN FULL BODY 26 (NO | MR-TSS_009057 |

PLAINTIFF TRACY ANDERSON MIND AND BODY, LLC'S SECOND SUPPLEMENTAL
RESPONSES TO DEFENDANT MEGAN ROUP'S FIRST SET OF INTERROGATORIES
CASE NO. 2:22-CV-04735-PSG-E

| | |
|---|---|
| CARDIO) | |
| 45MIN FULL BODY 03 | MR-TSS_009948 |
| 6 Dancing Arms 14 | MR-TSS_009275 |
| 30 Full Body 02 | MR-TSS_009678 |
| 30 Sculpt 14 | MR-TSS_010591 |
| 30 Sculpt 15 | MR-TSS_010146 |
| 33 Full Body 19 | MR-TSS_010632 |
| 19 Full Body 15 | MR-TSS_009875 |
| 32 Sculpt 31 | No production/bates, found on TSS website after discovery closed |
| 30 Sculpt 31 | No production/bates, found on TSS website prior to March 12, 2024 in Advanced Programing |
| 30 Full Body 36 | MR-TSS_009077 |
| 33 full body 31 | MR-TSS_009108 |
| 31 Full Body 32 | MR-TSS_009080 |

In addition to the above TSS Videos, Plaintiffs also recently discovered that Roup has eighty-four (84) videos displayed on Obe Fitness, which also appear to contain infringing content. Those videos can be located here: On-Demand Workout Videos & Fitness Classes | obé Fitness (obefitness.com) Plaintiff asserts that the above content infringes on the below TA Videos:

- Metamorphosis Glutecentric Dance Cardio
- Metamorphosis Glutecentric Day 1-10
- Metamorphosis Glutecentric Day 11-20
- Metamorphosis Glutecentric Day 21-30
- Metamorphosis Glutecentric Day 31-40

7

PLAINTIFF TRACY ANDERSON MIND AND BODY, LLC'S SECOND SUPPLEMENTAL RESPONSES TO DEFENDANT MEGAN ROUP'S FIRST SET OF INTERROGATORIES CASE NO. 2:22-CV-04735-PSG-E

177

1    • Metamorphosis Gluetecentric Day 51-60
2    • Metamorphosis Glutecentric Day 61-70
3    • Metamorphosis Glutecentric Day 71-80
4    • Metamorphosis Glutecentric Day 81-90
5    • Metamorphosis Continuity – Continuity Year 4 – Month 2 – OMN-435
6      Level 6
7    • Metamorphosis Continuity – Continuity Year 4 – Month 1 – OMN-434
8      Level 1
9    • Metamorphosis Continuity – Continuity Year 2 – OMN-410 Day 1-10
10   • Metamorphosis Continuity – Year 3 Common Assets – OMN-422 Day 21-30
11   • TAVA Main Programme
12   • Precision Toning – ARMS
13   • Continuity – 1.3.2G video 2 – Precision Toning – Arms
14   • Continuity – Abcentric 1.2.3A Video 2 – 1.3.1 Video 2
15   • Continuity – Glutecentric 1.1.3G Video 1
16   • Continuity – Glutecentric 1.1.1G Video 2
17   • Continuity – Glutecentric 2.2.3G Video 2
18   • Continuity – Glutecentric 2.4.1G Video 2
19   • Continuity – Hipcentric 2.2.3H Video 2
20   • Year 3 Common Assets Month 12 Video 1
21   • Year 3 Common Assets Month 11 Video 3
22   • Continuity – Omnicentric 1.1.3O video 3
23   • Continuity – Omnicentric 1.3.2 video 3
24   • Generally, the Metamorphosis Hipcentric and Abcentric DVDs
25   Plaintiffs are still in the process of reviewing the over 600 videos that Defendants
26   produced and other videos that Defendants failed to produce, and reserve the right
27   to supplement the above lists further if additional examples of infringing content
28

1    are located.

2    **INTERROGATORY NO. 2:**

3      Identify all parts (by name of the TA WORK, and beginning and ending

4    timestamp(s)) of each instance of allegedly copyrighted "choreography,"

5    including movements, sequences, or routines, in the TA WORKS that YOU

6    contend DEFENDANTS' WORKS infringe, and, for each such instance of

7    choreography, identify the allegedly infringing DEFENDANTS' WORK(S)

8    including by reference to beginning and ending video timestamp(s).

9    **RESPONSE TO INTERROGATORY NO. 2:**

10      Plaintiff objects to this Interrogatory on the ground that it is overly broad and

11    unduly burdensome because it (i) is not limited in time or scope, and (ii) purports

12    to require Plaintiff to prepare a summary or compilation of information from

13    hundreds of Defendants' videos (while simultaneously refusing to provide

14    Plaintiffs with copies of all of the videos). Plaintiff objects to this Interrogatory on

15    the ground that it may seek the premature disclosure of expert testimony or

16    opinions. Plaintiff further objects to this Interrogatory on the ground that it calls

17    for a legal conclusion. Plaintiff further objects to this Interrogatory on the ground

18    that it is vague and ambiguous with respect to the phrase "identify all parts…of

19    each instance." Plaintiff further objects to this Interrogatory on the ground that it

20    is not composed of discrete subparts, but instead constitutes multiple distinct

21    interrogatories.

22      Subject to and without waiving the foregoing objections, Plaintiff responds

23    as follows:

24      Pursuant to Fed. R. Civ. P. 33(d), Plaintiff will produce non-privileged

25    documents from which information responsive to this Interrogatory may be

26    determined. Following the substantial completion of its rolling document

27    production, Plaintiff will supplement its response to this Interrogatory to identify

28

9

PLAINTIFF TRACY ANDERSON MIND AND BODY, LLC'S SECOND SUPPLEMENTAL
RESPONSES TO DEFENDANT MEGAN ROUP'S FIRST SET OF INTERROGATORIES
CASE NO. 2:22-CV-04735-PSG-E

179

1  such documents.

2  **<u>SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:</u>**

3      Plaintiff objects to this Interrogatory on the ground that it is overly broad

4  and unduly burdensome because it (i) is not limited in time or scope, and (ii)

5  purports to require Plaintiff to prepare a summary or compilation of information

6  from hundreds of Defendants' videos (while simultaneously refusing to provide

7  Plaintiff with copies of all of the videos). Plaintiff objects to this Interrogatory on

8  the ground that it may seek the premature disclosure of expert testimony or

9  opinions. Plaintiff further objects to this Interrogatory on the ground that it calls

10  for a legal conclusion. Plaintiff further objects to this Interrogatory on the ground

11  that it is vague and ambiguous with respect to the phrase "identify all parts...of

12  each instance." Plaintiff further objects to this Interrogatory on the ground that it

13  is not composed of discrete subparts, but instead constitutes multiple distinct

14  interrogatories.

15      Subject to and without waiving the foregoing objections, Plaintiff responds

16  as follows:

17      Pursuant to Fed. R. Civ. P. 33(d), Plaintiff will produce non-privileged

18  documents from which information responsive to this Interrogatory may be

19  determined. Following the substantial completion of its rolling document

20  production, Plaintiff will supplement its response to this Interrogatory to identify

21  such documents.

22  **<u>SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:</u>**

23      Plaintiff objects to this Interrogatory on the ground that it is overly broad

24  and unduly burdensome because it (i) is not limited in time or scope, and (ii)

25  purports to require Plaintiff to prepare a summary or compilation of information

26  from hundreds of Defendants' videos (while simultaneously refusing to provide

27  Plaintiff with copies of all of the videos). Plaintiff objects to this Interrogatory on

28

10

PLAINTIFF TRACY ANDERSON MIND AND BODY, LLC'S SECOND SUPPLEMENTAL
RESPONSES TO DEFENDANT MEGAN ROUP'S FIRST SET OF INTERROGATORIES
CASE NO. 2:22-CV-04735-PSG-E

1  the ground that it may seek the premature disclosure of expert testimony or

2  opinions.  Plaintiff further objects to this Interrogatory on the ground that it calls

3  for a legal conclusion.  Plaintiff further objects to this Interrogatory on the ground

4  that it is vague and ambiguous with respect to the phrase "identify all parts…of

5  each instance."  Plaintiff further objects to this Interrogatory on the ground that it

6  is not composed of discrete subparts, but instead constitutes multiple distinct

7  interrogatories.

8       Subject to and without waiving the foregoing objections, Plaintiff responds

9  as follows:

10       Interrogatory No. 2 seeks the same information as Interrogatory No. 1.

11  Plaintiff therefore refers Defendants to Plaintiffs Second Supplemental Response

12  to Interrogatory No. 1.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF TRACY ANDERSON MIND AND BODY, LLC'S SECOND SUPPLEMENTAL
RESPONSES TO DEFENDANT MEGAN ROUP'S FIRST SET OF INTERROGATORIES
CASE NO. 2:22-CV-04735-PSG-E

1

DATED: April 3, 2024                          **DLA PIPER LLP (US)**

2

3                                       By:   */s/ Gina Durham*

4                                             GINA DURHAM
                                              JASON T. LUEDDEKE
5                                             KRISTINA FERNANDEZ MABRIE

6                                             Attorneys for Plaintiffs
                                              TRACY ANDERSON MIND AND
7                                             BODY, LLC and T.A. STUDIO NEW
                                              YORK LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

12

182

# EXHIBIT 17

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-929-100**

**Effective Date of Registration:**
October 31, 2014

## Title

**Title of Work:** Metamorphosis by Tracy - Hipcentric

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** January 03, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Tracy Anderson Private Training, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006849

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## PA 1-929-090
**Effective Date of Registration:**
October 31, 2014

## Title

**Title of Work:** The Tracy Anderson Method Presents Dance Cardio Workout DVD

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** April 01, 2008
**Nation of 1st Publication:** United States

## Author

**Author:** Bubi and Babe Exercise, Inc.
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006841

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# PA 1-929-015

**Effective Date of Registration:**
October 31, 2014

## Title _____

**Title of Work:** The Tracy Anderson Method Presents Mat Workout DVD

## Completion/Publication _____

**Year of Completion:** 2008
**Date of 1st Publication:** April 01, 2008
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Bubi and Babe Exercise, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions _____

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification _____

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006840

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## PA 1-929-011
**Effective Date of Registration:**
October 31, 2014

## Title

**Title of Work:** Tracy Anderson Cardio Dance for Beginners

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Bubi and Babe Exercise, Inc.
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006837

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-929-093

**Effective Date of Registration:**
October 31, 2014

## Title

**Title of Work:** Tracy Anderson Dance + Cardio

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** December 01, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Bubi and Babe Exercise, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006843

188

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-929-092

**Effective Date of Registration:**
October 31, 2014

---

## Title

**Title of Work:** The Tracy Anderson Method Presents Post-Pregnancy Workout DVD

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** April 01, 2008
**Nation of 1st Publication:** United States

## Author

- **Author:** Bubi and Babe Exercise, Inc.
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006842

189

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-929-096**
Effective Date of Registration:
October 31, 2014

## Title

**Title of Work:** Tracy Anderson Dance Cardio II

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** April 01, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Bubi and Babe Exercise, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006846

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-929-012**

**Effective Date of Registration:**
October 31, 2014

## Title

**Title of Work:** Tracy Anderson Mat Workout for Beginners

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 01, 2014
**Nation of 1st Publication:** United States

## Author

• **Author:** Bubi and Babe Exercise, Inc.
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006838

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-929-097**

**Effective Date of Registration:**
October 31, 2014

## Title

**Title of Work:** Tracy Anderson Precision Toning

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** September 03, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Bubi and Babe Exercise, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006847

192

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-929-013**

**Effective Date of Registration:**
October 31, 2014

## Title

**Title of Work:** Tracy Anderson The Method for Beginners

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 06, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Bubi and Babe Exercise, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006839

193

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
## PA 1-929-098
**Effective Date of Registration:**
October 31, 2014

## Title

**Title of Work:** Tracy Anderson Post-Pregnancy 2 Workout Series

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 01, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Bubi and Babe Exercise, Inc.
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006848

194

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-929-095**
**Effective Date of Registration:**
October 31, 2014

## Title

**Title of Work:** Tracy Anderson Unleash Your Inner Popstar

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** May 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Bubi and Babe Exercise, Inc.
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006845

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-929-094

**Effective Date of Registration:**
October 31, 2014

## Title
_____

**Title of Work:** Tracy Anderson's Total Body Mini-Trampoline Workout

## Completion/Publication
_____

**Year of Completion:** 2012
**Date of 1st Publication:** February 01, 2012
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Tracy Anderson Private Training, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions
_____

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification
_____

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006844

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-930-683

**Effective Date of Registration:**
October 31, 2014

---

## Title
_____

**Title of Work:** Metamorphosis by Tracy - Omnicentric

## Completion/Publication
_____

**Year of Completion:** 2010
**Date of 1st Publication:** January 03, 2011
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Tracy Anderson Private Training, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions
_____

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification
_____

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006851

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-930-681

**Effective Date of Registration:**
October 31, 2014

---

## Title

**Title of Work:** Tracy Anderson Teen Meta

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 01, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Tracy Anderson Private Training, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006852

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## PA 1-930-682
**Effective Date of Registration:**
October 31, 2014

---

## Title

**Title of Work:** Tracy Anderson: The Perfect Design Series

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** October 01, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Bubi and Babe Exercise, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Thomas Kjellberg
**Email:** txk@cll.com
**Telephone:** (212)790-9200
**Address:** Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification

**Name:** Thomas Kjellberg
**Date:** October 29, 2014

Page 1 of 2

PLTFS0006853

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
## PA 1-930-680
Effective Date of Registration:
October 31, 2014

## Title

Title of Work: Metamorphosis by Tracy - Abcentric

## Completion/Publication

Year of Completion: 2010
Date of 1st Publication: January 03, 2011
Nation of 1st Publication: United States

## Author

- Author: Tracy Anderson Private Training, LLC
  Author Created: entire motion picture
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Tracy Anderson Mind and Body, LLC
24 Hubert St., Third Floor, New York, NY, 10013, United States
Transfer statement: By written agreement

## Rights and Permissions

Name: Thomas Kjellberg
Email: txk@cll.com
Telephone: (212)790-9200
Address: Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

## Certification

Name: Thomas Kjellberg
Date: October 29, 2014

Page 1 of 2

PLTFS0006850

200

# EXHIBIT 18

3/12/24, 5:21 PM                                        WebVoyage Record View 1



**Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.**

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = Tracy Anderson Mind and Body LLC
Search Results: Displaying 2 of 21 entries



Labeled View

*Metamorphosis by Tracy - Glutecentric.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001938799 / 2014-10-31
**Application Title:** Metamorphosis by Tracy - Glutecentric.
**Title:** Metamorphosis by Tracy - Glutecentric.
**Description:** 4 videodiscs (DVD)
**Copyright Claimant:** Tracy Anderson Mind and Body, LLC, Transfer: By written agreement. Address: 24 Hubert St., Third Floor, New York, NY, 10013, United States.
**Date of Creation:** 2010
**Date of Publication:** 2011-01-03
**Nation of First Publication:** United States
**Authorship on Application:** Tracy Anderson Private Training, LLC, employer for hire; Citizenship: United States. Authorship: entire motion picture.
**Rights and Permissions:** Thomas Kjellberg, Cowan, Liebowitz & Latman, PC, 1133 Avenue of the Americas, New York, NY, 10036-6799, (212) 790-9200, txk@cll.com
**Names:** Tracy Anderson Private Training, LLC
Tracy Anderson Mind and Body, LLC



| Save, Print and Email (Help Page) |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:                          Email |

Help   Search   History   Titles   Start Over

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=2&ti=1,2&Search_Arg=Tracy Anderson Mind and Body LLC&Search_Code=NALL&CNT=25&PID…   1/2

Case: 24-6936, 02/24/2025, DktEntry: 12.3, Page 190 of 284

203



Try the **Copyright Public Records System (CPRS)** pilot with enhanced
search features and filters.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = Tracy Anderson Mind and Body LLC
Search Results: Displaying 17 of 21 entries





***Tracy Anderson: The Pregnancy Project.***

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001938802 / 2014-10-31
**Application Title:** Tracy Anderson: The Pregnancy Project.
**Title:** Tracy Anderson: The Pregnancy Project.
**Description:** 9 videodiscs (DVD)
**Copyright Claimant:** Tracy Anderson Mind and Body, LLC, Transfer: By written agreement. Address: 24 Hubert St., Third Floor, New York, NY, 10013, United States.
**Date of Creation:** 2013
**Date of Publication:** 2013-02-01
**Nation of First Publication:** United States
**Authorship on Application:** Tracy Anderson Private Training, LLC, employer for hire; Citizenship: United States. Authorship: entire motion picture.
**Rights and Permissions:** Thomas Kjellberg, Cowan, Liebowitz & Latman, PC, 1133 Avenue of the Americas, New York, NY, 10036-6799, (212) 790-9200, txk@cll.com
**Names:** Tracy Anderson Private Training, LLC
Tracy Anderson Mind and Body, LLC



| Save, Print and Email (**Help Page**) |
| Select Download Format Full Record ⌄  Format for Print/Save |
| Enter your email address:                          Email |

---

Help   Search   History   Titles   Start Over

Case: 24-6936, 02/24/2025, DktEntry: 12.3, Page 192 of 284

WebVoyage Record View 1

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

205

# EXHIBIT 19

Summary Chart of U.S. Copyright Registration Certificates of TA Works (FRE 1006)

| Reg # | Title | Type of Work | Copyright Claimant | Transfer | Authorship on Application | Authorship |
|---|---|---|---|---|---|---|
| PA 1-929-090 | The Tracy Anderson Method Presents Dance Cardio Workout DVD | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Bubi and Babe Exercise, Inc., employer for hire | Entire motion picture |
| PA 1-929-015 | The Tracy Anderson Method Presents Mat Workout DVD | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Bubi and Babe Exercise, Inc., employer for hire | Entire motion picture |
| PA 1-929-092 | The Tracy Anderson Method Presents Post-Pregnancy Workout DVD | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Bubi and Babe Exercise, Inc., employer for hire | Entire motion picture |
| PA 1-929-096 | Tracy Anderson Dance Cardio II | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Bubi and Babe Exercise, Inc., employer for hire | Entire motion picture |
| PA0001930682 | Tracy Anderson: The Perfect Design Series | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Bubi and Babe Exercise, Inc., employer for hire | Entire motion picture |
| PA 1-929-100 | Metamorphosis by Tracy - Hipcentric | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Tracy Anderson Private Training, LLC, employer for hire | Entire motion picture |
| PA0001930680 | Metamorphosis by Tracy - Abcentric | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Tracy Anderson Private Training, LLC, employer for hire | Entire motion picture |
| PA0001930683 | Metamorphosis by Tracy - Omnicentric | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Tracy Anderson Private Training, LLC, employer for hire | Entire motion picture |

Page 1 of 3

207

Summary Chart of U.S. Copyright Registration Certificates of TA Works (FRE 1006)

| Reg # | Title | Type of Work | Copyright Claimant | Transfer | Authorship on Application | Authorship |
|---|---|---|---|---|---|---|
| PA000193879 | Metamorphosis by Tracy - Glutecentric | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Tracy Anderson Private Training, LLC, employer for hire | Entire motion picture |
| PA 1-929-094 | Tracy Anderson's Total Body Mini Trampoline Workout | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Tracy Anderson Private Training, LLC, employer for hire | Entire motion picture |
| PA000193880 | Tracy Anderson: The Pregnancy Project | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Tracy Anderson Private Training, LLC, employer for hire | Entire motion picture |
| PA000190068 | Tracy Anderson Teen Meta | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Tracy Anderson Private Training, LLC, employer for hire | Entire motion picture |
| PA 1-929-098 | Tracy Anderson Post-Pregnancy 2 Workout Series | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Bubi and Babe Exercise, Inc., employer for hire | Entire motion picture |
| PA 1-929-013 | Tracy Anderson The Method for Beginners | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Bubi and Babe Exercise, Inc., employer for hire | Entire motion picture |
| PA 1-929-097 | Tracy Anderson Precision Toning | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Bubi and Babe Exercise, Inc., employer for hire | Entire motion picture |
| PA 1-929-093 | Tracy Anderson Dance + Cardio | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Bubi and Babe Exercise, Inc., employer for hire | Entire motion picture |
| PA 1-929-095 | Tracy Anderson Unleash Your Inner Popstar | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Bubi and Babe Exercise, Inc., employer for hire | Entire motion picture |

Page 2 of 3

208

Summary Chart of U.S. Copyright Registration Certificates of TA Works (FRE 1006)

| Reg # | Title | Type of Work | Copyright Claimant | Transfer | Authorship on Application | Authorship |
|---|---|---|---|---|---|---|
| PA 1-929-011 | Tracy Anderson Cardio Dance Workout [for beginners] | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Bubi and Babe Exercise, Inc., employer for hire | Entire motion picture |
| PA 1-020-012 | Tracy Anderson Mat Workout for Beginners | Motion Picture (DVD) | Tracy Anderson Mind and Body, LLC | By written agreement | Bubi and Babe Exercise, Inc., employer for hire | Entire motion picture |

209

1  MANATT, PHELPS & PHILLIPS, LLP
   CHRISTOPHER CHATHAM (CA Bar #240972)
2    CChatham@manatt.com
   NATHANIEL L. BACH (CA Bar #246518)
3    NBach@manatt.com
   SARAH E. MOSES (CA Bar #291491)
4    SMoses@manatt.com
   ANDREA D. GONZALEZ (CA Bar #336134)
5    ADGonzalez@manatt.com
   2049 Century Park East
6  Suite 1700
   Los Angeles, California  90067
7  Telephone:  (310) 312-4000
   Facsimile:   (310) 312-4224
8
   Attorneys for Defendants
9  MEGAN ROUP and THE SCULPT SOCIETY, LLC

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12

13

14  TRACY ANDERSON MIND AND          Case No. 2:22-cv-04735-RSWL-E
    BODY, LLC, a Delaware limited
15  liability company; and T.A. STUDIO   Hon. Ronald S.W. Lew
    NEW YORK LLC, a California limited
16  liability company,                **DEFENDANTS MEGAN ROUP
                                      AND THE SCULPT SOCIETY,
17             Plaintiffs,            LLC'S AMENDED ANSWER TO
                                      PLAINTIFFS' FIRST AMENDED
18       v.                          COMPLAINT**

19  MEGAN ROUP, an individual; and    Complaint Filed:  July 11, 2022
    THE SCULPT SOCIETY, LLC, a        FAC Filed:        Sept. 13, 2022
20  California limited liability company,  Trial Date:       Not yet set

21             Defendants.

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:22-CV-04735-RSWL-E

DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

## Amended Answer to First Amended Complaint

Defendants Megan Roup ("Roup") and The Sculpt Society, LLC ("The Sculpt Society" or "TSS") (together, "Defendants"), by and through their attorneys, hereby submit their Amended Answer to Plaintiffs Tracy Anderson Mind and Body, LLC ("TAMB") and T.A. Studio New York LLC's ("TANY," and collectively, "Plaintiffs") First Amended Complaint ("FAC") in the above-captioned litigation (the "Action"). For the avoidance of doubt, Defendants deny any and all statements in the FAC section headings, prayer for relief, or otherwise made outside the numbered paragraphs therein.

Further, because the Court dismissed Plaintiffs' Lanham Act and California Unfair Competition Law claims with leave to amend (Dkt. No. 20) and Plaintiffs have elected not to amend those claims, no response is required to the allegations pertaining to those causes of action and, to the extent any response is required, such allegations are denied.

As to the allegations in the numbered paragraphs in the FAC, Defendants hereby answer and respond as follows:

1.     Defendants deny the allegations in Paragraph 1 of the FAC and further deny knowledge or information sufficient to form a belief as to their truth.

2.     Defendants deny the allegations in Paragraph 2 of the FAC and further deny knowledge or information sufficient to form a belief as to their truth.

3.     Paragraph 3 of the FAC contains allegations of law, not fact, to which no response is required. To the extent the allegations require a response, Defendants deny them, and respectfully refer the Court to the document referenced therein for its terms. Defendant Roup only admits that she worked for TANY for a period of time.

4.     Paragraph 4 of the FAC contains allegations of law, not fact, to which no response is required. To the extent the allegations require a response,

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

CASE NO. 2:22-CV-04735-RSWL-E

DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

211

Defendants deny them.  Defendant Roup only admits that she worked for TANY for a period of time.

5.    Defendants deny the allegations in Paragraph 5 of the FAC except admit that: (i) Roup stopped working for TANY at one point in time; (ii) Roup founded TSS, a fitness company; (iii) TSS offers in-person, online, and app-based classes; and (iv) Roup has a background in dance.

6.    Defendants deny the allegations in the first sentence of Paragraph 6 of the FAC, except admit that Defendants offer a number of online and app-based fitness classes to clients and have done so over a period of years.  The allegations in the second and third sentences of Paragraph 6 contains allegations of law, not fact, to which no response is required.  To the extent the allegations require a response, Defendants deny them.

7.    Defendants deny the allegations in Paragraph 7 of the FAC and respectfully refer the Court to the materials referenced therein for their contents, except admit that (i) Defendants have a number of clients and followers on social media sites; and (ii) Roup worked for TANY for a period of time.

8.    Paragraph 8 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent the allegations require a response, Defendants deny them.

9.    Paragraph 9 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent the allegations require a response, Defendants deny them and respectfully refer the Court to the documents referenced therein for their contents.

10.    Paragraph 10 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent the allegations require a response, Defendants deny them.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

CASE NO. 2:22-CV-04735-RSWL-E
DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

212

1      11.     Paragraph 11 of the FAC contains allegations of law, not fact, to which

2 no response is required.  To the extent the allegations require a response,

3 Defendants deny them.

4      12.     Paragraph 12 of the FAC contains allegations of law, not fact, to which

5 no response is required.  To the extent the allegations require a response,

6 Defendants deny them, except admit that The Sculpt Society conducts certain

7 business in Los Angeles, California.

8      13.     Paragraph 13 of the FAC contains allegations of law, not fact, to which

9 no response is required.  To the extent the allegations require a response,

10 Defendants deny them.

11      14.     Defendants deny knowledge or information sufficient to form a belief

12 as to the truth of the allegations in Paragraph 14 of the FAC.

13      15.     Defendants deny knowledge or information sufficient to form a belief

14 as to the truth of the allegations in Paragraph 15 of the FAC.

15      16.     Admit.

16      17.     Paragraph 17 of the FAC contains allegations of law, not fact, to which

17 no response is required.  To the extent the allegations require a response,

18 Defendants deny them, except admit that The Sculpt Society conducts certain

19 business in Los Angeles, California.

20      18.     Defendants deny knowledge or information sufficient to form a belief

21 as to the truth of the allegations in Paragraph 18 of the FAC.

22      19.     Defendants deny the allegations in Paragraph 19 of the FAC, and

23 further deny knowledge or information sufficient to form a belief as to their truth.

24      20.     Defendants deny knowledge or information sufficient to form a belief

25 as to the truth of the allegations in Paragraph 20 of the FAC.

26      21.     Defendants deny knowledge or information sufficient to form a belief

27 as to the truth of the allegations in Paragraph 21 of the FAC.

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

4    CASE NO. 2:22-CV-04735-RSWL-E
DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

213

1    22.    Defendants deny knowledge or information sufficient to form a belief
2    as to the truth of the allegations in Paragraph 22 of the FAC.

3    23.    Defendants deny the allegations in Paragraph 23 of the FAC, and
4    further deny knowledge or information sufficient to form a belief as to their truth.

5    24.    Defendants deny knowledge or information sufficient to form a belief
6    as to the truth of the allegations in Paragraph 24 of the FAC.

7    25.    Defendants deny the allegations in Paragraph 25 of the FAC, and
8    further deny knowledge or information sufficient to form a belief as to their truth.

9    26.    Defendants deny the allegations in Paragraph 26 of the FAC.

10    27.    Defendants deny the allegations in Paragraph 27 of the FAC, and
11    further deny knowledge or information sufficient to form a belief as to their truth,
12    except admit that Roup worked for TANY at one point in time.

13    28.    Defendants deny the allegations in Paragraph 28 of the FAC, and
14    further deny knowledge or information sufficient to form a belief as to their truth.
15    Defendants respectfully refer the Court to the document(s) referenced in Paragraph
16    28 for their terms.

17    29.    Paragraph 29 of the FAC contains allegations of law, not fact, to which
18    no response is required.  To the extent the allegations require a response,
19    Defendants deny them.  Defendants further deny the remainder of the allegations in
20    Paragraph 29 and respectfully refer the Court to the documents referenced therein
21    for their terms.

22    30.    Paragraph 30 of the FAC contains allegations of law, not fact, to which
23    no response is required.  To the extent the allegations require a response,
24    Defendants deny them, and further deny the remainder of the allegations in
25    Paragraph 30, except admit that Roup was provided certain materials and
26    information while working for TANY.

27    31.    Defendants deny the allegations in Paragraph 31 of the FAC, and
28    further deny knowledge or information sufficient to form a belief as to their truth,

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

5                          CASE NO. 2:22-CV-04735-RSWL-E
DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

214

1   except admit that Roup was provided certain materials and information while
2   working for TANY.  Defendants respectfully refer the Court to the documents
3   referenced therein for their contents.
4         32.   Paragraph 32 of the FAC contains allegations of law, not fact, to which
5   no response is required.  To the extent the allegations require a response,
6   Defendants deny them, except admit that Roup worked for TANY for a period of
7   time and respectfully refer the Court to the materials referenced therein for their
8   contents.
9         33.   Defendants deny the allegations in Paragraph 33 of the FAC, including
10   on the basis that Defendants presently lack knowledge or information sufficient to
11   form a belief as to their truth, and respectfully refer the Court to the document
12   referenced therein for its contents, except admit that Roup stopped working for
13   TANY at one point in time.
14         34.   Defendants deny the allegations in Paragraph 34 of the FAC, except
15   admit that: (i) Roup stopped working for TANY at one point in time; (ii) Roup
16   founded TSS, a fitness company; and (iii) TSS offers in-person, online, and app-
17   based classes.
18         35.   Defendants deny the allegations in Paragraph 35 of the FAC, except
19   admit that TSS offers online and app-based classes, and respectfully refer the Court
20   to the document referenced therein for its contents.
21         36.   Defendants deny the allegations in Paragraph 36 of the FAC except
22   admit that Roup has a background and training in dance.
23         37.   Paragraph 37 of the FAC contains allegations of law, not fact, to which
24   no response is required.  To the extent the allegations require a response,
25   Defendants deny them.  Defendants further deny the remainder of the allegations in
26   Paragraph 37 except admit that Defendants offer a number of online and app-based
27   fitness classes to clients—including, at various times, the four classes referenced in
28   Paragraph 37—and have done so for a period of years.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

6                          CASE NO. 2:22-CV-04735-RSWL-E
DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

1    38.    Paragraph 38 of the FAC contains allegations of law, not fact, to which

2    no response is required.  To the extent the allegations require a response,

3    Defendants deny them, and further deny the remainder of the allegations in

4    Paragraph 38.

5    39.    Paragraph 39 of the FAC contains allegations of law, not fact, to which

6    no response is required.  To the extent the allegations require a response,

7    Defendants deny them, and further deny the remainder of the allegations in

8    Paragraph 39.

9    40.    Paragraph 40 of the FAC contains allegations of law, not fact, to which

10    no response is required.  To the extent the allegations require a response,

11    Defendants deny them.  Defendants further deny the remainder of the allegations in

12    Paragraph 40, except admit that Defendants have a number of clients and followers

13    on social media sites.

14    41.    Defendants deny the allegations in Paragraph 41 of the FAC and

15    respectfully refer the Court to the materials referenced therein for their contents,

16    except admit that Roup worked for TANY for a period of time and that The Sculpt

17    Society's website does not mention TANY or Anderson.

18    42.    Defendants deny the allegations in Paragraph 42 of the FAC.

19    43.    Defendants respectfully refer the Court to the materials referenced in

20    Paragraph 43 of the FAC for their contents.  To extent the allegations in Paragraph

21    43 require a response, Defendants deny them, except admit that Roup has made

22    certain public statements about her life and TSS.

23    44.    Paragraph 44 of the FAC contains allegations of law, not fact, to which

24    no response is required.  To the extent the allegations require a response,

25    Defendants deny them.  Defendants deny knowledge or information sufficient to

26    form a belief as to the truth of the remainder of the allegations in Paragraph 44 and

27    respectfully refer the Court to the materials referenced therein for their contents.

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

7

CASE NO. 2:22-CV-04735-RSWL-E

DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

45.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 of the FAC and respectfully refer the Court to Attachment A to the FAC for its contents.

46.     Defendants deny the allegations in Paragraph 46 of the FAC and further deny knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in Paragraph 46.

47.     Paragraph 47 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent the allegations require a response, Defendants deny them.

48.     Paragraph 48 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent the allegations require a response, Defendants deny them.

49.     Paragraph 49 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent the allegations require a response, Defendants deny them, and further deny the remainder of the allegations in Paragraph 49, including on the basis that Defendants lack knowledge or information sufficient to form a belief as to their truth.

50.     Defendants incorporate by reference the responses above to Paragraphs 1 through 49 of the FAC, as though fully set forth herein.

51.     Paragraph 51 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent the allegations require a response, Defendants deny them.

52.     Paragraph 52 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent the allegations require a response, Defendants deny them.

53.     Paragraph 53 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent the allegations require a response, Defendants deny them.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

8                          CASE NO. 2:22-CV-04735-RSWL-E

DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

54.    Paragraph 54 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent the allegations require a response, Defendants deny them.

55.    Paragraph 55 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent the allegations require a response, Defendants deny them.

56.    Paragraph 56 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent the allegations require a response, Defendants deny them.

57.    In its December 12, 2022 Order, the Court dismissed Plaintiffs' claim for violation of the Lanham Act, 15 U.S.C. § 1125(a) with leave to amend. Plaintiffs elected not to amend their FAC and have thus abandoned this claim.  As such, no response is required to the allegations in Paragraph 57.  To the extent a response is required, Defendants respond as follows: Defendants incorporate by reference the responses above to Paragraphs 1 through 56 of the FAC, as though fully set forth herein.

58.    In its December 12, 2022 Order, the Court dismissed Plaintiffs' claim for violation of the Lanham Act, 15 U.S.C. § 1125(a) with leave to amend. Plaintiffs elected not to amend their FAC and have thus abandoned this claim.  As such, no response is required to the allegations in Paragraph 58.  To the extent a response is required, Defendants respond as follows:  Paragraph 58 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent the allegations require a response, Defendants deny them.

59.    In its December 12, 2022 Order, the Court dismissed Plaintiffs' claim for violation of the Lanham Act, 15 U.S.C. § 1125(a) with leave to amend. Plaintiffs elected not to amend their FAC and have thus abandoned this claim.  As such, no response is required to the allegations in Paragraph 59.  To the extent a response is required, Defendants respond as follows:  Paragraph 59 of the FAC

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

9

CASE NO. 2:22-CV-04735-RSWL-E

DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

218

1    contains allegations of law, not fact, to which no response is required.  To the
2    extent the allegations require a response, Defendants deny them.

3        60.    In its December 12, 2022 Order, the Court dismissed Plaintiffs' claim
4    for violation of the Lanham Act, 15 U.S.C. § 1125(a) with leave to amend.
5    Plaintiffs elected not to amend their FAC and have thus abandoned this claim.  As
6    such, no response is required to the allegations in Paragraph 60.  To the extent a
7    response is required, Defendants respond as follows:  Paragraph 60 of the FAC
8    contains allegations of law, not fact, to which no response is required.  To the
9    extent the allegations require a response, Defendants deny them.

10       61.    In its December 12, 2022 Order, the Court dismissed Plaintiffs' claim
11   for violation of the Lanham Act, 15 U.S.C. § 1125(a) with leave to amend.
12   Plaintiffs elected not to amend their FAC and have thus abandoned this claim.  As
13   such, no response is required to the allegations in Paragraph 61.  To the extent a
14   response is required, Defendants respond as follows:  Paragraph 61 of the FAC
15   contains allegations of law, not fact, to which no response is required.  To the
16   extent the allegations require a response, Defendants deny them.

17       62.    In its December 12, 2022 Order, the Court dismissed Plaintiffs' claim
18   for violation of the Lanham Act, 15 U.S.C. § 1125(a) with leave to amend.
19   Plaintiffs elected not to amend their FAC and have thus abandoned this claim.  As
20   such, no response is required to the allegations in Paragraph 62.  To the extent a
21   response is required, Defendants respond as follows:  Paragraph 62 of the FAC
22   contains allegations of law, not fact, to which no response is required.  To the
23   extent the allegations require a response, Defendants deny them.

24       63.    In its December 12, 2022 Order, the Court dismissed Plaintiffs' claim
25   for violation of the Lanham Act, 15 U.S.C. § 1125(a) with leave to amend.
26   Plaintiffs elected not to amend their FAC and have thus abandoned this claim.  As
27   such, no response is required to the allegations in Paragraph 63.  To the extent a
28   response is required, Defendants respond as follows:  Paragraph 63 of the FAC

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

10                CASE NO. 2:22-CV-04735-RSWL-E
DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

1   contains allegations of law, not fact, to which no response is required. To the

2   extent the allegations require a response, Defendants deny them.

3        64.    Defendants incorporate by reference the responses above to

4   Paragraphs 1 through 63 of the FAC, as though fully set forth herein.

5        65.    Paragraph 65 of the FAC contains allegations of law, not fact, to which

6   no response is required. To the extent the allegations require a response,

7   Defendants deny them and respectfully refer the Court to the document referenced

8   therein for its terms.

9        66.    Paragraph 66 of the FAC contains allegations of law, not fact, to which

10   no response is required. To the extent the allegations require a response,

11   Defendants deny them.

12        67.    Paragraph 67 of the FAC contains allegations of law, not fact, to which

13   no response is required. To the extent the allegations require a response,

14   Defendants deny them.

15        68.    Paragraph 68 of the FAC contains allegations of law, not fact, to which

16   no response is required. To the extent the allegations require a response,

17   Defendants deny them, except admit that TSS offers online and app-based classes.

18        69.    Paragraph 69 of the FAC contains allegations of law, not fact, to which

19   no response is required. To the extent the allegations require a response,

20   Defendants deny them.

21        70.    In its December 12, 2022 Order, the Court dismissed Plaintiffs' claim

22   for violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code §§

23   17200, *et seq*., with leave to amend. Plaintiffs elected not to amend their FAC and

24   have thus abandoned this claim. As such, no response is required to the allegations

25   in Paragraph 70. To the extent a response is required, Defendants respond as

26   follows: Defendants incorporate by reference the responses above to Paragraphs 1

27   through 69 of the FAC, as though fully set forth herein.

28   //

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

11           CASE NO. 2:22-CV-04735-RSWL-E
DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

220

1      71.    In its December 12, 2022 Order, the Court dismissed Plaintiffs' claim

2   for violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code §§

3   17200, *et seq*., with leave to amend.  Plaintiffs elected not to amend their FAC and

4   have thus abandoned this claim.  As such, no response is required to the allegations

5   in Paragraph 71.  To the extent a response is required, Defendants respond as

6   follows:  Paragraph 71 of the FAC contains allegations of law, not fact, to which no

7   response is required.  To the extent the allegations require a response, Defendants

8   deny them.

9      72.    In its December 12, 2022 Order, the Court dismissed Plaintiffs' claim

10  for violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code §§

11  17200, *et seq*., with leave to amend.  Plaintiffs elected not to amend their FAC and

12  have thus abandoned this claim.  As such, no response is required to the allegations

13  in Paragraph 72.  To the extent a response is required, Defendants respond as

14  follows:  Paragraph 72 of the FAC contains allegations of law, not fact, to which no

15  response is required.  To the extent the allegations require a response, Defendants

16  deny them.

17     73.    In its December 12, 2022 Order, the Court dismissed Plaintiffs' claim

18  for violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code §§

19  17200, *et seq*., with leave to amend.  Plaintiffs elected not to amend their FAC and

20  have thus abandoned this claim.  As such, no response is required to the allegations

21  in Paragraph 73.  To the extent a response is required, Defendants respond as

22  follows:  Paragraph 73 of the FAC contains allegations of law, not fact, to which no

23  response is required.  To the extent the allegations require a response, Defendants

24  deny them.

25     The Prayer contains contentions of law to which no response is required.  To

26  the extent a response is required, Defendants deny that Plaintiffs are entitled to any

27  relief including the relief sought therein.

28  //

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

12              CASE NO. 2:22-CV-04735-RSWL-E
DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

## AFFIRMATIVE DEFENSES

Defendants repeat and reallege every paragraph set forth above as if they were fully set forth herein.  Defendants assert affirmative defenses as to Plaintiffs' claims for copyright infringement (Claim 1) and breach of contract (Claim 3).  Because Plaintiffs declined to amend the FAC as to their claims for violation of the Lanham Act (Claim 2) and violation of California's Unfair Competition Law (Claim 4), Plaintiffs have abandoned those claims and Defendants need not and do not assert affirmative defenses to them.  Defendants reserve the right to assert affirmative defenses as to Claim 2 and Claim 4, should it be determined that those claims are still at issue.

By alleging defenses herein, Defendants do not intend to alter the burden of proof or burden of going forward with the evidence that otherwise exists with respect to any particular issue at law or in equity.  All defenses are pleaded in the alternative and do not constitute an admission either of liability or as to whether Plaintiffs are entitled to any relief whatsoever.  Furthermore, Defendants reserve their right to supplement the below affirmative defenses, including, without limitation, as a result of new information obtained through discovery.

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole are in part because Plaintiffs' exercise routines, including those embodied on Plaintiffs' DVDs, are not original to Plaintiffs or otherwise protectable in whole or in part under the Copyright Act.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part because Defendants' exercise routines were independently created without reference to Plaintiffs' DVDs or any of Plaintiffs' allegedly non-public, confidential information.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part by the doctrine of fair use, 17 U.S.C. § 107, including for the following non-exclusive reasons:  Defendants'

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

13

CASE NO. 2:22-CV-04735-RSWL-E

DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

222

1  allegedly infringing activities are done for the purposes of teaching and instruction;

2  Defendants' actions are transformative with respect to any copyrightable subject

3  matter and alter such material through new expression, meaning or message in

4  Defendants' own exercise routines; the nature of Plaintiffs' copyrighted works are

5  functional exercise movements that are taken from a long line of dance-cardio

6  movements and exercises that predate Plaintiffs' copyrighted works; the amount

7  and substantiality of the portion of Plaintiffs' works allegedly used by Defendants

8  is insignificant in relation to the copyrighted works as a whole; and Defendants'

9  allegedly infringing actions have not materially affected the potential market for or

10  value of Plaintiffs' copyrighted works.

11  ## FOURTH AFFIRMATIVE DEFENSE

12  Plaintiffs' claims are barred in whole or in part because Plaintiffs have

13  misused their copyrights in violation of public policy and antitrust law, including

14  by using them in an anti-competitive manner in an attempt to grant Plaintiffs a

15  monopoly in or undue control over the relevant dance-cardio fitness market.

16  ## FIFTH AFFIRMATIVE DEFENSE

17  Plaintiffs' claims are barred in whole or in part because some or all of Roup's

18  contract with TANY is unenforceable as against public policy and state law,

19  including because it operates as a substantial restraint on Roup's profession, trade,

20  or business in violation of California Business & Professions Code § 16600, and

21  because it seeks an anti-competitive result to confer upon Plaintiffs a monopoly in

22  or undue control over the relevant dance-cardio fitness market.

23  ## SIXTH AFFIRMATIVE DEFENSE

24  Plaintiffs' claims are barred in whole or in part by the applicable statutes of

25  limitations to the extent that the actions complained of fall outside of the Copyright

26  Act's three-year statute of limitations (17 U.S.C. § 507(b)) and/or the relevant

27  statute of limitations for breach of contract.

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

14                    CASE NO. 2:22-CV-04735-RSWL-E
DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

223

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part by the unclean hands doctrine, including because Plaintiffs have engaged in the same actions (*e.g.*, borrowing and using preexisting dance-cardio and other exercise movements) in which they allege Defendants engaged; have selectively pursued Defendants for the same activities undertaken by other former trainers associated with Plaintiffs who have not been similarly sued; and have used their copyrights in an anti-competitive manner in an attempt to grant Plaintiffs a monopoly in or undue control over the relevant dance-cardio fitness market.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part by the doctrine of waiver, including because Plaintiffs waived their rights to challenge Defendants' actions after TANY sent Roup a cease and desist letter in March 2018 that Roup responded to and rejected as baseless. Plaintiffs did not respond to or further contact Roup, nor did they assert any rights at that time or within any reasonable time thereafter, including after Defendants began streaming and posting their on-demand workouts via The Sculpt Society app and website.

### NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part by the doctrine of laches, including because Plaintiffs failed to challenge Defendants' actions after TANY sent Roup a cease and desist letter in March 2018 that Roup responded to and rejected as baseless. Plaintiffs did not respond to or further contact Roup, nor did they assert any rights at that time or within any reasonable time thereafter, including after Defendants began streaming and posting their on-demand workouts via The Sculpt Society app and website.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part by the doctrine of estoppel, including because Plaintiffs failed to timely challenge Defendants' allegedly

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

15                    CASE NO. 2:22-CV-04735-RSWL-E
DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

224

1    actionable activities, including after TANY sent Roup a cease and desist letter in

2    March 2018 that Roup responded to and rejected as baseless.  Plaintiffs did not

3    respond to or further contact Roup, nor did they assert any rights at that time or

4    within any reasonable time thereafter, including after Defendants began streaming

5    and posting their on-demand workouts via The Sculpt Society app and website.

6    Roup reasonably relied to her detriment on Plaintiffs' failure to take action and

7    failure to specify any actual violation of her trainer agreement or other alleged

8    violation of law.

9                              **ELEVENTH AFFIRMATIVE DEFENSE**

10          Plaintiffs' claims are barred in whole or in part because Plaintiffs have failed

11   to mitigate their alleged damages, if any.

12                              **TWELFTH AFFIRMATIVE DEFENSE**

13          Plaintiffs' prayer for injunctive relief is barred because Plaintiffs have an

14   adequate remedy at law because Plaintiffs' alleged harm to their business, if any, is

15   purely economic in nature or may be remedied, if at all, by monetary damages.

16

17   **WHEREFORE**, Defendants pray for judgment dismissing the FAC in its entirety,

18   entering judgment against Plaintiffs and in favor of Defendants, awarding

19   Defendants their costs and fees, including attorneys' fees pursuant to 17 U.S.C. §

20   505, and for such other relief as the Court deems just and proper.

21                              **DEMAND FOR JURY TRIAL**

22          Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendants

23   //

24   //

25   //

26   //

27   //

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1    hereby demand their right to trial by jury of all claims in this Action triable by jury.

2

3    Dated: February 8, 2023                    MANATT, PHELPS & PHILLIPS, LLP

4

5                                              By: /s/ Nathaniel L. Bach
                                                   Christopher Chatham
6                                                  Nathaniel L. Bach
                                                   Sarah E. Moses
7                                                  Andrea D. Gonzalez

8                                              *Attorneys for Defendants*
                                               MEGAN ROUP and THE SCULPT
9                                              SOCIETY, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Manatt, Phelps &
Phillips, LLP
Attorneys at Law
Los Angeles

                                    17                    CASE NO. 2:22-CV-04735-RSWL-E
        DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

'O'

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11

12   TRACY ANDERSON MIND AND          CV 22-4735-RSWL-Ex
     BODY, LLC, et al.,
13                                    **ORDER re: MOTION TO**
                Plaintiffs,           **DISMISS AND MOTION TO**
14                                    **STRIKE** [15]
          v.
15
16   MEGAN ROUP, et al.,
17              Defendants.
18

19        Plaintiffs Tracy Anderson Mind and Body, LLC

20   ("Plaintiff TAMB") and Studio New York LLC ("Plaintiff

21   TANY") (collectively, "Plaintiffs") brought the instant

22   Action against Defendants Megan Roup ("Defendant Roup")

23   and The Sculpt Society ("Defendant TSS") (collectively,

24   "Defendants") alleging copyright infringement, violation

25   of the Lanham Act, breach of contract, and violation of

26   unfair competition law.  Currently before the Court is

27   Defendants' Motion to Dismiss [15].

28

                              1

227

1    Having reviewed all papers submitted pertaining to
2  this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:**
3  the Court **GRANTS** Defendants' Motion to Dismiss
4  Plaintiffs' Lanham Act and UCL claims **with leave to**
5  **amend** and **DENIES** Defendant's Motion to Dismiss
6  Plaintiffs' copyright and breach of contract claims.
7                  **I.    BACKGROUND**
8  **A.   Factual Background**
9  Plaintiffs allege the following in their Complaint:
10    Tracy Anderson ("Anderson") developed the Tracy
11 Anderson Method ("TA Method")—routines combining
12 choreography, fitness, and cardiovascular movement—after
13 decades of research, development, testing, and
14 investment.  First Am. Compl. ("FAC") ¶ 1, ECF No. 12.
15 Anderson is the founder and CEO of Plaintiff TAMB, which
16 offers choreography-based fitness and mat movement
17 classes.  Id. ¶ 2.  In turn, Plaintiff TAMB is the owner
18 of registered copyrights to various media, including
19 DVDs created by and featuring Anderson, that express,
20 relate to, or are based on, the TA Method.  Id.
21    In 2011, Plaintiff TANY, a subsidiary under
22 Plaintiff TAMB, which is also owned by Anderson,
23 employed Defendant Roup as a trainer.  Id. ¶ 3.
24 Defendant Roup was required to sign a Trainer Agreement
25 upon employment.  Id.  The Trainer Agreement prohibits
26 trainers from using or disclosing the company's
27 confidential information, which includes "nonpublic
28 business and operation information, training materials

2

1   and manuals, and transcribed methods . . . including

2   those comprising the TA Method's proprietary

3   choreography movements." Id.

4        During Defendant Roup's six-year employment with

5   Plaintiff TANY, Defendant Roup learned and had access to

6   significant confidential information, including

7   "(i) training materials, choreography transcriptions,

8   and custom write-ups related to the performance and

9   teaching of the TA Method, and (ii) business

10  information, customer lists, and operating procedures."

11  Id. ¶ 4.

12       Later, in or around February 2017, Defendant Roup

13  terminated her employment with Plaintiff TANY and

14  founded Defendant TSS the next month. Id. ¶ 5.

15  Defendant TSS also offers "choreography-based fitness

16  and mat movement classes that directly compete with

17  Plaintiffs[' classes]." Id. In creating and operating

18  Defendant TSS, Defendant Roup neither references her

19  association with Plaintiffs, nor credits Plaintiffs for

20  training, teaching, or developing Defendant Roup. Id. ¶

21  7. Plaintiffs thus filed the current Action seeking

22  damages and injunctive relief for copyright

23  infringement, breach of contract, violation of the

24  Lanham Act, and unfair competition. Id. ¶ 10.

25  **B.   Procedural Background**

26    Plaintiffs filed their First Amended Complaint [12]

27  on September 13, 2022. Defendants then filed the

28  instant Motion [15] on September 27, 2022. Plaintiffs

3

229

1   opposed [17] the Motion on October 11, 2022, and

2   Defendants replied [18] on October 18, 2022.

**II.   DISCUSSION**

**A.   Legal Standard**

5       1.   Motion to Dismiss

6       Rule 12(b)(6) of the Federal Rules of Civil

7   Procedure allows a party to move for dismissal of one or

8   more claims if the pleading fails to state a claim upon

9   which relief can be granted.  A complaint must "contain

10  sufficient factual matter, accepted as true, to state a

11  claim to relief that is plausible on its face."

12  Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (quotation

13  omitted).  Dismissal is warranted for a "lack of a

14  cognizable legal theory or the absence of sufficient

15  facts alleged under a cognizable legal theory."

16  Balistreri v. Pacifica Police Dep't, 902 F.2d 696, 699

17  (9th Cir. 1988) (citation omitted).

18      In ruling on a 12(b)(6) motion, a court may

19  generally consider only allegations contained in the

20  pleadings, exhibits attached to the complaint, and

21  matters properly subject to judicial notice.  Swartz v.

22  KPMG LLP, 476 F.3d 756, 763 (9th Cir. 2007).  A court

23  must presume all factual allegations of the complaint to

24  be true and draw all reasonable inferences in favor of

25  the non-moving party.  Klarfeld v. United States, 944

26  F.2d 583, 585 (9th Cir. 1991).  The question is not

27  whether the plaintiff will ultimately prevail, but

28  whether the plaintiff is entitled to present evidence to

4

230

1    support its claims.  Jackson v. Birmingham Bd. of Educ.,

2    544 U.S. 167, 184 (2005) (quoting Scheuer v. Rhodes, 416

3    U.S. 232, 236 (1974)).  While a complaint need not

4    contain detailed factual allegations, a plaintiff must

5    provide more than "labels and conclusions" or "a

6    formulaic recitation of the elements of a cause of

7    action."  Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555

8    (2007).  However, "a well-pleaded complaint may proceed

9    even if it strikes a savvy judge that actual proof of

10   those facts is improbable, and 'that a recovery is very

11   remote and unlikely.'"  Id. at 556 (quoting Scheuer v.

12   Rhodes, 416 U.S. 232, 236 (1974)).

13        2.  Motion to Strike

14        California's anti-Strategic Lawsuit Against Public

15   Participation ("anti-SLAPP") statute provides for a

16   special motion to strike state law claims brought

17   "primarily to chill the valid exercise of the

18   constitutional rights of freedom of speech and petition

19   for the redress of grievances."  Cal. Civ. Proc. Code

20   § 425.16(a).  "A court considering a motion to strike

21   under the anti-SLAPP statute must engage in a two-part

22   inquiry."  Vess v. Ciba-Geigy Corp. USA, 317 F.3d 1097,

23   1110 (9th Cir. 2003).  "First, a defendant must make an

24   initial prima facie showing that the plaintiff's suit

25   arises from an act in furtherance of the defendant's

26   rights of petition or free speech."  Id. (internal

27   quotation marks and citation omitted).  "Second, once

28   the defendant has made a prima facie showing, the burden

231

1   shifts to the plaintiff to demonstrate the probability

2   of prevailing on the challenged claims." Id. (internal

3   quotation marks and citation omitted).

4   **B.   Analysis**

5         1.   Rule 12(b)(6) Motion

6               a.   Copyright Infringement

7         Plaintiffs bring a claim against Defendant for

8   copyright infringement.  FAC ¶¶ 50-56.  "To establish

9   infringement, two elements must be proven: (1) ownership

10  of a valid copyright, and (2) copying of constituent

11  elements of the work that are original." Feist

12  Publ'ns., Inc. v. Rural Tel. Serv. Co., Inc., 499 U.S.

13  340, 361 (1991).  A copyright registration is "prima

14  facie evidence of the validity of the copyright and the

15  facts stated in the certificate."  17 U.S.C. § 410(c).

16  While an "accused infringer can rebut [the] presumption

17  of validity" conferred by a copyright registration,

18  "such a presumption is strong in a motion to dismiss

19  since the court must assume all factual allegations are

20  true." Datastorm Techs., Inc. v. Excalibur Commc'ns,

21  Inc., 888 F. Supp. 112, 115 (N.D. Cal. 1995).  To show

22  copying, a plaintiff can rely on circumstantial evidence

23  that the defendant had access to the copyrighted work

24  and that there is substantial similarity between

25  defendant's work and copyrighted work. Swirsky v.

26  Carey, 376 F.3d 841, 844 (9th Cir. 2004).

27        Here, Plaintiffs adequately pled a prima facie case

28  of copyright infringement.  First, Plaintiffs provided a

6

232

list of copyright registrations for nineteen "Motion Picture[s]" for which Plaintiff TAMB is the sole copyright claimant.  FAC, Attachment A, ECF No. 12-1. Next, Plaintiffs alleged that Defendants have published videos that "infringe on [Plaintiff TAMB's] copyrights by copying the choreography movements, sequences, and routines depicted in the [copyrighted works]; organizational structure and format of the [copyrighted works]; and aesthetic elements depicted in the [copyrighted works]."  FAC ¶ 47.  Moreover, Plaintiffs contend that Defendants had access to the copyrighted works through Defendant Roup's employment with Plaintiffs and specify that at least three of Defendant' videos are substantially similar to Plaintiff's copyrighted works.[1]  Id. ¶¶ 3-4, 48-49.  Therefore,

---

[1] Under certain circumstances, a court ruling on a motion to dismiss may independently assess whether works are not substantially similar.  See Christianson v. West Pub. Co., 149 F.2d 202, 203 (9th Cir. 1945) ("There is ample authority for holding that when the copyrighted work and the alleged infringement are both before the court, capable of examination and comparison, non-infringement can be determined on a motion to dismiss.").  Here, however, the Court cannot properly examine and compare the works to determine non-infringement.  Plaintiffs have provided three examples broadly describing how Defendants' "choreography movement, sequences, and routines are substantially similar" to those depicted in Plaintiffs' copyrighted works.  FAC ¶ 48.  But Plaintiffs did not submit the referenced videos with their FAC.  See generally FAC.  Moreover, Plaintiffs state that "[b]ecause Defendants' videos are published behind a paywall," Plaintiffs are "unable to review and compare every one of Defendants' videos" with their own, and therefore, "the full extent of Defendants' infringement . . . cannot be assessed until Defendants produce the videos to Plaintiffs in discovery."  Id. ¶ 49.  Consequently, the Court is unable to determine non-infringement at this stage of litigation.

1   Plaintiffs have pled a prima facie case of copyright
2   infringement.  See Wake Up & Ball LLC v. Sony Music Ent.
3   Inc., 119 F. Supp. 3d 944, 952 (D. Ariz. 2015) (finding
4   that plaintiff pled a plausible infringement claim by
5   presenting its copyright registration and alleging that
6   defendants published plaintiff's copyrighted work
7   online).

8       Defendants, however, argue that Plaintiffs have not
9   pled a prima facie case of copyright infringement
10  because "functional exercise movements are not
11  copyrightable."  Defs.' Mot. to Dismiss ("Mot.") 7:12-
12  14., ECF No. 15.  Plaintiffs counter that (1) whether a
13  copyrighted work qualifies for copyright protection is a
14  factual inquiry not appropriate for determination on a
15  motion to dismiss, and (2) regardless, Plaintiffs'
16  choreographic work is copyrightable.  Plfs.' Opp'n
17  ("Opp'n") 5:21-21, 8:6-8.  The Court agrees that an
18  inquiry into the copyrightability of Plaintiffs' works
19  is not appropriate at this stage of litigation.

20      As explained, when assessing a motion to dismiss,
21  the Court "must assume all factual allegations [in the
22  Complaint] are true."  Datastorm Techs., Inc., 888 F.
23  Supp. at 115.  Accordingly, motion to dismiss arguments
24  that copyrighted works do not qualify for copyright
25  protection based on a "detailed factual analysis" of the
26  works are "inappropriate . . . as the Court must accept
27  all material factual allegations as true."  Thomson v.
28  HMC Grp., No. CV1303273DMGVBKX, 2014 WL 12589312 at *3

8

234

(222 of 284), Page 222 of 284 Case: 24-6936, 02/24/2025, DktEntry: 12.3, Page 222 of 284
Case 2:22-cv-04735-PSG-E    Document 20    Filed 12/12/22    Page 9 of 27    Page ID
#:194

1   (C.D. Cal. Feb. 18, 2014) (holding that motion to
2   dismiss arguments regarding copyrightability are
3   premature and such arguments should instead be asserted
4   at summary judgment); see also P & P Imports, LLC v.
5   Festival Trading, Inc., No. CV171541DOCJCGX, 2018 WL
6   5099723 at *6 (C.D. Cal. May 15, 2018) (declining to
7   assess copyrightability of a copyrighted work on a
8   motion to dismiss); E. W. Sounds, Inc. v. Phoenix,
9   No. CV 12-6143 CAS AJWX, 2012 WL 4003047 at *3
10  (C.D. Cal. Sept. 10, 2012) (same).

11      In Thomson, the defendant asserted that the
12  copyrighted works did not qualify for copyright
13  protection because they were "functional" designs that
14  amounted to "[mere] ideas and concepts." Thomson,
15  2014 WL 12589312 at *3. There, the court held that
16  determining whether the copyrighted works fell into the
17  specified categories would require "a detailed factual
18  analysis" inappropriate for a motion to dismiss. Id.
19  Similarly, here, Defendants contend that Plaintiffs'
20  copyrighted works are not copyrightable because they are
21  "functional exercise movements" that are ultimately
22  "unprotectable 'ideas' or 'processes.'" Mot. 7:12-24.
23  As in Thomson, determining the protectability of
24  Plaintiffs' copyrighted works would require the Court to
25  conduct a detailed factual analysis unfit for ruling on
26  a motion to dismiss. Thus, Defendants' argument fails,
27  and Plaintiffs have met their burden of pleading
28  copyright infringement. See Ashcroft, 556 U.S. 662

235

1    at 678 (holding that a complaint must contain enough

2    factual sufficiency to be plausible on its face to

3    survive a motion to dismiss for failure to plead a

4    claim); see also Lee v. City of Los Angeles, 250 F.3d

5    668, 688 (9th Cir. 2001) ("[F]actual challenges to a

6    plaintiff's complaint have no bearing on the legal

7    sufficiency of the allegations under Rule 12(b)(6).").

8    Accordingly, the Court **DENIES** Defendants' Motion to

9    Dismiss Plaintiffs' copyright infringement claim.

10           b.   Violation of the Lanham Act – False

11                Advertising

12        To succeed on a Lanham Act claim for false

13    advertising, a plaintiff must establish: (1) a false

14    statement of fact by the defendant in a commercial

15    advertisement about its own or another's product;

16    (2) the statement actually deceived or has the tendency

17    to deceive a substantial segment of its audience;

18    (3) the deception is material, in that it is likely to

19    influence the purchasing decision; (4) the defendant

20    caused its false statement to enter interstate commerce;

21    and (5) the plaintiff has been or is likely to be

22    injured as a result of the false statement, either by

23    direct diversion of sales from itself to defendant or by

24    a lessening of the goodwill associated with its

25    products.  See 15 U.S.C. § 1125.

26        Importantly, district courts in the Ninth Circuit

27    apply a heightened pleading standard for false

28    advertising claims.  See, e.g., EcoDisc Tech. AG v. DVD

10

236

1    _Format/Logo Licensing Corp._, 711 F. Supp. 2d 1074, 1085

2    (C.D. Cal. 2010) ("Although the Ninth Circuit has not

3    concluded that Rule 9(b) applies to Lanham Act claims,

4    many district courts have applied this heightened

5    pleading standard to claims that are grounded in fraud,

6    such as misrepresentation claims."). "To satisfy

7    Rule 9(b), Plaintiff must state the time, place, and

8    specific content of the false representations as well as

9    the identities of the parties to the misrepresentation."

10   _EcoDisc Tech._, 711 F. Supp. 2d at 1085 (citing _Schreiber_

11   _Distrib. Co. v. Serv-Well Furniture Co._, 806 F.2d 1393,

12   1401 (9th Cir. 1986)). Plaintiffs must also set forth

13   what is false and misleading about the statement and why

14   it is false. _Id._ (citing _Vess v. Ciba-Geigy Corp. USA_,

15   317 F.3d 1097, 1106 (9th Cir.2003)).

16       Plaintiffs alleged all elements of a Lanham Act

17   violation with sufficient particularity, specifically

18   listing the following "false and/or misleading"

19   statements from Defendant Roup's biography on

20   Defendants' website: "I knew that there was something

21   missing from the boutique fitness community, so I

22   combined my passion for dance and love for fitness to

23   create The Sculpt Society. I spent years teaching

24   fitness and developing The Sculpt Society method before

25   launching in 2017." FAC ¶ 58. Plaintiffs assert that

26   these statements "misrepresent the nature,

27   characteristics, and qualities of Defendants' services"

28   because they "imply" that (1) Defendant Roup developed

11

the "TSS Method" over a period of multiple years, when
she did not; (2) the "TSS Method" was created through
years of science-based research, development, data
collection, analysis, and trial and error, when it was
not; and (3) the "TSS Method" is significantly different
from Plaintiffs' "TA Method," when it is not. Id. ¶ 58,
59.

Defendants counter that these statements are
"facially non-actionable" because, amongst other
reasons, (1) they are "classic examples of non-
actionable opinions or puffery which are both
nonmaterial and unlikely to induce consumer reliance,"
and (2) they are non-material because a reasonable
consumer would not rely on the statements when making
purchasing decisions. Mot. 12:22-17:25.

The Court's analysis therefore centers on whether
Plaintiff has plausibly alleged a false statement of
fact.

i. False Statement of Fact

"To demonstrate falsity within the meaning of the
Lanham Act, a plaintiff may show that the statement was
literally false, either on its face or by necessary
implication, or that the statement was literally true
but likely to mislead or confuse consumers." Southland
Sod Farms v. Stover Seed Co., 108 F.3d 1134, 1139
(9th Cir. 1997). The allegedly false statement must be
examined in the full context of the advertising or
promotional materials in which the statement was made.

12

238

1    Id.

2        Importantly, an advertising statement may be non-

3    actionable if it constitutes "puffery," which is defined

4    as "exaggerated advertising, blustering, and boasting

5    upon which no reasonable buyer would rely." Id. at

6    1145. Puffery includes "statement[s] of fact

7    [in]capable of being proved false," statements that are

8    not "specific and measurable," or statements that

9    otherwise cannot be "reasonably interpreted as a

10    statement of objective fact." Coastal Abstract Serv.,

11    Inc. v. First Am. Title Ins. Co., 173 F.3d 725, 731 (9th

12    Cir. 1999); see also Glen Holly Ent., Inc. v. Tektronix

13    Inc., 343 F.3d 1000, 1015 (9th Cir. 2003) (establishing

14    that "generalized, vague, or unspecific assertions"

15    constitute unactionable puffery); Cook, Perkiss & Liehe,

16    Inc. v. N. Cal. Collection Serv., Inc., 911 F.2d 242,

17    246 (9th Cir. 1990) ("[Puffery] has been described by

18    most courts as involving outrageous generalized

19    statements, not making specific claims, that are so

20    exaggerated as to preclude reliance by consumers.").

21        A statement is also considered puffery if the claim

22    is extremely unlikely to induce consumer reliance.

23    Newcal Indus., Inc. v. Ikon Off. Sol., 513 F.3d 1038,

24    1054 (9th Cir. 2008). Ultimately, the difference

25    between a statement of fact and mere puffery rests in

26    the specificity or generality of the claim. Cook,

27    Perkiss & Liehe, Inc., 911 F.2d at 246. "The common

28    theme that seems to run through cases considering

13

239

```
 1   puffery in a variety of contexts is that consumer
 2   reliance will be induced by specific rather than general
 3   assertions." Id.  Thus, a statement that is
 4   quantifiable, that makes a claim as to the "specific or
 5   absolute characteristics of a product," may be an
 6   actionable statement of fact while a general, subjective
 7   claim about a product is non-actionable puffery.  Id.
 8       Courts may determine at the motion to dismiss stage
 9   whether an alleged misrepresentation is a statement of
10   fact or mere puffery as a matter of law.  Newcal Indus.,
11   Inc., 513 F.3d at 1053.  Since Plaintiffs assert that
12   Defendants' statements are "false and/or misleading,"
13   the Court assesses whether the claims are literally
14   false or true but misleading.  FAC ¶ 58.
15                    A.    Literally False
16       To be literally false, a statement must "expressly
17   or impliedly assert a fact that is susceptible to being
18   proved false," and must be able to reasonably be
19   "interpreted as stating actual facts."  Weller v.
20   American Broad. Cos., 283 Cal. Rptr. 644, 650 (1991).
21   Claims that a defendant invented a product to fill a gap
22   in the market, and the resulting implications regarding
23   the innovativeness of a defendant's product, constitute
24   puffery rather than an assertion of fact.  See
25   Soilworks, LLC v. Midwest Indus. Supply, Inc., 575 F.
26   Supp. 2d 1118, 1133 (D. Ariz. 2008) (holding that claims
27   that a company was the "innovator" of a product and that
28   the product was the result of "revolutionary state-of-
```

14

1 the-art innovation" constituted puffery because those
2 claims are general, vague, and unmeasurable.); Williams
3 & Lake LLC v. Genesis Systems LLC, No. CV-17-00117-TUC-
4 CKJ, 2017 WL 6418937 at *6-8 (D. Ariz. Sept. 13, 2017)
5 (establishing that "inventorship is not a cause of
6 action" for false advertising under the Lanham Act, and
7 that claims attacking defendant's statements about
8 inventorship do not challenge the nature of the
9 defendant's product even if the statements create a
10 perception that the plaintiff's product is inferior).
11     Here, Defendant Roup's statements constitute non-
12 actionable puffery.  First, her statement that "[she]
13 knew something was missing from the boutique fitness
14 community, so [she] combined [her] passion for dance and
15 love for fitness to create The Sculpt Society" conveys a
16 general, vague, and unmeasurable assertion regarding
17 inventorship and the innovativeness of Defendants'
18 products.  See Soilworks, LLC, 575 F. Supp. 2d at 1133;
19 Williams & Lake LLC, 2017 WL 6418937 at *6-8.  Next,
20 Defendant Roup's statement that she "spent years
21 teaching fitness and developing The Sculpt Society
22 method before launching in 2017" is another general and
23 vague assertion of inventorship.  While Plaintiffs
24 appear to primarily take issue with Defendant Roup's
25 statement about her development of The Sculpt Society
26 method, it is worth noting that Plaintiffs offer
27 evidence proving the truth of Defendant Roup's claim
28 that she "spent years teaching fitness."  FAC ¶¶ 58-59;

15

241

1   Id. ¶ 3 ("[Plaintiff] TANY employed [Defendant] Roup as
2   a trainer from 2011 to 2017."). Moreover, it is
3   unlikely a reasonable consumer would rely on these
4   statements as an objective, measurable statement of
5   fact. See R & A Synergy LLC v. Spanx, Inc., No. 2:17-
6   CV-09147-SVW-AS, 2019 WL 4390564 at * 11 (C.D. Cal.
7   May 1, 2019) (holding that a CEO's representations that
8   she invented a product and that it filled a "white
9   space" in the market were puffery that would not induce
10  consumer reliance).

                    B.    True But Misleading
12      If an advertising claim is not literally false, a
13  plaintiff may still satisfy the first element of a
14  Lanham Act false advertising claim by establishing that
15  the representations of fact in advertising statements
16  were literally true but otherwise misled, confused, or
17  deceived the public. Southland Sod, 108 F.3d at 1140.
18  A plaintiff generally relies on consumer surveys to
19  assess whether consumers were misled.  Id.

20      Plaintiffs argue that Defendant Roup's statements
21  may mislead the public to wrongly believe that
22  (1) Defendant Roup developed the "TSS Method" over a
23  period of multiple years, when she did not; (2) the "TSS
24  Method" was created through years of science-based
25  research, development, data collection, analysis, and
26  trial and error, when it was not; and (3) the "TSS
27  Method" is significantly different from Plaintiffs' "TA
28  Method," when it is not.  FAC ¶ 58, 59.  As explained

                            16

                            242

1   above, Defendant Roup's statements are non-actionable
2   puffery, meaning that reasonable consumers are unlikely
3   to rely on these statements to make purchasing decisions
4   regardless of whether the statements may be misleading.
5   Thus, Defendant Roup's statements cannot be considered
6   true but misleading as a matter of law.

7       Therefore, Plaintiffs have not adequately pled that
8   Defendants have made a false statement of fact and the
9   Court **GRANTS** Defendants' Motion to Dismiss Plaintiff's
10  Lanham Act claim.

11      Since the Court resolves Defendants' Motion to
12  Dismiss Plaintiff's Lanham Act claim on these grounds,
13  it need not address the remaining false advertising
14  factors or parties' arguments.

15          c.   Breach of Contract
16      Plaintiff TANY alleges that Defendant Roup breached
17  her employment contract with Plaintiff TANY.  FAC ¶ 65.
18  To plead a cause of action for breach of contract, a
19  plaintiff must show (1) the existence of a contract;
20  (2) plaintiff's performance or excuse for
21  nonperformance; (3) defendant's breach; and (4) that
22  plaintiff sustained damages resulting from the breach.
23  See Zamora v. Solar, No. 2:16-CV-01260-ODW-KS, 2016 WL
24  3512439, at *3 (C.D. Cal. June 27, 2016) (citing CDF
25  Firefighters v. Maldonado, 70 Cal. Rptr. 3d 667, 680
26  (2008)).

27      Plaintiff TANY has sufficiently alleged a breach of
28  contract claim.  Plaintiff TANY states that it entered

17

243

1   into and performed its obligations under a "Trainer

2   Agreement" with Defendant Roup.  FAC ¶¶ 3, 29, 65-66.

3   The Trainer Agreement prohibited trainers, including

4   Defendant Roup, from "using or disclosing company

5   'Confidential Information,' which includes its nonpublic

6   business and operational information, training materials

7   and manuals, and the transcribed methods taught to

8   trainers, including those comprising the TA Method's

9   proprietary choreography movements, sequences, and

10  routines" during and after their employment with

11  Plaintiff TANY.  Id. ¶ 3, 29.

12      Next, Plaintiff TANY contends Defendant Roup

13  breached the Trainer Agreement by "using and disclosing

14  to [third parties] the Confidential Information after

15  the termination of her employment [with Plaintiff]

16  TANY."  Id. ¶ 68.  Specifically, Plaintiff TANY asserts

17  that Defendant Roup (1) used the Confidential

18  Information "with developing the TSS Method and with

19  planning, recording, and publishing videos on the TSS

20  app and website"; (2) used the Confidential Information

21  "related to customers, operations, program structure,

22  customer intake methods, and employees"; and

23  (3) "disclosed the Confidential Information to third

24  parties, including employees, affiliates, and/or

25  customers of TSS."  Id.  Finally, Plaintiff TANY

26  contends that as a result of Defendant Roup's alleged

27  breach, Plaintiff TANY "has suffered, and will continue

28  to suffer, substantial monetary damages in an amount to

244

1  be determined at trial." Id. ¶ 69.  Thus, Plaintiff

2  TANY has alleged a plausible breach of contract claim.

3  The Court therefore **DENIES** Defendants' Motion to Dismiss

4  Plaintiffs' breach of contract claim.

5      d.  Violations of California Unfair Competition

6          Law

7      Plaintiffs argue that Defendants violated

8  California's Unfair Competition Law ("UCL" or "section

9  17200") because they engaged in unfair and/or fraudulent

10  business acts and practices including: (1) taking,

11  using, and continuing to use Plaintiffs' confidential

12  information to form and operate TSS, which competes with

13  Plaintiffs, and (2) making false and/or misleading

14  descriptions or representations of fact by setting forth

15  the statements addressed in Plaintiffs' false

16  advertisement claim.  FAC ¶ 71.

17      California's UCL prohibits "any unlawful, unfair or

18  fraudulent business act or practice and unfair,

19  deceptive, untrue or misleading advertising." Cal. Bus.

20  & Prof. Code § 17200.  Each UCL prong—unlawful, unfair,

21  and fraudulent—provides a separate and distinct theory

22  of liability.  Lozano v. AT&T Wireless Servs., Inc.,

23  504 F.3d 718, 731 (9th Cir. 2007).

24      Since Plaintiffs alleged Defendants participated in

25  "unfair and/or fraudulent business acts," they are

26  required to plead their claims under the unfair and

27  fraud prongs of the UCL.  See Lozano, 504 F.3d at 731.

28  ///

1    ///

2                 i.  "Unfair" Prong

3        The "unfair" prong of the UCL prohibits a business

4    practice that "violates established public policy

5    or . . . is immoral, unethical, oppressive or

6    unscrupulous and causes injury to consumers which

7    outweighs its benefits."  McKell v. Wash. Mut., Inc.,

8    49 Cal. Rptr. 3d 227, 240 (2006).  The California

9    Supreme Court has held that "[w]hen a plaintiff who

10   claims to have suffered injury from a direct

11   competitor's 'unfair' act or practice invokes

12   section 17200, the word 'unfair' in that section means

13   conduct that threatens an incipient violation of an

14   antitrust law, or violates the policy or spirit of one

15   of those laws because its effects are comparable to or

16   the same as a violation of the law, or otherwise

17   significantly threatens or harms competition."  Cel-Tech

18   Commc'ns, Inc. v. Los Angeles Cellular Tel. Co., 20 Cal.

19   4th 163, 187 (1999).

20       Although Plaintiffs allege that Defendants are

21   competitors, Plaintiffs do not argue that Defendants'

22   alleged misconduct threatens an incipient violation of

23   an antitrust law or has effects comparable to a

24   violation of an antitrust law.  See generally FAC.

25   Accordingly, Plaintiffs have not sufficiently alleged a

26   plausible claim for relief under the UCL's unfair prong.

27                 ii. "Fraud" Prong

28       "To state a claim under the 'fraud' prong of

                              20

246

1   [section] 17200, a plaintiff must allege facts showing

2   that members of the public are likely to be deceived by

3   the alleged fraudulent business practice." Antman v.

4   Uber Techs., Inc., No. 3:15-cv-1175-LB, 2015 WL 6123054,

5   at *6 (N.D. Cal. Oct. 19, 2015). "Claims under the

6   fraud prong of the UCL are subject to the particularity

7   requirements of Federal Rule of Civil Procedure 9(b)."

8   In re Anthem, Inc. Data Breach Litig., No. 15-MD-2617-

9   LHK, 2016 WL 3029783, at *34 (N.D. Cal. May 27, 2016);

10  see also Kearns v. Ford Motor Co., 567 F.3d 1120, 1122,

11  1126-27 (9th Cir. 2009) ("[If] the [UCL] claim is said

12  to be 'grounded in fraud' . . . the pleading of that

13  claim as a whole must satisfy the particularity

14  requirement of Rule 9(b)."). A plaintiff, therefore,

15  must plead the time, place, and contents of the false

16  representations, as well as the identity of the person

17  making the misrepresentation and what that person

18  obtained thereby. See Fed. R. Civ. P. 9(b).

19       To have standing under the UCL's fraud prong, a

20  claim must plead "actual reliance by the [party] seeking

21  relief under [the statute]." Morgan v. AT&T Wireless

22  Servs., Inc., 177 Cal. App. 4th 1235, 1235 (2009). No

23  California state court has addressed whether "competitor

24  plaintiffs must plead their own reliance or whether

25  pleading consumer reliance is sufficient for fraudulent

26  business practice claims brought by competitors."

27  23andMe, Inc. v. Ancestry.com DNA, LLC, 356 F. Supp. 3d

28  889, 911 (N.D. Cal. 2018). As a result, there is a

1    split of authority in the California district courts

2    with a majority view that a plaintiff must allege its

3    own reliance and not the reliance of third parties.

4    Id.; see also ConsumerDirect, Inc. v. Pentius, LLC, No.

5    821CV01968JVSADSX, 2022 WL 16949657 at *8 (C.D. Cal.

6    Aug. 25, 2022) (adopting the majority approach that a

7    plaintiff must allege its own reliance).  But see

8    Jerome's Furniture Warehouse v. Ashley Furniture Indus.,

9    Inc., No. 20CV1765-GPC(BGS), 2021 WL 1541649 at *7-8

10   (S.D. Cal. Apr. 20, 2021) (adopting the minority

11   approach based on some courts' perception that the

12   "broad, sweeping language" of the UCL indicates

13   California legislative intent that the substantive reach

14   of UCL claims be "expansive") (internal quotations and

15   citations omitted).

16       Plaintiffs fail to plead with specificity that they

17   actually relied upon Defendant Roup's alleged

18   misrepresentations.  Therefore, Plaintiffs fail to state

19   a UCL claim under the fraud prong.

20       Since Plaintiffs have not sufficiently alleged a

21   UCL claim under either relevant prong, the Court **GRANTS**

22   Defendants' Motion to Dismiss Plaintiffs' UCL claim.

23            e.  Leave to Amend

24   "Where a motion to dismiss is granted, a district

25   court must decide whether to grant leave to amend."

26   Winebarger v. Pennsylvania Higher Educ. Assistance

27   Agency, 411 F. Supp. 3d 1070, 1082 (C.D. Cal. 2019).

28   "The court should give leave [to amend] freely when

22

248

1  justice so requires." Fed. R. Civ. P. 15(a)(2). In the

2  Ninth Circuit, "Rule 15's policy of favoring amendments

3  to pleadings should be applied with 'extreme

4  liberality.'" United States v. Webb, 655 F.2d 977, 979

5  (9th Cir. 1981). Against this extremely liberal

6  standard, the Court may consider "the presence of any of

7  four factors: bad faith, undue delay, prejudice to the

8  opposing party, and/or futility." Owens v. Kaiser

9  Found. Health Plan, Inc., 244 F.3d 708, 712 (9th Cir.

10 2001).

11     Here, leave to amend Plaintiffs' claims should be

12 granted because Plaintiffs can cure their Complaint by

13 pleading additional facts that support their claims.

14 There is no evidence of bad faith or undue delay by

15 Plaintiff, or potential prejudice to Defendant by

16 allowing amendment. The Court therefore **GRANTS**

17 Defendants' Motion to Dismiss Plaintiff's Lanham Act and

18 UCL claims **with leave to amend.**

19     2.  Motion to Strike

20     Defendants move to strike the portion of

21 Plaintiffs' UCL claim asserting that Defendants engaged

22 in unfair and/or fraudulent business acts and practices

23 by making false or misleading statements in advertising.

24 See Mot. 23:1-24:21; White v. Lieberman, 103 Cal. App.

25 4th 210, 220 (2002) (holding that the trial court erred

26 as a matter of law when it denied the defendant's anti-

27 SLAPP motion to strike as moot because it granted the

28 defendant's demurrer on the same claim); Thornbrough v.

1   West Placer Unified Sch. Dist., 2010 WL 2179917, at *11

2   (E.D. Cal. May 27, 2010) ("Since a defendant who

3   prevails on an anti-SLAPP motion is entitled to recover

4   mandatory attorney's fees, the dismissal of Plaintiff's

5   claims against [defendant] does not moot [defendant's]

6   anti-SLAPP motion.").

7        As described, a court considering whether claims

8   are barred by the "anti-SLAPP statute must engage in a

9   two-part inquiry." Vess v. Ciba-Geigy Corp. USA,

10  317 F.3d 1097, 1110 (9th Cir. 2003). "First, a

11  defendant must make an initial prima facie showing that

12  the plaintiff's suit arises from an act in furtherance

13  of the defendant's right of petition or free speech."

14  Id. (internal quotation marks omitted). Under the anti-

15  SLAPP statute, free speech includes "'any written or

16  oral statement or writing made in a place open to the

17  public or a public forum in connection with an issue of

18  public interest,' and 'any other conduct in furtherance

19  of the exercise of the constitutional right of petition

20  or the constitutional right of free speech in connection

21  with a public issue or an issue of public interest.'"

22  Id.

23       Generally, if a defendant makes an initial prima

24  facie showing, "the burden shifts to the plaintiff to

25  demonstrate a probability of prevailing on the

26  challenged claims." Id. But "when an anti-SLAPP motion

27  to strike challenges only the legal sufficiency of a

28  claim," as here, a court considers instead "whether a

24

1    claim is properly stated." Planned Parenthood Fed'n of

2    Am., Inc. v. Ctr. for Med. Progress, 890 F.3d 828, 834

3    (9th Cir.), amended, 897 F.3d 1224 (9th Cir. 2018); see

4    also Day v. California Lutheran Univ., No.

5    821CV01286JLSDFM, 2022 WL 17037433 at *12 (C.D. Cal.

6    Aug. 30, 2022) (assessing whether defendants made a

7    prima facie showing that the activities at issue in

8    their anti-SLAPP motion were protected conduct).

9        As to the first part of the anti-SLAPP inquiry, the

10   Court finds that the Defendants have sufficiently made a

11   prima facie showing that the activities at issue are

12   protected conduct. Defendants pled that the challenged

13   written statements are publicly available on a website,

14   and that they regard an issue of public interest because

15   of Defendant Roup's public persona. Mot. 23:1-24:21.

16       The California appellate courts have developed

17   multiple tests to determine whether a defendant's

18   activity is in connection with a public issue. Hilton

19   v. Hallmark Cards, 599 F.3d 894 906 (9th Cir. 2010).

20   Relevant here is the Rivero test, where the Court of

21   Appeal for the First District of California surveyed the

22   appellate cases and established three categories of

23   public issues: (1) statements "concern[ing] a person or

24   entity in the public eye"; (2) "conduct that could

25   directly affect a large number of people beyond the

26   direct participants"; (3) "or a topic of widespread,

27   public interest." Rivero v. American Federation of

28   State, County, & Municipal Employees, 130 Cal. Rptr. 2d

81, 89-90 (2003).

Here, Defendants have adequately pled that
Defendant Roup is person or entity in the public eye by
stating that she is a "celebrity fitness trainer and
influencer" with a substantial number of customers and a
significant social media following.  Mot. 23:21-24:5.
Further, Defendants contend that Defendant Roup's
statements are biographical, and therefore Defendants
have shown that the statements concern a person or
entity in the public eye.  Id. 24:6-10.

As to the second part of the analysis, Defendants
argue that "Plaintiffs cannot carry their burden to show
a likelihood of prevailing on the portion of their UCL
claim" based on Defendant Roup's biographical
statements.  Id. 24:12-16.  And the Court has already
established that Plaintiffs have not pled a plausible
UCL claim.  But "granting a defendant's anti-SLAPP
motion to strike a plaintiff's [] complaint without
granting the plaintiff leave to amend would directly
collide with Fed. R. Civ. P. 15(a)'s policy favoring
liberal amendment."  Verizon Delaware, Inc. v. Covad
Commc'ns Co., 377 F.3d 1081, 1091 (9th Cir. 2004); see
also Day, 2022 WL 17037433 at *12 (granting plaintiffs'
leave to amend their first amended complaint despite
defendants' anti-SLAPP motion).

The purpose of the anti-SLAPP statute would still
be served if Plaintiffs eliminate meritless claims or
plead them adequately.  See id.  If, after amendment,

26

252

1  the Complaint still contains legally insufficient

2  claims, Defendants continue to have anti-SLAPP remedies

3  available to them.  See Day, 2022 WL 17037433 at *12

4  (declining to rule on defendants' anti-SLAPP motion

5  since the court dismissed plaintiffs' claims with leave

6  to amend and defendants could reassert the motion once

7  plaintiffs filed an amended complaint).  Accordingly,

8  the Court will defer its final ruling on Defendants'

9  anti-SLAPP request until after Plaintiffs have amended

10  their complaint in light of this Order.

### III.    CONCLUSION

12      Based on the foregoing, the Court **GRANTS**

13  Defendants' Motion to Dismiss Plaintiffs' Lanham Act and

14  UCL claims **with leave to amend** and **DENIES** Defendant's

15  Motion to Dismiss Plaintiffs' copyright and breach of

16  contract claims.

**IT IS SO ORDERED.**

20  DATED: December 12, 2022       /S/ RONALD S.W. LEW

21                                 **HONORABLE RONALD S.W. LEW**
                                   Senior U.S. District Judge

27

**DLA PIPER LLP**
TAMANY VINSON BENTZ (SBN 258600)
*tamany.bentz@dlapiper.com*
JASON T. LUEDDEKE (SBN 279242)
*jason.lueddeke@dlapiper.com*
MICHAEL P. BROWN (SBN 328579)
*michael.p.brown@dlapiper.com*
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067
Tel: 310.595.3000
Fax: 310.595.3300

Attorneys for Plaintiffs
TRACY ANDERSON MIND AND BODY, LLC and
T.A. STUDIO NEW YORK LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company; and T.A. STUDIO NEW YORK LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a California limited liability company, <br><br> Defendants. | Case No. 2:22-cv-04735-RSWL-E <br><br> **FIRST AMENDED COMPLAINT** <br><br> 1. **Federal Copyright Infringement, 17 U.S.C. §§ 106, 501** <br> 2. **Violation of Lanham Act, 15 U.S.C. § 1125(a)** <br> 3. **Breach of Contract** <br> 4. **Violation of Unfair Competition Law, Cal. Bus. & Prof. Code § 17200,** *et seq.* <br><br> **DEMAND FOR JURY TRIAL** |

**FIRST AMENDED COMPLAINT**

Plaintiffs Tracy Anderson Mind and Body, LLC ("TAMB") and T.A. Studio New York LLC ("TANY," and collectively, "Plaintiffs"), by and through their undersigned attorneys, bring this suit against Defendants Megan Roup ("Roup") and The Sculpt Society, LLC ("TSS") (collectively, "Defendants").  Plaintiffs allege:

**INTRODUCTION**

1.    Tracy Anderson ("Anderson"), a pioneer of the choreography-based fitness movement, developed The Tracy Anderson Method ("TA Method") after decades of research, development, testing, and investment.  The TA Method is a revolutionary choreography protocol made up of custom and specific movements, sequences, and routines that uniquely combines choreography, fitness, and cardiovascular movement to help people create balance in their bodies so they can create balance in their lives.  Anderson's inventive and rigorous approach to, and brand of, choreography has cemented her as an international icon and authority in the industry for more than 20 years, revered by A-list celebrities, the media, and wellness enthusiasts alike.

2.    Anderson founded and is CEO of TAMB, which offers choreography-based fitness and mat movement classes at state-of-the-art studios around the world and in online classes, as well as lifestyle products related to wellness, nutrition, and apparel, among others.  TAMB is the owner of registered copyrights to various media, including DVDs created by and featuring Anderson, that express, relate to, or are based on the TA Method.  Anderson also owns TANY, a company under the TAMB umbrella that was founded to operate certain of her New York studios.

3.    TANY employed Roup as a trainer from 2011 until 2017.  Because it is necessary for Plaintiffs to disclose nonpublic information related to their business and the TA Method to trainers so that they can instruct the TA Method to clients, all trainers, including Roup, sign a Trainer Agreement.  The Trainer Agreement prohibits trainers, including Roup, from using or disclosing company "Confidential

-1-
FIRST AMENDED COMPLAINT

1  Information," which includes its nonpublic business and operational information,
2  training materials and manuals, and the transcribed methods taught to trainers,
3  including those comprising the TA Method's proprietary choreography movements,
4  sequences, and routines.  This obligation expressly survives a trainer's termination
5  of employment.  The Trainer Agreement Roup signed is dated February 28, 2011.

6      4.    During her six-plus year tenure at TANY, Roup learned, was exposed
7  to, and had access to significant Confidential Information, such as (i) training
8  materials, choreography transcriptions, and custom write-ups related to the
9  performance and teaching of the TA Method, including its specialized programs,
10 like those for pre- and postnatal customers, and those on apparatuses such as chairs
11 or stools; and (ii) business information, customer lists, and operating procedures,
12 such as specialized customer intake methods.  In short, Roup had access to all
13 material necessary to replicate the TA Method and related business, and she wasted
14 no time in doing so.

15     5.    Roup quit TANY in or around February 2017.  Just one month later in
16 March 2017, she founded TSS, which also offers choreography-based fitness and
17 mat movement classes and directly competes with Plaintiffs.  TSS began with Roup
18 teaching in-person classes, but as of late 2019, became primarily an online- and app-
19 based membership service, where paying customers access videos of Roup and TSS
20 employees performing routines that they can perform at home.  Just as Anderson
21 emphasizes her dance background as the foundation of her program, Defendants
22 also emphasize Roup's dance background as the foundation of their program, and
23 even brand it similarly to Anderson's.  For instance, Anderson branded her program
24 "The Tracy Anderson Method" or the "TA Method," and Defendants branded their
25 program as "The Sculpt Society Method" or "TSS Method."

26     6.    Since late 2019 through the present, Defendants have published over
27 400 videos on the TSS app and website behind a paywall, including as recently as
28 Spring 2022, which remain accessible to paying customers as of the date of this

-2-

FIRST AMENDED COMPLAINT

filing.  On information and belief, Plaintiffs allege that a significant number of the videos infringe TAMB's copyrights in Anderson's DVDs, and a significant number of the videos were created using Confidential Information Roup learned, accessed, or was exposed to while employed at TANY in breach of the Trainer Agreement. On information and belief, Plaintiffs allege that Defendants have also used, and still use, Confidential Information related to Plaintiffs' business to found and facilitate the continued operation and growth of their own business, and that Roup has disclosed Confidential Information to third-parties, including employees, affiliates, and/or customers of TSS in further breach of the Trainer Agreement.

7.     Defendants have since achieved a considerable social media presence and customer base.  But despite Roup's six-plus year employment at TANY, part of Anderson's companies that revolutionized choreography-based fitness, Defendants have never credited Anderson or Plaintiffs for training, teaching, or developing Roup, or for creating the choreography movements, sequences, and routines that now comprise the TSS Method.  Defendants do not reference Roup's association with Plaintiffs or Anderson on the TSS website, TSS promotional materials, interviews, or appearances.  In fact, Defendants purposefully conceal it from the public.  For instance, in recent interviews, Roup stated only that she "worked for a local studio" and "taught for six and a half years" in New York before founding TSS.  Her LinkedIn similarly omits her employment at TANY despite listing other employments during the years she worked at TANY.

8.     Defendants have capitalized on the years of research, money, and sweat equity Anderson and Plaintiffs put into developing the TA Method and the business surrounding it to the detriment of Plaintiffs.  Defendants' false and/or misleading public statements and advertising create the false impression that (i) Roup developed the TSS Method over a period of multiple years, when she did not; (ii) the TSS Method was created through years of science-based research, development, data collection and analysis, and trial and error, when it was not; and (iii) the TSS

Method is significantly different from the TA Method, when it is not.

9.     Defendants' conduct, and representations in advertising and promotion, have created a likelihood of consumer confusion as to the nature, characteristics, and qualities of the TSS Method, which is further compounded by Defendants' naming convention that looks like and imitates Plaintiffs' naming convention.  For example, reviews of the TSS app alone are replete with instances of consumer confusion and misattribution that Defendants have caused, including statements such as, "[Roup] is brilliant – don't know how she does it – her reps and routines are genius," "[Roup's] movements are unique and better than I could have ever thought of," and "I am a fellow instructor and her movements/choreography blow me away.  How does she come up with such fun and creative workouts?"

10.     Defendants' misconduct constitutes federal copyright infringement under 17 U.S.C. §§ 106 and 501; violation of the Lanham Act, 15 U.S.C. § 1125(a); breach of contract; and violation of Cal. Bus. & Prof. Code § 17200.  Defendants have caused significant harm to Plaintiffs, which seek, among other remedies, damages and injunctive relief to enjoin Defendants' false and/or misleading descriptions or representations of fact in commerce, use of Plaintiffs' Confidential Information, and infringement of TAMB's copyrights.

## **JURISDICTION AND VENUE**

11.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331.  The Court has supplemental jurisdiction over the remaining state law claims under 28 U.S.C. § 1367(a) because those claims are so related to Plaintiffs' federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

12.     This Court has personal jurisdiction over Roup because she is a resident of Los Angeles, California.  This Court has personal jurisdiction over TSS because it conducts business in Los Angeles, California.

13.     Venue is proper in this District under 28 U.S.C. § 1391(b)(1) because

-4-

FIRST AMENDED COMPLAINT

1  Roup resides in this District and TSS conducts business in this District.  Venue is

2  also proper in this District under 28 U.S.C. § 1391(b)(2) because acts, liabilities, and

3  events giving rise to this action occurred within this District.

## THE PARTIES

4

5  14.    Plaintiff TAMB is a Delaware limited liability company with its

6  principal place of business in the County of New York, New York.

7  15.    Plaintiff TANY is a California limited liability company with its

8  principal place of business in the County of New York, New York.

9  16.    Defendant Roup is an individual residing in the County of Los Angeles,

10  California.

11  17.    Defendant TSS is a California limited liability company with its

12  principal place of business in the County of Los Angeles, California.

## FACTUAL BACKGROUND

13

14  **Anderson Creates the TA Method After Years of Research and Development**

15  18.    Trained as a dancer, Anderson began developing the TA Method in the

16  late 1990s to achieve for herself the elusive "dancer's body," which emphasizes a

17  long and lean frame.

18  19.    After years of research, testing, and refinement, Anderson created the

19  TA Method, a choreography protocol made up of custom and specific movements,

20  sequences, and routines that uniquely combines choreography, fitness, and

21  cardiovascular movement to help people create balance in their bodies so they can

22  improve their lives by further connecting to their primal right to move through

23  specifically tailored choreography that took a significant amount of study to

24  develop.  Rooted in research, dance and the elements of choreography, the TA

25  Method is designed to not only be effective and fun, but also aesthetically engaging

26  and appealing, and capable of being conducted as a performance art.  The

27  movements are inventive, nuanced, and complex; are arranged in a designated and

28  continuous choreographed sequence like ballet or contemporary dance; are

-5-

FIRST AMENDED COMPLAINT

1   deliberately paced; and are set to music, which Anderson purposefully selects to fit a

2   given choreography.  In short, each of Anderson's routines constitutes a related

3   series of movements organized into an integrated, coherent, and expressive whole.

4        20.    After developing the TA Method for herself, Anderson sought to apply

5   it to others, regardless of genetic background or body type.  To do so, in 2003, she

6   conducted a study in which she spent five years working with 150 women, all with

7   different genetic backgrounds and body types, using the TA Method.  Anderson

8   took measurements of the women every ten days, which amounted to over 27,000

9   measurements over the course of the study and customized the choreographed

10  movements and sequences to each woman based on her progress.  Anderson tracked

11  and studied the results, and following the study, adapted the TA Method so that it

12  was effective in conferring physical and mental benefits to anybody and creating

13  balance where imbalance existed in their bodies.

14       21.    Thereafter, in 2003, Anderson released her first DVD called *The Tracy*

15  *Anderson Method Dance Cardio Workout*, in which Anderson performed the TA

16  Method for customers to follow along with at home.  Following the success of the

17  DVD, Anderson opened her first studio in Los Angeles in 2005, where she offered

18  in-person classes.

19       22.    In or about 2008, Anderson founded TANY to operate certain studios

20  in New York and employ trainers in those studios.  In or about 2010, Anderson

21  founded a related entity, TAMB, to operate the entirety of Anderson's business.

22  Anderson is CEO of TAMB, which has since become the umbrella company under

23  which others, like TANY, operate.

24       23.    Over the past 15-plus years since then, the TA Method has become one

25  of the premier choreography-based fitness programs in the world.  Today, TAMB

26  offers members choreography-based fitness and mat movement classes at state-of-

27  the-art studios around the world as well as online classes.  TAMB has also expanded

28  into developing lifestyle products related to wellness, nutrition, and apparel, among

-6-

FIRST AMENDED COMPLAINT

260

1    others.  Due to the popularity of the TA Method and TAMB's expansion into
2    various wellness spheres, Anderson has amassed a substantial social media
3    following as an influencer and entrepreneur.  Thus, the TA Method has become
4    synonymous with Anderson.

5         24.    Anderson's content output is significant as well.  In addition to *The*
6    *Tracy Anderson Method Dance Cardio Workout* DVD, Anderson has released
7    DVDs titled *The Metamorphosis*, *The Pregnancy Project*, *The Post Pregnancy 2*,
8    *The Perfect Design*, *Unleash Your Inner Popstar*, and *Total Teen*.  Anderson has
9    authored two books, *Tracy Anderson's 30-Day Method* and *Total Teen*.  She also
10   regularly records and releases new videos for subscribing TAMB members to
11   stream online.

12        25.    Anderson has invested significant funds and countless hours into
13   developing, refining, and inventing choreography movements, sequences, and
14   routines, and continues to do so.  In total, Anderson has created over 200,000
15   movements as part of the TA Method, and spends at least 30 hours each week
16   refining the movements and sequencing them, and developing new ones.

17        26.    While it is possible for an individual to watch one of Anderson's online
18   videos or attend one of her classes and replicate certain of the movements, or even
19   sequences, in isolation, doing so is insufficient to achieve the benefits intended by
20   Anderson because without knowing the proprietary reasoning and methodology
21   behind the movements and how and why to sequence them in a certain way, the full
22   benefit of the TA Method cannot be realized.

23        **Roup Learns Confidential Information as an Employee of TANY**

24        27.    Due to the expansion and popularity of the TA Method, Plaintiffs
25   employ trainers who are taught the TA Method so they can themselves instruct the
26   TA Method to customers.  TANY employed Roup as a trainer from 2011 until her
27   departure in 2017.

28        28.    As set forth above, Anderson worked relentlessly for years to develop

-7-
FIRST AMENDED COMPLAINT

the TA Method and materials that express or relate to it.  Because it is necessary for Plaintiffs to disclose nonpublic information related to the companies and the TA Method to trainers so that they can instruct the TA Method to customers, Plaintiffs condition their employment of all trainers, including Roup, on their agreement not to use or disclose such information.

29.     Therefore, upon being hired, Roup entered into the Trainer Agreement with TANY on February 28, 2011 (it was revised in a non-substantive way on June 11, 2011).  The Trainer Agreement prohibits Roup from using or disclosing the company's "Confidential Information":

> During your employment and following any termination thereof, . . . you shall not use or disclose any confidential or proprietary . . . training materials or methods (including, but not limited to, workouts, movements, exercise routines, exercise formulas, nutrition advice, content, sequences, prescriptions, dances, muscular structure work and equipment), . . . operating policies or manuals, business plans, financial records, or other financial, commercial, business or technical information . . . that relate to the Company or any of its affiliates . . . (collectively, "Confidential Information") to any third Person . . . .

The obligation not to use or disclose the Confidential Information explicitly survives the termination of a trainer's employment.

30.     As part of their training, and by virtue of being employees of TANY, all trainers, including Roup, learn, are exposed to, and have access to the Confidential Information.  During her six-plus year tenure at TANY, Roup:

(i) received nonpublic training materials and manuals, choreography transcriptions, and custom write-ups related to the performance and teaching of the TA Method;

(ii) had access to outlines of movement sequences and instructions related to performing each of the TA Method programs in circulation during that period, including specialized programs, like those for pre- and postnatal customers, and those on apparatuses such as chairs or stools;

(iii) learned how to structure, organize, and compile Anderson's

-8-
FIRST AMENDED COMPLAINT

choreographed routines—including Anderson's unique warmup routine, how and when to use light weights, the number of repetitions for specific movements, and how to progress from one sequence to the next—and why Anderson's choreographed routines were structured, organized, and compiled the way they were;

(iv) was informed of Anderson's research and findings, and the reasoning behind her sequencing decisions; and

(v) learned Plaintiffs' business practices and protocols, such as Anderson's one-on-one customer consultation and intake methodology, and the process by which those customers are evaluated for imbalances.

31.    For instance, Roup received or had access to TANY's nonpublic transcriptions of choreography routines.  The transcriptions lay out, from start to finish, entire choreography routines, including detailed descriptions of how to position the body, how to perform them, and the order and sequence in which to perform them (i.e., "Face NW side, W elbow down, resting on knees with shins and feet up. [E]xtend NW leg to high straight back parallel arabesque, return to starting position, lift W leg to side fire hydrant and return to start.").  The purpose of the transcriptions is not only to document choreography routines, but to teach trainers and save time by serving as reference materials.  TANY invested time, labor, and money into developing and drafting each transcription, each of which has independent value to the company.

32.    On information and belief, Plaintiffs allege that Roup, while still employed by TANY, began using the Confidential Information, and access thereto, to plan or create the choreography routines, business plan and structure, and promotional materials that would form the foundation of and help launch TSS. TSS' website currently states, "[R]oup *spent years* teaching fitness and *developing The Sculpt Society method* before launching in 2017" (emphasis added).  Roup was employed by TANY for the six-plus years immediately preceding TSS' launch in

2017.  Moreover, Roup took photographs with Plaintiffs' celebrity clientele with TANY's upscale facilities in the background before quitting TANY and then later used those photographs on the TSS website to give her fledgling company an air of legitimacy and establishment at Plaintiffs' expense.

33.    In or about early 2017, Roup informed TANY that she was terminating her employment.  On or about February 2, 2017, TANY provided Roup with a termination letter, which stated in relevant part:

> *Preservation of Confidential Information for the benefit of the Company.*  You have agreed not to use or disclose any Confidential Information of the Company.  This includes (a) the Tracy Anderson methods, including the exercise routines, formulas, sequences, and movements and CRM Methods, (b) nutritional recipes, components and materials, and (c) customer lists and private information concerning customers provided to the Company.
> . . .

> The Company's willingness to train and employ you on the terms of your employment, and the willingness to share its Confidential Information with you during the tenure of your employment, was expressly conditioned upon your agreement to the terms of your Trainer Agreement.

**Roup Launches the TSS Method, Which Improperly Uses**

**Confidential Information**

34.    In or about March 2017—just one month after resigning from TANY— Roup founded Defendant TSS.  TSS, like Plaintiffs, offers a choreography-based fitness and mat movement program.  TSS began with Roup teaching in-person classes before launching its app in or around late 2019.  With the launch of the app, TSS began publishing videos on its app, which also were and are available on its website.  TSS is a competitor of Plaintiffs.

35.    Today, TSS offers an online- and app-based subscription program in which paying customers have access to videos of Roup and other TSS employees performing choreography routines that can be performed at home.  TSS describes itself as "the #1 Sculpt and Dance Cardio workout designed to empower women through movement" and "an athletic approach to dance-based fitness."

-10-

FIRST AMENDED COMPLAINT

36.    Like Anderson, Roup attributes her approach to her background and training in dance.  And, like Anderson named her program "The Tracy Anderson Method" or "TA Method," Roup named her program "The Sculpt Society Method" or "TSS Method."  Roup even structured the TSS Method like the TA Method.  For instance, certain of the TSS Method programs are structured on 28-day or 30-day calendars, like Anderson's 30-Day Method.  The TSS Method also offers pre- and postnatal programs, and programs that focus on certain body parts, such as the hips or glutes, just like the TA Method does.

37.    Since around late 2019 through the present, including as recently as Spring 2022, Defendants have regularly and repeatedly published videos behind a paywall on the TSS app and website.  TSS boasts that a subscription grants a customer access to over 400 of its videos.  On information and belief, Plaintiffs allege that Defendants used Confidential Information Roup learned, accessed, or was exposed to while employed at TANY to create a substantial number of TSS' 400 videos in breach of the Trainer Agreement.  The videos remain accessible to paying members on TSS' app and website as of the date of this filing.  Examples of such videos include:

- "24Min Full Body 12 w/ Chair/Stool," published in or around Spring 2021;
- "20Min Standing Legs + Butt 13 w/ Chair or Stool," published in or around early 2020;
- "10Min Quickie Dancing Arms 02, published in or around early 2020;
- "5Min Dancing Arms 07 w/ Arielle Charnas," published in or around early 2020.

38.    On information and belief, Plaintiffs allege that Defendants have also used Confidential Information for their own benefit related to business operations, customers, program structure, customer intake methods, and employees at various times, including as recently as Spring 2022.  On information and belief, Plaintiffs allege that Defendants have disclosed Confidential Information to third parties,

-11-
FIRST AMENDED COMPLAINT

1  including employees, affiliates, and/or customers of TSS at various times, including
2  as recently as Spring 2022.

3      39.    Defendants' use of the Confidential Information has benefitted
4  Defendants by, among other things, saving them time, resources, money, and effort
5  in planning, teaching, and testing or recording choreography movements, sequences,
6  and routines, and in forming and operating TSS.  By using the Confidential
7  Information, Defendants were able to hit the ground running upon Roup's departure
8  from TANY.  Defendants' ongoing use of the Confidential Information facilitates
9  the continued operation, growth, and success of their business.

10     40.    Roup took the Confidential Information, founded TSS with it, based
11 TSS on it, and based the TSS Method on it.  In doing so, Defendants have
12 capitalized on years of Anderson's research, development, and investment to enrich
13 themselves at the expense and to the detriment of Plaintiffs.  As a result of
14 Defendants' misconduct, they have achieved a substantial number of customers
15 (including celebrities), a significant social media following (i.e., 300,000 followers
16 of @meganroup and 150,000 followers of @thesculptsociety on Instagram), and
17 press coverage.  Defendants' misconduct has also diverted customers, business, and
18 employees from Plaintiffs to Defendants.

19 **Defendants Mislead Consumers Regarding the Development of the TSS Method**

20     41.    Despite Roup's six-plus year employment at TANY, part of
21 Anderson's companies that revolutionized choreography-based fitness, Defendants
22 have never credited Anderson or TANY for training, teaching, or developing Roup,
23 or for creating the choreography movements, sequences, and routines that now
24 comprise the TSS Method.  In fact, Defendants do not reference Roup's training
25 from or association with TANY or Anderson on the TSS website, TSS promotional
26 materials, interviews, or appearances.

27     42.    To the contrary, Defendants purposefully conceal Roup's training from
28 and association with TANY from the public so that Roup can claim that (i) she

-12-

FIRST AMENDED COMPLAINT

developed the TSS Method over a period of multiple years; (ii) the TSS Method was created through years of science-based research, development, data collection and analysis, and trial and error; and (iii) the TSS Method is significantly different from the TA Method.

43.    For instance, under the "About Megan" section of the TSS website, it states that "I knew that there was something missing from the boutique fitness community, so I combined my passion for dance and love for fitness to create The Sculpt Society.  I spent years teaching fitness and developing The Sculpt Society method before launching in 2017."  On Roup's LinkedIn page, Roup omits her employment at TANY despite listing other employments during the period she worked there.  Notably, the period between 2014 and 2017—when she worked at TANY—is empty.  During an interview on a December 9, 2021 podcast called *ILYSM*, when asked about how she started TSS, Roup stated only that she "taught for six and a half years and then launched [TSS] in New York in 2017."  During an interview on a March 29, 2022 podcast called *Lipstick on the Rim*, Roup stated only that she "worked for a local studio" in New York City for six years before founding TSS.

44.    Users' reviews of the TSS app on the Google Play and Apple App Store platforms demonstrate consumer confusion and misattribution that Defendants' conduct has caused:

- "I am a fellow instructor and her movements/choreography blow me away. How does she come up with such fun and creative workouts?"
- "I really love the workouts that Megan has created"
- "Love the workouts so much, Megan makes the sequences so fun and creative"
- "Megan's movements are unique and better than I could have ever thought of"
- "Her workouts never get old, and your body never gets bored of them

-13-
FIRST AMENDED COMPLAINT

267

because she constantly switches it up every time adding in new movements"

- "Megan is brilliant – don't know how she does it – her reps and routines are genius"

- "What you get is a completely thought out, well planned, and perfectly executed workout Every. Single. Time."

**Defendants Infringe TAMB's Copyrights**

45.    TAMB is the owner of registered copyrights in various media, each of which expresses, relates to, or is based on the TA Method.  Specifically, TAMB owns copyright registrations in multiple DVDs (collectively referred to as the "TA Works").  These copyright registrations are included in **Attachment A**.

46.    The TA Works depict Anderson performing a compilation of choreographed movements and sequences she designed and curated.  Her performances are done in a studio and set to music she specifically selected.

47.    Since around late 2019 through the present, including as recently as Spring 2022, Defendants have regularly, repeatedly, and intentionally published videos on the TSS app and website behind a paywall that infringe TAMB's copyrights in the TA Works as listed in Attachment A.  Defendants' videos infringe TAMB's copyrights by copying the choreography movements, sequences, and routines depicted in the TA Works; organizational structure and format of the TA Works; and aesthetic elements depicted in the TA Works.

48.    Examples of Defendants' copyright infringements of the TA Works include:

- Defendants' videos titled "30Min Sculpt 07,"[1] "30Min Sculpt 08,"[2]

---

[1] Published behind a paywall online at https://app.thesculptsociety.com/30min-sculpt-2/videos/30min-sculpt-07 and on the TSS app.

[2] Published behind a paywall online at https://app.thesculptsociety.com/30min-sculpt-2/videos/30min-sculpt-08 and on the TSS app.

-14-

FIRST AMENDED COMPLAINT

"30Min Sculpt 09,"[3] and "30Min Sculpt w/ Matt 22,"[4] in which Roup and or TSS employees perform choreography movements, sequences, and routines that are substantially similar to those depicted in the Day 21-30 portion of the DVD titled "Metamorphosis: Glutecentric" (Registration No. PA0001938799).

•    Defendants' video titled "30Min Full Body 16 (no cardio) w/ Katy,"[5] in which Katy Schuele (a former employee of TAMB) performs choreography movements, sequences, and routines that are substantially similar to those depicted in the Day 1-10 portion of the DVD titled "Metamorphosis: Hipcentric" (Registration No. PA 1-929-100).

•    Defendants' video titled "30Min Sculpt (no cardio) w/ Katy,"[6] in which Schuele performs choreography movements, sequences, and routines that are substantially similar to those depicted in the Day 1-10 portion of the DVD titled "Metamorphosis: Hipcentric" (Registration No. PA 1-929-100).

49.    Because Defendants' videos are published behind a paywall on the TSS app and website, they cannot be downloaded onto a computer. As a result, Plaintiffs are unable to review and compare every one of Defendants' videos to the TA Works. Therefore, the full extent of Defendants' infringement and improper use of Confidential Information cannot be assessed until Defendants produce the videos to Plaintiffs in discovery. At the pleading stage, Plaintiffs have conducted as extensive of an analysis as they can, given the accessibility restrictions created by Defendants. On information and belief, Plaintiffs allege that Defendants have published hundreds of additional videos that include Roup or TSS employees performing choreography movements, sequences, and routines that are substantially similar to

---

[3] Published behind a paywall online at https://app.thesculptsociety.com/30min-sculpt-2/videos/new-30min-sculpt-09 and on the TSS app.
[4] Published behind a paywall online at https://app.thesculptsociety.com/30min-sculpt-2/videos/matt-new-30min-sculpt and on the TSS app.
[5] Published behind a paywall online at https://app.thesculptsociety.com/30min-full-body/videos/katy-30min-full-body and on the TSS app.
[6] *Id.*

-15-
FIRST AMENDED COMPLAINT

1  those depicted in the TA Works, and therefore constitute copyright infringements.

2  **FIRST CAUSE OF ACTION**

3  **Federal Copyright Infringement, 17 U.S.C. §§ 106, 501**

4  **(By TAMB Against All Defendants)**

5  50.  Plaintiffs incorporate the preceding allegations as though fully set forth
6  herein.

7  51.  Defendants have infringed TAMB's copyrights in the TA Works in
8  violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501,
9  by publishing videos, including those set forth in Paragraph 49 herein, that copy the
10  TA Works as listed in Attachment A.  Specifically, Defendants' videos copy the
11  choreography, movements, sequences, and routines from the TA Works.

12  52.  Defendants' acts of infringement are willful, intentional, continuous,
13  and purposeful, in disregard of and with indifference to TAMB's rights.

14  53.  As a direct and proximate result of said infringement by Defendants,
15  TAMB is entitled to damages in an amount to be proven at trial.

16  54.  TAMB is also entitled to Defendants' profits attributable to the
17  infringement, pursuant to 17 U.S.C. § 505 and otherwise according to law.

18  55.  TAMB is entitled to injunctive relief and redress for Defendants'
19  willful, intentional, continuous, and purposeful use and exploitation of the TA
20  Works for their own financial benefit with full knowledge that such use constituted
21  infringement of, and was in disregard of, TAMB's rights.  Defendants' conduct is
22  causing and, unless immediately enjoined, will continue to cause enormous and
23  irreparable harm to TAMB.

24  56.  As a direct and proximate result of the foregoing acts and conduct,
25  TAMB has sustained and will continue to sustain substantial, immediate, and
26  irreparable injury, for which there is no adequate remedy at law.  On information
27  and belief, TAMB alleges that unless enjoined and restrained by this Court,
28  Defendants will continue to infringe TAMB's rights in the TA Works.  TAMB is

-16-

270

1   entitled to permanent injunctive relief to restrain and enjoin Defendants' continuing

2   infringing conduct.

3   ### SECOND CAUSE OF ACTION

4   **Violation of Lanham Act, 15 U.S.C. § 1125(a)**

5   **(By Plaintiffs Against All Defendants)**

6   57.   Plaintiffs incorporate the preceding allegations as though fully set forth

7   herein.

8   58.   Defendants willfully and intentionally made, and continue to willfully

9   and intentionally make, false and/or misleading descriptions or representations of

10  fact in commercial advertising or promotion that misrepresent the nature,

11  characteristics, and qualities of Defendants' services, including but not limited to,

12  the following statements on TSS' website:  "I knew that there was something

13  missing from the boutique fitness community, so I combined my passion for dance

14  and love for fitness to create The Sculpt Society.  I spent years teaching fitness and

15  developing The Sculpt Society method before launching in 2017."

16  59.   Defendants' statements misrepresent the nature, characteristics, and

17  qualities of Defendants' services because they imply that (i) Roup developed the

18  TSS Method over a period of multiple years, when she did not; (ii) the TSS Method

19  was created through years of science-based research, development, data collection

20  and analysis, and trial and error, when it was not; and (iii) the TSS Method is

21  significantly different from the TA Method, when it is not.

22  60.   Defendants caused their statements to enter interstate commerce by,

23  among other things, publishing them on at least the TSS website or in promotional

24  interviews, which constitute commercial advertisement or promotion.

25  61.   Defendants' statements are material because they are likely to influence

26  the purchasing decision of a choreography-based fitness consumer who is deciding

27  between competing services.  Choreography-based fitness consumers have opted to

28  purchase TSS' services over Plaintiffs', and are likely to continue to do so, based on

-17-

FIRST AMENDED COMPLAINT

1  |  TSS' false and/or misleading descriptions or representations of fact related to the
2  |  development of the TSS Method.

3  |      62.    Plaintiffs have been directly and proximately injured as a result of
4  |  Defendants' statements by a diversion of sales and customers from Plaintiffs to
5  |  Defendants and/or by a lessening of the goodwill associated with Plaintiffs and their
6  |  services.

7  |      63.    Plaintiffs are therefore entitled to (i) treble damages sustained by
8  |  Plaintiffs, including those resulting from lost profits from sales and customers
9  |  diverted to TSS, in an amount to be determined at trial, pursuant to 15 U.S.C. §
10 |  1117(a); (ii) injunctive relief enjoining Defendants from continuing to advertise,
11 |  promote, or publish false and/or misleading descriptions or representations of fact
12 |  related to the development of the TSS Method; and (iii) reasonable attorneys' fees
13 |  pursuant to 15 U.S.C. § 1117(a).

14 |  **THIRD CAUSE OF ACTION**
15 |  **Breach Of Contract**
16 |  **(By TANY Against Roup)**

17 |      64.    Plaintiffs incorporate the preceding allegations as though fully set forth
18 |  herein.

19 |      65.    TANY and Roup entered into the Trainer Agreement, which is a valid
20 |  contract.

21 |      66.    TANY performed all or substantially all of its obligations under the
22 |  Trainer Agreement.

23 |      67.    Under the Trainer Agreement, Roup was under a continuing and
24 |  recurring obligation to not use or disclose to third-parties the Confidential
25 |  Information (as defined therein) during and after the termination of her employment
26 |  at TANY.

27 |      68.    Roup breached, and continues to breach, the Trainer Agreement by
28 |  using and disclosing to third-parties the Confidential Information after the

-18-

FIRST AMENDED COMPLAINT

1  termination of her employment at TANY.  On information and belief, Plaintiffs
2  allege that Roup used the Confidential Information in connection with developing
3  the TSS Method and with planning, recording, and publishing videos on the TSS
4  app and website on various dates during 2019 through the present, including as
5  recently as Spring 2022.  The videos remain accessible to paying members on TSS'
6  app and website behind a paywall as of the date of this filing.  On information and
7  belief, Plaintiffs allege that Roup has also used Confidential Information related to
8  customers, operations, program structure, customer intake methods, and employees
9  at various times, including as recently as Spring 2022.  On information and belief,
10 Plaintiffs allege that Roup has also disclosed the Confidential Information to third
11 parties, including employees, affiliates, and/or customers of TSS at various times,
12 including as recently as Spring 2022.

13    69.    As a direct and proximate result of Roup's breach of the Trainer
14 Agreement, TANY has suffered, and will continue to suffer, substantial monetary
15 damages in an amount to be determined at trial.

16                        **FOURTH CAUSE OF ACTION**
17             **Violations of California Unfair Competition Law,**
18                 **Cal. Bus. & Prof. Code § 17200 *et seq.***
19                  **(By Plaintiffs Against All Defendants)**

20    70.    Plaintiffs incorporate the preceding allegations as though fully set forth
21 herein.

22    71.    Defendants have engaged in unfair and/or fraudulent business acts and
23 practices which constitute unfair competition within the meaning of Section 17200
24 of the California Business and Professions Code, and which have harmed Plaintiffs
25 and the public.  Defendants' unfair and fraudulent business acts or practices include,
26 but are not limited to: (a) taking and using the Confidential Information to form and
27 operate TSS, a business which competes with Plaintiffs; (b) continuing to use the
28 Confidential Information to create their videos, which compete with Plaintiffs'

-19-
FIRST AMENDED COMPLAINT

1  services and which are available to customers who pay for memberships to TSS; and

2  (c) making false and/or misleading descriptions or representations of fact in

3  advertisements and promotions that misrepresent the nature, characteristics, and

4  qualities of Defendants' services because they imply that (i) Roup developed the

5  TSS Method over a period of multiple years, when she did not; (ii) the TSS Method

6  was created through years of science-based research, development, data collection

7  and analysis, and trial and error, when it was not; and (iii) the TSS Method is

8  significantly different from the TA Method, when it is not.

9       72.   As a direct and proximate result of Defendants' unfair and fraudulent

10  business acts and practices, Plaintiffs have suffered injury to their business,

11  including irreparable harm to their goodwill and reputation. Defendants' unfair and

12  fraudulent business acts and practices have also caused Plaintiffs damages,

13  including but not limited to, loss of sales and customers. Plaintiffs have no adequate

14  remedy at law and will suffer further injury and damage unless Defendants'

15  wrongful conduct is enjoined.

16       73.   Plaintiffs therefore seek (i) an injunction pursuant to California

17  Business & Professions Code § 17203 prohibiting Defendants from engaging in the

18  unfair and fraudulent business acts and practices set forth herein; and (ii) restitution

19  pursuant to California Business & Professions Code § 17203 as a result of

20  Defendants' unfair and fraudulent business acts and practices.

21                    **PRAYER FOR RELIEF**

22       WHEREFORE, Plaintiffs pray for judgment and relief against Defendants as

23  follows:

24       1.   For judgment in favor of Plaintiffs and against Defendants on all causes

25  of action in the Complaint;

26       2.   For an Order permanently enjoining Defendants from advertising,

27  promoting, or publishing false and/or misleading descriptions or representations of

28  fact related to the development of the TSS Method;

-20-

FIRST AMENDED COMPLAINT

1     3.    For an Order permanently enjoining Defendants from using or

2 disclosing to third-parties the Confidential Information;

3     4.    For an Order permanently enjoining Defendants from engaging in

4 future acts of infringement of TAMB's copyrights;

5     5.    For an Order awarding Plaintiffs damages, multiplied by three, in an

6 amount to be proven at trial, but at least in excess of the jurisdictional minimum;

7     6.    For an Order awarding Plaintiffs restitution, in an amount to be proven

8 at trial, but at least in excess of the jurisdictional minimum;

9     7.    For reasonable attorneys' fees and costs incurred herein; and

10     8.    For any other and further relief that the Court may deem just and

11 proper.

12 **JURY DEMAND**

13     Plaintiffs demand a trial by jury.

14

15

16 Dated: September 13, 2022      DLA PIPER LLP (US)

17

18

19                   By: */s/ Tamany Vinson Bentz*

20                        TAMANY VINSON BENTZ

21                        JASON T. LUEDDEKE
                       MICHAEL P. BROWN

22                        Attorneys for Plaintiffs

23                        TRACY ANDERSON MIND & BODY, LLC and T.A. STUDIO NEW YORK LLC

24

25

26

27

28

-21-

FIRST AMENDED COMPLAINT

# ATTACHMENT A

## Attachment A
### List of Tracy Anderson Mind and Body, LLC's Copyright Registrations

| Registration No. | Effective Date | First Publication | Copyright Claimant | Title of Work | Type of Work |
|---|---|---|---|---|---|
| PA 1-929-090 | 10/31/2014 | 04/01/2008 | Tracy Anderson Mind and Body, LLC | The Tracy Anderson Method Presents Dance Cardio Workout DVD | Motion Picture (DVD) |
| PA 1-929-015 | 10/31/2014 | 04/01/2008 | Tracy Anderson Mind and Body, LLC | The Tracy Anderson Method Presents Mat Workout DVD | Motion Picture (DVD) |
| PA 1-929-092 | 10/31/2014 | 04/01/2008 | Tracy Anderson Mind and Body, LLC | The Tracy Anderson Method Presents Post-Pregnancy Workout DVD | Motion Picture (DVD) |
| PA 1-929-096 | 10/31/2014 | 04/01/2010 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Dance Cardio II | Motion Picture (DVD) |
| PA0001930682 | 10/31/2014 | 10/01/2010 | Tracy Anderson Mind and Body, LLC | Tracy Anderson: The Perfect Design Series | Motion Picture (DVD) |
| PA 1-929-100 | 10/31/2014 | 01/03/2011 | Tracy Anderson Mind and Body, LLC | Metamorphosis by Tracy – Hipcentric | Motion Picture (DVD) |
| PA0001930680 | 10/31/2014 | 01/03/2011 | Tracy Anderson Mind and Body, LLC | Metamorphosis by Tracy – Abcentric | Motion Picture (DVD) |
| PA0001930683 | 10/31/2014 | 01/03/2011 | Tracy Anderson Mind and Body, LLC | Metamorphosis by Tracy – Omnicentric | Motion Picture (DVD) |
| PA0001938799 | 10/31/2014 | 01/03/2011 | Tracy Anderson Mind and Body, LLC | Metamorphosis by Tracy – Glutecentric | Motion Picture (DVD) |
| PA 1-929-094 | 10/31/2014 | 02/01/2012 | Tracy Anderson Mind and Body, LLC | Tracy Anderson's Total Body Mini-Trampoline Workout | Motion Picture (DVD) |
| PA0001938802 | 10/31/2014 | 02/01/2013 | Tracy Anderson Mind and Body, LLC | Tracy Anderson: The Pregnancy Project | Motion Picture (DVD) |

WEST\300005193.1

## Attachment A
## List of Tracy Anderson Mind and Body, LLC's Copyright Registrations

| Registration No. | Effective Date | First Publication | Copyright Claimant | Title of Work | Type of Work |
|---|---|---|---|---|---|
| PA0001930681 | 10/31/2014 | 04/01/2013 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Teen Meta | Motion Picture (DVD) |
| PA 1-929-098 | 10/31/2014 | 05/01/2013 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Post-Pregnancy 2 Workout Series | Motion Picture (DVD) |
| PA 1-929-013 | 10/31/2014 | 08/06/2013 | Tracy Anderson Mind and Body, LLC | Tracy Anderson The Method for Beginners | Motion Picture (DVD) |
| PA 1-929-097 | 10/31/2014 | 09/03/2013 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Precision Toning | Motion Picture (DVD) |
| PA 1-929-093 | 10/31/2014 | 12/01/2013 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Dance + Cardio | Motion Picture (DVD) |
| PA 1-929-095 | 10/31/2014 | 05/01/2014 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Unleash Your Inner Popstar | Motion Picture (DVD) |
| PA 1-929-011 | 10/31/2014 | 10/01/2014 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Cardio Dance Workout | Motion Picture (DVD) |
| PA 1-929-012 | 10/31/2014 | 10/01/2014 | Tracy Anderson Mind and Body, LLC | Tracy Anderson Mat Workout for Beginners | Motion Picture (DVD) |

2

WEST\300005193.1

1    **DLA PIPER LLP (US)**
GINA DURHAM (SBN 295910)
2    *gina.durham@us.dlapiper.com*
555 Mission Street
3    Suite 2400
San Francisco, California 94105-2933
4    Tel:   415.836.2500
Fax:   415.836.2501
5
KRISTINA FERNANDEZ MABRIE (SBN 318315)
6    *kristina.fernandezmabrie@us.dlapiper.com*
2000 Avenue of the Stars
7    Suite 400 North Tower
Los Angeles, California 90067-4735
8    Tel:   310.595.3066
Fax:   310.595.3326
9
Attorneys for Plaintiffs
10   TRACY ANDERSON MIND AND BODY, LLC and
T.A. STUDIO NEW YORK LLC
11

12                    UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15   TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited | Case No. 2:22-cv-04735-PSG-E |
| 16   liability company; and T.A. STUDIO NEW YORK LLC, a California limited | Hon. Philip S. Gutierrez |
| 17   liability company, | **PLAINTIFFS' NOTICE OF APPEAL** |
| 18        Plaintiffs, | |
| 19        v. | |
| 20   MEGAN ROUP, an individual; and THE SCULPT SOCIETY, LLC, a | |
| 21   California limited liability company, | |
| 22        Defendants. | |

23

24

25

26

27

28

1614284886.1

279

1    PLEASE TAKE NOTICE that Plaintiff, Tracy Anderson Mind and Body,

2   LLC, appeals to the United States Court of Appeals for the Ninth Circuit from the

3   final judgment entered in this action on October 17, 2024. *See* Dkt. No. 104.

4       A Representation Statement is attached to this Notice of Appeal pursuant to

5   Ninth Circuit Rules 3-2 and 12-2.

6   DATED: November 13,2024          DLA PIPER LLP (US)

7

8                                   By:   */s/ Gina L. Durham*
                                          Gina L. Durham

9

10                                  Gina L. Durham (Bar No. 295910)
                                    Gina.durham@us.dlapiper.com
11                                  DLA Piper LLP (US)
                                    555 Mission Street, Suite 2400
12                                  San Francisco, California 94105-2933
                                    Telephone: 415.836.2500
13                                  Facsimile: 415.836.2501

14

15                                  Kristina Fernandez Mabrie (Bar No. 318315)
                                    Kristina.fernandezmabrie@us.dlapiper.com
16                                  2000 Avenue of the Stars
                                    Suite 400 North Tower
17                                  Los Angeles, California 90067-4735
                                    Telephone: 310.595.3066
18                                  Fax: 310.595.3326

19

20

21

22

23

24

25

26

27

28

1

PLAINITFFS' NOTICE OF APPEAL

1614284886.1

280

## REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12 and Ninth Circuit Rule 3-2, Plaintiff Tracy Anderson Mind and Body, LLC identifies the following parties and their respective counsel.

**Plaintiff Tracy Anderson Mind and Body, LLC**

Gina Durham
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:   415.836.2500
Fax:   415.836.2501
Email: gina.durham@us.dlapiper.com

Kristina Fernandez-Mabrie
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Tel:   310.595.3066
Fax:   310.595.3326
Email: kristina.fernandezmabrie@us.dlapiper.com

**Defendant Megan Roup**

Christopher Chatham
Nathaniel Bach
Sarah Moses
Andrea Gonzalez
Manatt, Phelps & Phillips, LLP
2049 Century Park East
Suite 1700
Los Angeles, Calfironia 90067
Tel: 310.312.4000
Fax: 310.312.4224
Emails: cchatam@manatt.com; nbach@manatt.com; smoses@manatt.com; adgonzales@manatt.com

2

**Defendant The Sculpt Society**

Christopher Chatham
Nathaniel Bach
Sarah Moses
Andrea Gonzalez
Manatt, Phelps & Phillips, LLP
2049 Century Park East
Suite 1700
Los Angeles, Calfironia 90067
Tel: 310.312.4000
Fax: 310.312.4224
Emails: cchatam@manatt.com; nbach@manatt.com;
smoses@manatt.com; adgonzales@manatt.com

Dated: November 13, 2024            DLA PIPER LLP (US)


                                    By: /s/ Gina L. Durham
                                    _____
                                        Gina L. Durham
                                        Kristina Fernandez Mabrie

                                        *Attorneys for Plaintiffs*

3

1614284886.1

ACCO,(Ex),AO121,APPEAL,CLOSED,DISCOVERY,MANADR,PROTORD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:22-cv-04735-PSG-E

Tracy Anderson Mind and Body, LLC et al v. Megan Roup et al
Assigned to: Judge Philip S. Gutierrez
Referred to: Magistrate Judge Charles F. Eick
Case in other court: 9TH CCA, 24-06936
Cause: 17:501 Copyright Infringement

Date Filed: 07/11/2022
Date Terminated: 10/17/2024
Jury Demand: Both
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Tracy Anderson Mind and Body, LLC**
*a Delaware limited liability company*

represented by **Gina Louise Durham**
DLA Piper LLP US
555 Mission Street Suite 2400
San Francisco, CA 94105-2933
415-836-2500
Fax: 415-836-2501
Email: gina.durham@us.dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristina Marie Fernandez Mabrie**
DLA Piper LLP
North Tower
2000 Avenue of the Stars Suite 400
Los Angeles, CA 90067-4704
310-595-3000
Fax: 310-595-3300
Email:
kristina.fernandezmabrie@us.dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan A. Divine**
DLA Piper LLP US
2000 Avenue of the Stars Suite 400
Los Angeles, CA 90067
310-595-3000
Fax: 310-595-3300
Email: megan.divine@us.dlapiper.com
*ATTORNEY TO BE NOTICED*

**Michael Patrick Brown**
Baker and Hostetler LLP
North Tower
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
310-979-8453
Fax: 310-820-8859
Email: mpbrown@bakerlaw.com

283

*TERMINATED: 07/19/2023*

**Tamany Vinson Bentz**
DLA Piper LLP US
North Tower
2000 Avenue of the Stars Suite 400
Los Angeles, CA 90067-4704
310-595-3000
Fax: 310-595-3300
Email: tamany@caiplawyer.com
*TERMINATED: 08/03/2023*

**Jason T Lueddeke**
DLA Piper LLP
North Tower
2000 Avenue of the Stars Suite 400
Los Angeles, CA 90067
310-595-3066
Fax: 310-595-3300
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**T.A. Studio New York, LLC**              represented by   **Gina Louise Durham**
*a California limited liability company*                    (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Kristina Marie Fernandez Mabrie**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jason T Lueddeke**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Megan A. Divine**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael Patrick Brown**
                                                           (See above for address)
                                                           *TERMINATED: 07/19/2023*

                                                           **Tamany Vinson Bentz**
                                                           (See above for address)
                                                           *TERMINATED: 08/03/2023*

V.

**Defendant**

**Megan Roup**                             represented by   **Nathaniel L. Bach**
*an individual*                                            Manatt Phelps and Phillips LLP

2049 Century Park East Suite 1700
Los Angeles, CA 90067
310-312-4000
Fax: 310-312-4224
Email: nbach@manatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea Del-Carmen Gonzalez**
Manatt Phelps and Phillips, LLP
2049 Century Park East Suite 1700
Los Angeles, CA 90067
310-312-4000
Fax: 310-312-4224
Email: adgonzalez@manatt.com
*ATTORNEY TO BE NOTICED*

**Robert Christopher Chatham**
Manatt Phelps and Phillips LLP
2049 Century Park East Suite 1700
Los Angeles, CA 90067
310-312-4000
Fax: 310-312-4224
Email: cchatham@manatt.com
*ATTORNEY TO BE NOTICED*

**Sarah Emily Moses**
Manatt Phelps and Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
310-312-4128
Email: smoses@manatt.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Sculpt Society, LLC**                          represented by    **Nathaniel L. Bach**
*a California limited liability company*                               (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Andrea Del-Carmen Gonzalez**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Robert Christopher Chatham**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Sarah Emily Moses**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2022 | 1 | COMPLAINT Receipt No: ACACDC-33612046 - Fee: $402, filed by Plaintiff Tracy Anderson Mind and Body, LLC. (Attachments: # 1 Exhibit Attachment A) (Attorney Jason T Lueddeke added to party Tracy Anderson Mind and Body, LLC(pty:pla)) (Lueddeke, Jason) (Entered: 07/11/2022) |
| 07/11/2022 | 2 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Tracy Anderson Mind and Body, LLC. (Lueddeke, Jason) (Entered: 07/11/2022) |
| 07/11/2022 | 3 | *Plaintiffs'* CERTIFICATE of Interested Parties filed by Plaintiff All Plaintiffs, identifying Tracy Anderson Mind and Body, LLC; T.A. Studio New York LLC; The Sculpt Society, LLC. (Attorney Jason T Lueddeke added to party T.A. Studio New York, LLC(pty:pla)) (Lueddeke, Jason) (Entered: 07/11/2022) |
| 07/11/2022 | 4 | CIVIL COVER SHEET filed by Plaintiff Tracy Anderson Mind and Body, LLC. (Lueddeke, Jason) (Entered: 07/11/2022) |
| 07/12/2022 | 5 | NOTICE OF ASSIGNMENT to District Judge Ronald S. W. Lew and Magistrate Judge Charles F. Eick. (car) (Entered: 07/12/2022) |
| 07/12/2022 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (car) (Entered: 07/12/2022) |
| 07/12/2022 | 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (car) (Entered: 07/12/2022) |
| 07/12/2022 | 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendants Megan Roup, The Sculpt Society, LLC. (car) (Entered: 07/12/2022) |
| 07/12/2022 | 9 | NOTICE TO COUNSEL RE: Copyright, Patent and Trademark Reporting Requirements. Counsel shall file the appropriate AO-120 and/or AO-121 form with the Clerk within 10 days. (car) (Entered: 07/12/2022) |
| 07/15/2022 | 10 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Lueddeke, Jason) (Entered: 07/15/2022) |
| 07/25/2022 | 11 | WAIVER OF SERVICE Returned Executed filed by Plaintiffs Tracy Anderson Mind and Body, LLC, T.A. Studio New York, LLC. upon Megan Roup waiver sent by Plaintiff on 7/21/2022, answer due 9/19/2022; The Sculpt Society, LLC waiver sent by Plaintiff on 7/21/2022, answer due 9/19/2022. Waiver of Service signed by Nathaniel L. Bach. (Bentz, Tamany) (Entered: 07/25/2022) |
| 09/13/2022 | 12 | FIRST AMENDED COMPLAINT against Defendants All Defendants amending Complaint (Attorney Civil Case Opening), 1 , filed by Plaintiffs Tracy Anderson Mind and Body, LLC, T.A. Studio New York, LLC (Attachments: # 1 Certificate of Service) (Bentz, Tamany) (Entered: 09/13/2022) |
| 09/27/2022 | 13 | Notice of Appearance or Withdrawal of Counsel: for attorney Sarah Emily Moses counsel for Defendants Megan Roup, The Sculpt Society, LLC. Adding Sarah E. Moses as counsel of record for Megan Roup and The Sculpt Society for the reason indicated in the G-123 Notice. Filed by Defendants Megan Roup and The Sculpt Society. (Attorney Sarah Emily Moses added to party Megan Roup(pty:dft), Attorney Sarah Emily Moses added to party The Sculpt Society, LLC(pty:dft))(Moses, Sarah) (Entered: 09/27/2022) |
| 09/27/2022 | 14 | Notice of Appearance or Withdrawal of Counsel: for attorney Nathaniel L Bach counsel for Defendants Megan Roup, The Sculpt Society, LLC. Adding Nathaniel L. Bach as |

| | | counsel of record for Megan Roup and The Sculpt Society, LLC for the reason indicated in the G-123 Notice. Filed by Defendant Megan Roup and The Sculpt Society, LLC. (Attorney Nathaniel L Bach added to party Megan Roup(pty:dft), Attorney Nathaniel L Bach added to party The Sculpt Society, LLC(pty:dft))(Bach, Nathaniel) (Entered: 09/27/2022) |
|---|---|---|
| 09/27/2022 | 15 | NOTICE OF MOTION AND MOTION to Dismiss Plaintiffs' First Amended Complaint , NOTICE OF MOTION AND MOTION to Strike -- Special Motion to Strike (Anti-SLAPP) Re Amended Complaint/Petition, 12 filed by Defendants Megan Roup, The Sculpt Society, LLC. Motion set for hearing on 11/1/2022 at 10:00 AM before Judge Ronald S.W. Lew. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration if Nathaniel L. Bach, # 3 Proposed Order) (Bach, Nathaniel) (Entered: 09/27/2022) |
| 09/27/2022 | 16 | CERTIFICATE of Interested Parties filed by Defendants Megan Roup, The Sculpt Society, LLC, identifying No Corporate Parent; interested parties: Plaintiff Tracy Anderson Mind and Body, LLC; Plaintiff T.A. Studio New York LLC; Tracy Anderson; Defendant Megan Roup; Defendant The Sculpt Society, LLC; Beazley Group. (Bach, Nathaniel) (Entered: 09/27/2022) |
| 10/11/2022 | 17 | OPPOSITION in opposition to re: NOTICE OF MOTION AND MOTION to Dismiss Plaintiffs' First Amended Complaint NOTICE OF MOTION AND MOTION to Strike -- Special Motion to Strike (Anti-SLAPP) Re Amended Complaint/Petition, 12 15 filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Bentz, Tamany) (Entered: 10/11/2022) |
| 10/18/2022 | 18 | REPLY in support of NOTICE OF MOTION AND MOTION to Dismiss Plaintiffs' First Amended Complaint NOTICE OF MOTION AND MOTION to Strike -- Special Motion to Strike (Anti-SLAPP) Re Amended Complaint/Petition, 12 15 filed by Defendants Megan Roup, The Sculpt Society, LLC. (Bach, Nathaniel) (Entered: 10/18/2022) |
| 10/26/2022 | 19 | SCHEDULING NOTICE (IN CHAMBERS) by Judge Ronald S.W. Lew. The hearing on the NOTICE OF MOTION AND MOTION to Dismiss Plaintiffs' First Amended Complaint, NOTICE OF MOTION AND MOTION to Strike -- Special Motion to Strike (Anti-SLAPP) Re Amended Complaint/Petition 15 , set for 11/1/2022, at 10:00 AM, is hereby vacated and taken OFF CALENDAR. The motion is suitable for decision without oral argument and stands SUBMITTED. No appearance necessary on 11/1/2022. The Courts ruling will issue. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cj) TEXT ONLY ENTRY (Entered: 10/26/2022) |
| 12/12/2022 | 20 | ORDER RE MOTION TO DISMISS AND MOTION TO STRIKE by Judge Ronald S.W. Lew: The Court GRANTS Defendants' Motion to Dismiss Plaintiffs' Lanham Act and UCL claims with leave to amend and DENIES Defendant's Motion to Dismiss Plaintiffs' copyright and breach of contract claims 15 . The Court will defer its final ruling on Defendants' anti-SLAPP request until after Plaintiffs have amended their complaint in light of this Order. (gk) (Entered: 12/14/2022) |
| 01/18/2023 | 21 | ANSWER to Amended Complaint/Petition, 12 JURY DEMAND. filed by Defendants Megan Roup, The Sculpt Society, LLC.(Bach, Nathaniel) (Entered: 01/18/2023) |
| 01/18/2023 | 22 | REQUEST to Dismiss Lanham Act and UCL Claims with Prejudice *and*, REQUEST for Ruling on Special Motion to Strike (Anti-SLAPP) filed by Defendants Megan Roup, The Sculpt Society, LLC. (Attachments: # 1 Declaration of Sarah E. Moses) (Bach, Nathaniel) (Entered: 01/18/2023) |
| 01/19/2023 | 23 | SCHEDULING NOTICE (IN CHAMBERS) by Judge Ronald S.W. Lew. The Court construes the REQUEST to Dismiss Lanham Act and UCL Claims with Prejudice, REQUEST for Ruling on Special Motion to Strike (Anti-SLAPP) 22 as a motion for |

287

| | | reconsideration of the courts order 20 . The Motion is set for hearing on 2/28/2023 at 10:00 AM before Judge Ronald S.W. Lew. The Court orders the following briefing: an opposition shall be filed on or before 2/7/2023 and a reply shall be filed on or before 2/14/2023. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cj) TEXT ONLY ENTRY (Entered: 01/19/2023) |
|---|---|---|
| 02/07/2023 | 24 | OPPOSITION in opposition re: REQUEST to Dismiss Lanham Act and UCL Claims with Prejudice *and* REQUEST for Ruling on Special Motion to Strike (Anti-SLAPP) 22 *Opposition* filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Bentz, Tamany) (Entered: 02/07/2023) |
| 02/08/2023 | 25 | AMENDED ANSWER to Amended Complaint/Petition, 12 filed by Defendants Megan Roup, The Sculpt Society, LLC. (Bach, Nathaniel) (Entered: 02/08/2023) |
| 02/14/2023 | 26 | REPLY filed by Defendants Megan Roup, The Sculpt Society, LLC *DEFENDANTS MEGAN ROUP AND THE SCULPT SOCIETY, LLCS REPLY IN SUPPORT OF REQUEST FOR (1) DISMISSAL WITH PREJUDICE OF LANHAM ACT AND UCL CLAIMS AND (2) RULING ON SPECIAL MOTION TO STRIKE (ANTI-SLAPP)* (Bach, Nathaniel) (Entered: 02/14/2023) |
| 02/21/2023 | 27 | SCHEDULING NOTICE (IN CHAMBERS) by Judge Ronald S.W. Lew. The hearing on the REQUEST to Dismiss Lanham Act and UCL Claims with Prejudice and, REQUEST for Ruling on Special Motion to Strike (Anti-SLAPP) 22 , set for 2/28/2023, at 10:00 AM, is hereby vacated and taken OFF CALENDAR. The motion is suitable for decision without oral argument and stands SUBMITTED. No appearance necessary on 2/28/2023. The Courts ruling will issue. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cj) TEXT ONLY ENTRY (Entered: 02/21/2023) |
| 05/23/2023 | 28 | ORDER OF THE CHIEF JUDGE (#23-060) approved by Judge Philip S. Gutierrez. IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, this case is transferred from Judge Ronald S. W. Lew to the calendar of Judge Philip S. Gutierrez for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:22-cv-04735-PSG (Ex). (et) (Entered: 05/24/2023) |
| 05/24/2023 | 29 | STANDING ORDER REGARDING NEWLY ASSIGNED CASES by Judge Philip S. Gutierrez. (ji) (Entered: 05/24/2023) |
| 06/11/2023 | 30 | ORDER SETTING SCHEDULING CONFERENCE by Judge Philip S. Gutierrez. Scheduling Conference set for 8/11/2023 at 02:00 PM. (wm) (Entered: 06/11/2023) |
| 06/12/2023 | 31 | Order GRANTING Defendants Motion to Dismiss withPrejudice and Special Motion to Strike. (IN CHAMBERS) by Judge Philip S. Gutierrez: dFor the foregoing reasons, the Court GRANTS Defendants' Motions, DISMISSES Plaintiffs' Lanham Act and UCL claims WITH PREJUDICE, and STRIKES Plaintiffs' UCL claim. IT IS SO ORDERED. (yl) (See document for further details) (Entered: 06/13/2023) |
| 06/22/2023 | 32 | Joint STIPULATION for Extension of Time to File Motion for Attorneys' Fees Under CCP Section 425.16(c) filed by Defendants Megan Roup, The Sculpt Society, LLC. (Attachments: # 1 Declaration of Nathaniel L. Bach in support, # 2 Proposed Order) (Bach, Nathaniel) (Entered: 06/22/2023) |
| 06/24/2023 | 33 | ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS MEGAN ROUP AND THE SCULPT SOCIETY, LLC TO FILE THE MOTION FOR ATTORNEYS' FEES UNDER CCP 425.16(C) 32 by Judge Philip S. Gutierrez. Defendant's deadline to file the Motion for Attorneys' Fees under CCP 425.16(c) is extended to July 10, 2023. (iv) (Entered: 06/26/2023) |

288

| 07/06/2023 | 34 | Second STIPULATION for Extension of Time to File Motion for Attorneys' Fees Under CCP Section 425.16(c) (Joint Stipulation) filed by Defendants Megan Roup, The Sculpt Society, LLC. (Attachments: # 1 Declaration of Nathaniel L. Bach, # 2 Proposed Order) (Bach, Nathaniel) (Entered: 07/06/2023) |
|---|---|---|
| 07/07/2023 | 35 | ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS MEGAN ROUP AND THE SCULPT SOCIETY, LLC TO FILE MOTION FOR ATTORNEYS' FEES UNDER 34 CCP § 425.16(C) by Judge Philip S. Gutierrez. The Court hereby APPROVES the stipulation in its entirety. Defendant's deadline to file the Motion for Attorney's Fees under CCP Section 425.16 (c) is extended to July 32, 2023. IT IS SO ORDERED. (yl) (Entered: 07/10/2023) |
| 07/19/2023 | 36 | Notice of Appearance or Withdrawal of Counsel: for attorney Michael Patrick Brown counsel for Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. Michael Patrick Brown is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Plaintiffs Tracy Anderson Mind and Body, LLC; T.A. Studio New York LLC. (Brown, Michael) (Entered: 07/19/2023) |
| 07/31/2023 | 37 | NOTICE OF MOTION AND MOTION for Attorney Fees *and Costs (CCP Section 425.16(c)* filed by Defendants Megan Roup, The Sculpt Society, LLC. Motion set for hearing on 9/15/2023 at 01:30 PM before Judge Philip S. Gutierrez. (Attachments: # 1 Memorandum, # 2 Declaration of Nathaniel L. Bach, # 3 Proposed Order) (Bach, Nathaniel) (Entered: 07/31/2023) |
| 08/03/2023 | 38 | Notice of Appearance or Withdrawal of Counsel: for attorney Gina Louise Durham counsel for Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. Adding Gina Louise Durham as counsel of record for Tracy Anderson Mind and Body, LLC and T.A. Studio New York LLC for the reason indicated in the G-123 Notice. Filed by Plaintiffs Tracy Anderson Mind and Body, LLC and T.A. Studio New York LLC. (Attorney Gina Louise Durham added to party T.A. Studio New York, LLC(pty:pla), Attorney Gina Louise Durham added to party Tracy Anderson Mind and Body, LLC(pty:pla))(Durham, Gina) (Entered: 08/03/2023) |
| 08/03/2023 | 39 | Notice of Appearance or Withdrawal of Counsel: for attorney Tamany Vinson Bentz counsel for Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. Tamany Vinson Bentz is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Plaintiff Tracy Anderson Mind and Body, LLC and T.A. Studio New York LLC. (Bentz, Tamany) (Entered: 08/03/2023) |
| 08/04/2023 | 40 | SCHEDULING NOTICE TEXT ONLY ENTRY by Judge Philip S. Gutierrez: The Court, on its own motion, continues the Scheduling Conference set for August 11, 2023 to October 6, 2023 at 2:00 PM before Judge Philip S. Gutierrez. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dbe) TEXT ONLY ENTRY (Entered: 08/04/2023) |
| 08/04/2023 | 41 | JOINT REPORT Rule 26(f) Discovery Plan *and Case Management Statement* ; estimated length of trial 5 days, filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC.. (Durham, Gina) (Entered: 08/04/2023) |
| 08/25/2023 | 42 | Opposition re: NOTICE OF MOTION AND MOTION for Attorney Fees *and Costs (CCP Section 425.16(c)* 37 filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Attachments: # 1 Declaration of Jason T. Lueddeke)(Lueddeke, Jason) (Entered: 08/25/2023) |
| 09/01/2023 | 43 | REPLY in support NOTICE OF MOTION AND MOTION for Attorney Fees *and Costs (CCP Section 425.16(c)* 37 filed by Defendants Megan Roup, The Sculpt Society, LLC. |

| | | (Attachments: # 1 Declaration)(Bach, Nathaniel) (Entered: 09/01/2023) |
|---|---|---|
| 09/08/2023 | 44 | Joint STIPULATION to Reschedule Motion for Attorneys' Fees and Costs filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Attachments: # 1 Declaration of Gina L. Durham in Support of Joint Stipulation to Reschedule Hearing, # 2 Proposed Order)(Durham, Gina) (Entered: 09/08/2023) |
| 09/11/2023 | 45 | MINUTES (IN CHAMBERS) ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS AS ADJUSTED 37 by Judge Philip S. Gutierrez. The Court GRANTS Defendants' motion for attorneys fees and costs as adjusted above and awards Defendants $163, 953.21 in attorneys' fees and costs. The Court declines to stay its fee award and orders Plaintiffs to pay Defendants' attorneys' fees and costs within 30 days of the entry of this order. (iv) (Entered: 09/12/2023) |
| 09/12/2023 | 46 | ORDER DENYING JOINT STIPULATION TO RESCHEDULE HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS FROM SEPTEMBER 15, 2023 44 by Judge Philip S. Gutierrez. DENIED BY ORDER OF THE COURT AS MOOT. (iv) (Entered: 09/12/2023) |
| 10/03/2023 | 47 | ORDER FOR JURY TRIAL by Judge Philip S. Gutierrez. The Final Pretrial Conference is set for 11/1/2024 at 2:30 PM. The Jury Trial is set for 11/14/2024 at 9:00 AM. (See document for further details) (yl) (Entered: 10/04/2023) |
| 10/03/2023 | 48 | MINUTE ORDER VACATING SCHEDULING CONFERENCE by Judge Philip S. Gutierrez. Please be advised the Scheduling Conference presently set for October 6, 2023 is VACATED, and the following dates are hereby set. Please review the Courts trial order for further details. The discovery cut off is 2/10/2024. The last day to file motions is 7/29/2024. The Final Pretrial Conference is set for 11/1/2024 at 2:30 PM. The Jury Trial is set for 11/14/2024 at 9:00 AM. (yl) (Entered: 10/04/2023) |
| 10/03/2023 | 49 | ORDER/REFERRAL to ADR Procedure No 3 by Judge Philip S. Gutierrez. Case ordered to a private mediator based upon a stipulation of the parties or by the court order. (yl) (Entered: 10/04/2023) |
| 12/14/2023 | 50 | REQUEST for Protective Order for Confidentiality of Discovery Materials filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC.(Durham, Gina) (Entered: 12/14/2023) |
| 12/14/2023 | 51 | ORDER by Magistrate Judge Charles F. Eick granting 50 Request for Protective Order for Confidentiality of Discovery Materials. FOR GOOD CAUSE SHOWN, IT IS SO ORDERED. (See document for details) (vmun) (Entered: 12/14/2023) |
| 01/19/2024 | 52 | NOTICE OF MOTION AND MOTION to Compel Defendants to Provide Further Responses to RFPs, Interrogatories and RFAs filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. Motion set for hearing on 2/9/2024 at 09:30 AM before Magistrate Judge Charles F. Eick. (Lueddeke, Jason) (Entered: 01/19/2024) |
| 01/19/2024 | 53 | JOINT STIPULATION to MOTION to Compel Defendants to Provide Further Responses to RFPs, Interrogatories and RFAs 52 filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Attachments: # 1 Declaration of N. Bach ISO Defendants Positions in the Joint Stipulation Re: Motion to Compel)(Lueddeke, Jason) (Entered: 01/19/2024) |
| 01/22/2024 | 54 | NOTICE OF ERRATA filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. correcting Joint Stipulation re Discovery Motion, 53 *Correcting [53-1] Declaration of Nathaniel L. Bach* (Lueddeke, Jason) (Entered: 01/22/2024) |
| 01/22/2024 | 55 | DECLARATION of Nathaniel L. Bach re Joint Stipulation re Discovery Motion, 53 filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. |

| | | |
|---|---|---|
| | | (Lueddeke, Jason) (Entered: 01/22/2024) |
| 01/26/2024 | 56 | SUPPLEMENT to MOTION to Compel Defendants to Provide Further Responses to RFPs, Interrogatories and RFAs 52 filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Attachments: # 1 Declaration of Kristina Fernandez Mabrie, # 2 Exhibit A, # 3 Exhibit B)(Fernandez Mabrie, Kristina) (Entered: 01/26/2024) |
| 01/26/2024 | 57 | [*WITHDRAWN AS OF 02/02/2024 59 ] NOTICE OF MOTION AND MOTION to Extend Discovery Cut-Off Date to 3/11/2024 filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. Motion set for hearing on 2/23/2024 at 01:30 PM before Judge Philip S. Gutierrez. (Attachments: # 1 Declaration or Kristina Fernandez Mabrie, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Proposed Order re: 30-Day Extension of Disc. Cutoff) (Durham, Gina) Modified on 2/5/2024 (yl). (Entered: 01/26/2024) |
| 01/31/2024 | 58 | MINUTES (IN CHAMBERS) by Magistrate Judge Charles F. Eick granting in part and denying in part 52 Motion to Compel Defendants to Provide Further Responses, etc. The previously noticed February 9, 2024 hearing is vacated. The Magistrate Judge has taken the Motion under submission without oral argument. (See document for details) (vmun) (Entered: 01/31/2024) |
| 02/02/2024 | 59 | Notice of Withdrawal of Motion to Extend Discovery Cut-Off Date, 57 filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Lueddeke, Jason) (Entered: 02/02/2024) |
| 02/02/2024 | 60 | Joint STIPULATION to Extend Discovery Cut-Off Date to February 23, 2024 solely as to the Deponents' depositions, and the Discovery Cut-Off shall remain set for February 10, 2024 as to all other fact discovery or devices filed by Defendant Megan Roup, The Sculpt Society, LLC. (Attachments: # 1 Proposed Order)(Bach, Nathaniel) (Entered: 02/02/2024) |
| 02/02/2024 | 61 | ORDER GRANTING JOINT STIPULATION FOR LIMITED EXTENSION OF DISCOVERY CUT-OFF AS TO PLAINTIFF-RELATED DEPOSITIONS 60 by Judge Philip S. Gutierrez. NOW THEREFORE, for good cause shown, the Court hereby APPROVES the Stipulation in its entirety. The depositions of TAMB, TANY, and Tracy Anderson will go forward no later than February 23, 2024, on dates that will be mutually agreed among the Parties. The February 10, 2024 Fact Discovery Cut-Off shall otherwise remain in place. (See document for further details) (yl) (Entered: 02/05/2024) |
| 02/15/2024 | 62 | Joint STIPULATION for Order Regarding Authenticity of Documents Produced by Plaintiffs and Defendants filed by Defendants Megan Roup, The Sculpt Society, LLC. (Attachments: # 1 Proposed Order)(Bach, Nathaniel) (Entered: 02/15/2024) |
| 02/15/2024 | 63 | ORDER GRANTING JOINT STIPULATION FOR ORDER REGARDING AUTHENTICITY OF DOCUMENTS PRODUCED BY PLAINTIFFS AND DEFENDANTS 62 by Judge Philip S. Gutierrez. The Court has received, reviewed, and considered Plaintiffs Tracy Anderson Mind and Body, LLC ("TAMB") and T.A. Studio New York LLC ("TANY") ("Plaintiffs") and Defendants Megan Roup and The Sculpt Society, LLCs ("Defendants") Joint Stipulation For Order Regarding Authenticity of Documents Produced by Plaintiffs and Defendants. NOW THEREFORE, the Court hereby APPROVES the Stipulation in its entirety. (yl) (Entered: 02/16/2024) |
| 02/20/2024 | 64 | NOTICE OF MOTION AND MOTION for Leave to file Megan Roup's Recently Acquired Counterclaims and Ordering Roup's Counterclaims Submitted With This Motion Be Deemed Filed filed by Defendant Megan Roup. Motion set for hearing on 3/22/2024 at 01:30 PM before Judge Philip S. Gutierrez. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of Nathaniel L. Bach, # 3 Proposed Order) (Bach, Nathaniel) (Entered: 02/20/2024) |

| 03/01/2024 | 65 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Leave to file Megan Roup's Recently Acquired Counterclaims and Ordering Roup's Counterclaims Submitted With This Motion Be Deemed Filed 64 filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Attachments: # 1 Declaration of Gina Durham, # 2 Exhibit A - 02-28-2011 Trainer Agreement, # 3 Exhibit B - 06-11-2011 Trainer Agreement, # 4 Exhibit C - 02-02-2017 TANY Exit Letter, # 5 Exhibit D - 03-13-2018 C&D Letter)(Durham, Gina) (Entered: 03/01/2024) |
| 03/08/2024 | 66 | REPLY in support of NOTICE OF MOTION AND MOTION for Leave to file Megan Roup's Recently Acquired Counterclaims and Ordering Roup's Counterclaims Submitted With This Motion Be Deemed Filed 64 filed by Defendant Megan Roup. (Bach, Nathaniel) (Entered: 03/08/2024) |
| 03/20/2024 | 67 | ORDER DENYING Defendant Roup's motion for leave to file counterclaims. [ECF 64 ] by Judge Philip S. Gutierrez. For the foregoing reasons, the Court DENIES Defendant Roup's motion for leave to file counterclaims. IT IS SO ORDERED. (See document for further details) (yl) (Entered: 03/20/2024) |
| 04/19/2024 | 68 | APPLICATION to file document *Memorandum in Support of Motion, Statement of Uncontroverted Facts and Compendium of Exhibits (Certain Portions)* under seal filed by Defendants Megan Roup, The Sculpt Society, LLC. (Attachments: # 1 Proposed Order, # 2 Redacted Document, # 3 Redacted Document, # 4 Redacted Document)(Bach, Nathaniel) (Entered: 04/19/2024) |
| 04/19/2024 | 69 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Memorandum in Support of Motion, Statement of Uncontroverted Facts and Compendium of Exhibits (Certain Portions)* under seal 68 filed by Defendants Megan Roup, The Sculpt Society, LLC. (Attachments: # 1 Unredacted Document, # 2 Unredacted Document, # 3 Unredacted Document)(Bach, Nathaniel) (Entered: 04/19/2024) |
| 04/19/2024 | 70 | NOTICE OF MOTION AND MOTION for Summary Judgment as to the first and third causes of action in the First Amended Complaint (Dkt. 12), and the Fifth Affirmative Defense of the Amended Answer (Dkt. 25) *(Full or Partial Summary Judgment)* filed by Defendants Megan Roup, The Sculpt Society, LLC. Motion set for hearing on 6/7/2024 at 01:30 PM before Judge Philip S. Gutierrez. (Attachments: # 1 Memorandum in Support of Motion (Redacted, # 2 Statement of Uncontroverted Facts (Redacted), # 3 Compendium of Exhibits (Redacted), # 4 Request for Judicial Notice, # 5 Proposed Order) (Bach, Nathaniel) (Entered: 04/19/2024) |
| 04/19/2024 | 71 | NOTICE OF LODGING filed *of Video Exhibits* re NOTICE OF MOTION AND MOTION for Summary Judgment as to the first and third causes of action in the First Amended Complaint (Dkt. 12), and the Fifth Affirmative Defense of the Amended Answer (Dkt. 25) *(Full or Partial Summary Judgment)* 70 (Bach, Nathaniel) (Entered: 04/19/2024) |
| 04/22/2024 | 72 | ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL 68 by Judge Philip S. Gutierrez. (lc) (Entered: 04/23/2024) |
| 04/23/2024 | 73 | DECLARATION of Gina Durham In Support Of APPLICATION to file document *Memorandum in Support of Motion, Statement of Uncontroverted Facts and Compendium of Exhibits (Certain Portions)* under seal 68 *pursuant to L.R. 79-5.2.2(b)(i)* filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Attorney Megan A. Divine added to party T.A. Studio New York, LLC(pty:pla), Attorney Megan A. Divine added to party Tracy Anderson Mind and Body, LLC(pty:pla))(Divine, Megan) (Entered: 04/23/2024) |

| 05/17/2024 | 74 | NOTICE of Manual Filing filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC of Electronic video files. (Durham, Gina) (Entered: 05/17/2024) |
|---|---|---|
| 05/17/2024 | 75 | APPLICATION to file document *Opposition to Defs' Motion for Full or Partial Summary Judgment* under seal filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Attachments: # 1 Declaration K. Fernandez-Mabrie, # 2 Proposed Order [Proposed] Order, # 3 Unredacted Document)(Durham, Gina) (Entered: 05/17/2024) |
| 05/18/2024 | 76 | SUPPLEMENT to APPLICATION to file document *Opposition to Defs' Motion for Full or Partial Summary Judgment* under seal 75 *[Plaintiff's Response to Separate Statement of Uncontroverted Facts ISO MSJ]* filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Durham, Gina) (Entered: 05/18/2024) |
| 05/18/2024 | 77 | SUPPLEMENT to APPLICATION to file document *Opposition to Defs' Motion for Full or Partial Summary Judgment* under seal 75 *[Plaintiffs Evidentiary Objections To Declaration Of Megan Roup In Support Of Defendants Motion For Full or Partial Summary Judgment]* filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Durham, Gina) (Entered: 05/18/2024) |
| 05/18/2024 | 78 | First APPLICATION to file document *Opposition to Defendants' Motion for Summary Judgment and Supporting Documents* under seal filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Attachments: # 1 Unredacted Document, # 2 Unredacted Document, # 3 Unredacted Document, # 4 Unredacted Document, # 5 Unredacted Document)(Divine, Megan) (Entered: 05/18/2024) |
| 05/18/2024 | 79 | EXHIBIT Plaintiffs' Compendium of Exhibits ISO Opposition to Motion for Summary Judgment [REDACTED] to APPLICATION to file document *Opposition to Defs' Motion for Full or Partial Summary Judgment* under seal 75 filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Attachments: # 1 Exhibit Compendium of Exhibits ISO Plaintiffs' Opposition to Motion for Summary Judgment 2 of 2)(Divine, Megan) (Entered: 05/18/2024) |
| 05/18/2024 | 80 | First NOTICE OF MOTION AND MOTION for Extension of Time to File Plaintiffs' Ancillary Documents In Support of Its Opposition to Defendants' Motion for Summary Judgment filed by PLAINTIFFS T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Attachments: # 1 Declaration Declaration of G. Durham ISO Motion for Extension to File, # 2 Proposed Order Proposed Order Granting Motion) (Divine, Megan) (Entered: 05/18/2024) |
| 05/19/2024 | 81 | EXHIBIT [REDACTED] Compendium of Exhibits ISO Plaintiffs' Opposition to Defendants' MSJ to APPLICATION to file document *Opposition to Defs' Motion for Full or Partial Summary Judgment* under seal 75 *CORRECTION OF DOCKET # 79* filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Fernandez Mabrie, Kristina) (Entered: 05/19/2024) |
| 05/20/2024 | 82 | REQUEST for Order for Removal of Improperly Filed Documents filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Attachments: # 1 Proposed Order Plaintiffs' Proposed Order Granting Plaintiffs' Emergency Motion to Remove Documents) (Fernandez Mabrie, Kristina) (Entered: 05/20/2024) |
| 05/20/2024 | 83 | APPLICATION to file document *(1) Plaintiffs' Opposition to Defendants Motion for Full or Partial Summary Judgment; (2) Plaintiffs' Compendium of Exhibits In Support of Plaintiffs Opposition to Defendants Motion for Summary Judgment; and (3) Plaintiffs' Response to Defendants Statement of Uncontroverted Facts* under seal filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Attachments: # 1 |

293

| | | |
|---|---|---|
| | | Proposed Order, # 2 Redacted Document Plaintiffs' Redacted Opposition to Defendants Motion for Full or Partial Summary Judgment, # 3 Redacted Document Plaintiffs' Redacted Compendium of Exhibits In Support of Plaintiffs Opposition to Defendants Motion for Summary Judgment, # 4 Redacted Document Plaintiffs Redacted Response to Defendants Statement of Uncontroverted Facts In Support of Motion for Summary Judgment)(Fernandez Mabrie, Kristina) (Entered: 05/20/2024) |
| 05/20/2024 | 84 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *(1) Plaintiffs' Opposition to Defendants Motion for Full or Partial Summary Judgment; (2) Plaintiffs' Compendium of Exhibits In Support of Plaintiffs Opposition to Defendants Motion for Summary Judgment; and ( 83 filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Attachments: # 1 Unredacted Document Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, # 2 Unredacted Document Plaintiffs' Response to Defendants' Statement of Uncontroverted Facts, # 3 Unredacted Document Segment 1 of 2 of Plaintiffs' Compendium of Exhibits In Support of Opposition to Defendants' Motion for Summary Judgment, # 4 Unredacted Document Segment 2 of 2 of Plaintiffs' Compendium of Exhibits In Support of Opposition to Defendants' Motion for Summary Judgment)(Fernandez Mabrie, Kristina) (Entered: 05/20/2024)* |
| 05/20/2024 | 85 | Objection in opposition to re: NOTICE OF MOTION AND MOTION for Summary Judgment as to the first and third causes of action in the First Amended Complaint (Dkt. 12), and the Fifth Affirmative Defense of the Amended Answer (Dkt. 25) *(Full or Partial Summary Judgment)* 70 *Plaintiffs' Evidentiary Objections to Defendants' Declaration of M. Roup Filed In Support of Defendants Motion for Summary Judgment* filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Fernandez Mabrie, Kristina) (Entered: 05/20/2024) |
| 05/20/2024 | 86 | ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS DKT 82 by Judge Philip S. Gutierrez. IT IS HEREBY ORDERED that Docket Nos. 75-79, and 81 shall be permanently deleted from the public record such that Plaintiffs' concurrently filed (1) Application for Leave to File Under Seal and related redacted versions of the documents proposed to be filed under seal; and (2) Plaintiffs Sealed Declaration of Kristina Fernandez Mabrie In Support of Plaintiffs Application for Leave to File Under Seal and related unredacted version of the documents proposed to filed under seal replace those docket entries. IT IS SO ORDERED. (See document for further details) (yl) (Entered: 05/20/2024) |
| 05/20/2024 | 89 | ORDER GRANTING PLAINTIFFS' RULE 6(b)(1)(B) MOTION TO EXTEND TIME (FILED AFTER EXPIRATION OF TIME PERIOD) DKT 80 by Judge Philip S. Gutierrez. The Court finds as follows: Though, Plaintiffs' Opposition to Defendants Megan Roup and the Sculpt Society, LLCs Motion for Full or Partial Summary Judgement was filed prior to the March 17, 2024, midnight deadline, the ancillary papers to its Opposition were filed after the midnight deadline due to unpreventable technical issues experienced by the filer causing a loss in work product. In its Motion, Plaintiffs' set forth sufficient facts establishing that its failure to file the ancillary papers by the May 17, midnight deadline was the result of excusable neglectnamely, unforeseeable technical troubles due to certain documents file size. Accordingly, the Court finds good cause for granting the Motion and allowing Plaintiffs an additional 3 hours and 5 minutes. IT IS HEREBY ORDERED granting Plaintiffs Motion for Extension of Time. IT IS SO ORDERED. (yl) (Entered: 05/21/2024) |
| 05/20/2024 | 90 | ORDER GRANTING PLAINTIFFS' APPLICATION TO SEAL EVIDENCE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT DKT 83 by Judge Philip S. Gutierrez. The Court, having considered Plaintiffs Tracy Anderson Mind and Body, LLC and T.A. Studio New York LLCs Application to Seal Evidence in Support of Opposition to Defendants Megan Roup |

| | | |
|---|---|---|
| | | and The Sculpt Society, LLCs Motion for Full or Partial Summary Judgment [L.R. 79-5.2.2(a), (b)], finds that compelling reasons exist to permit the following documents to be filed under seal: (SEE DOCUMENT FOR FURTHER DETAILS)(yl) (Entered: 05/21/2024) |
| 05/21/2024 | 87 | AMENDED ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO SEAL INCORRECTLY FILED DOCUMENTS DKT 82 86 by Judge Philip S. Gutierrez. IT IS HEREBY ORDERED that Docket Nos. 75-79, and 81 shall be permanently sealed from the public record such that Plaintiffs' concurrently filed (1) Application for Leave to File Under Seal and related redacted versions of the documents proposed to be filed under seal; and (2) Plaintiffs' Sealed Declaration of Kristina Fernandez Mabrie In Support of Plaintiffs' Application for Leave to File Under Seal and related unredacted version of the documents proposed to filed under seal correct and replace those docket entries. IT IS SO ORDERED. (See document for further details) (yl) (Entered: 05/21/2024) |
| 05/21/2024 | 88 | DECLARATION of Nathaniel L. Bach IN RESPONSE TO APPLICATION to file document *(1) Plaintiffs' Opposition to Defendants Motion for Full or Partial Summary Judgment; (2) Plaintiffs' Compendium of Exhibits In Support of Plaintiffs Opposition to Defendants Motion for Summary Judgment; and ( 83 DECLARATION OF NATHANIEL L. BACH IN RESPONSE TO PLAINTIFFS APPLICATION TO SEAL EVIDENCE IN SUPPORT OF OPPOSITION TO DEFENDANTS MOTION FOR FULL OR PARTIAL SUMMARY JUDGMENT [L.R. 79-5.2.2(a), (b)] filed by Defendants Megan Roup, The Sculpt Society, LLC. (Bach, Nathaniel) (Entered: 05/21/2024)* |
| 05/22/2024 | 91 | SEALED OPPOSITION RE NOTICE OF MOTION AND MOTION for Summary Judgment as to the first and third causes of action in the First Amended Complaint (Dkt. 12), and the Fifth Affirmative Defense of the Amended Answer (Dkt. 25) *(Full or Partial Summary Judgment)* 70 , Order on Motion for Leave to File Document Under Seal,, 90 filed by Plaintiffs T.A. Studio New York, LLC, Tracy Anderson Mind and Body, LLC. (Attachments: # 1 Supplement SEALED Plaintiffs' Response to Defendants Statement of Uncontroverted Facts, # 2 Exhibit SEALED Plaintiffs' Compendium of Exhibits In Support of Plaintiffs' Opposition to Defendants Motion for Summary Judgment (1 of 2), # 3 Exhibit SEALED Plaintiffs' Compendium of Exhibits In Support of Plaintiffs' Opposition to Defendants Motion for Summary Judgment (2 of 2))(Fernandez Mabrie, Kristina) (Entered: 05/22/2024) |
| 05/24/2024 | 92 | APPLICATION to file document *Evidentiary Objections and Response Statement* under seal filed by Defendants Megan Roup, The Sculpt Society, LLC. (Attachments: # 1 Proposed Order, # 2 Redacted Document Evidentiary Objections, # 3 Redacted Document Response Statement)(Bach, Nathaniel) (Entered: 05/24/2024) |
| 05/24/2024 | 93 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Evidentiary Objections and Response Statement* under seal 92 filed by Defendants Megan Roup, The Sculpt Society, LLC. (Attachments: # 1 Redacted Document Evidentiary Objections, # 2 Redacted Document Response Statement)(Bach, Nathaniel) (Entered: 05/24/2024) |
| 05/24/2024 | 94 | REPLY in support of NOTICE OF MOTION AND MOTION for Summary Judgment as to the first and third causes of action in the First Amended Complaint (Dkt. 12), and the Fifth Affirmative Defense of the Amended Answer (Dkt. 25) *(Full or Partial Summary Judgment)* 70 filed by Defendants Megan Roup, The Sculpt Society, LLC. (Bach, Nathaniel) (Entered: 05/24/2024) |
| 05/24/2024 | 95 | RESPONSE filed by Defendants Megan Roup, The Sculpt Society, LLCto Objection/Opposition (Motion related),, 85 (Bach, Nathaniel) (Entered: 05/24/2024) |

| | | |
|---|---|---|
| 05/24/2024 | 96 | OBJECTIONS to Sealed Declaration in SupportDeclaration,,, 84 --*Defendants Megan Roup and The Sculpt Society, LLC's Evidentiary Objections and Request for Ruling on Specified Objections* filed by Defendants Megan Roup, The Sculpt Society, LLC. (Bach, Nathaniel) (Entered: 05/24/2024) |
| 05/24/2024 | 97 | RESPONSE filed by Defendants Megan Roup, The Sculpt Society, LLCto Reply (Motion related), 94 *to Statement of Genuine Disputes of Material Fact* (Bach, Nathaniel) (Entered: 05/24/2024) |
| 05/28/2024 | 98 | ORDER GRANTING DEFENDANTS MEGAN ROUP AND THE SCULPT SOCIETY, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MATERIALS 92 by Judge Philip S. Gutierrez. See order for details. (lom) Modified on 5/28/2024 (lom). (Entered: 05/28/2024) |
| 06/04/2024 | 99 | (IN CHAMBERS) ORDER by Judge Philip S. Gutierrez: The Court finds that Defendant's Motion for Summary Judgment 70 set for hearing on June 7, 2024, is appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. L.R. 7-15. Accordingly, the motion is taken UNDER SUBMISSION and the hearing is vacated. No appearances are necessary on this date. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dd) TEXT ONLY ENTRY (Entered: 06/04/2024) |
| 06/12/2024 | 100 | MINUTES (In Chambers): Order GRANTING in part and DENYING in part Defendants' motion for summary judgment by Judge Philip S. Gutierrez granting in part and denying in part 70 for Summary Judgment: For the foregoing reasons, the Court GRANTS Defendants' motion for summary judgment on Plaintiffs' copyright claim, but DENIES summary judgment on Plaintiffs' breach of contract claim and Defendants' fifth affirmative defense. (see document for further details) (bm) (Entered: 06/13/2024) |
| 09/30/2024 | 101 | Joint STIPULATION for Extension of Time to File Motions In Limine filed by Plaintiff Tracy Anderson Mind and Body, LLC, T.A. Studio New York, LLC. (Attachments: # 1 Proposed Order Proposed Order)(Durham, Gina) (Entered: 09/30/2024) |
| 10/02/2024 | 102 | ORDER ON JOINT STIPULATION TO EXTEND DEADLINES FOR MOTION IN LIMINE FILINGS 101 by Judge Philip S. Gutierrez. The Court finds good cause and hereby GRANTS the Parties request. The court ORDERS as follows: The deadline for the Parties to file and serve motions in limine is extended to October 15, 2024. The deadline for the Parties to file and serve opposition to motions in limine is extended to October 28, 2024. IT IS SO ORDERED. (See document for further details) (yl) (Entered: 10/04/2024) |
| 10/14/2024 | 103 | Joint STIPULATION to Dismiss Case pursuant to The parties have resolved the remaining claim by separate agreement filed by Plaintiff Tracy Anderson Mind and Body, LLC, T.A. Studio New York, LLC. (Attachments: # 1 Proposed Order Proposed Judgment)(Durham, Gina) (Entered: 10/14/2024) |
| 10/17/2024 | 104 | JUDGMENT IN FAVOR OF DEFENDANTS 103 by Judge Philip S. Gutierrez. It is further ORDERED, ADJUDGED AND DECREED that: The Contract Claim is DISMISSED WITH PREJUDICE per separate agreement of the Parties. JUDGMENT IS ENTERED AGAINST PLAINTIFFS AND IN FAVOR OF EACH OF THE DEFENDANTS as to the Copyright Claim, Lanham Act claim, and Unfair Competition Claim. Plaintiffs reserve the right to appeal this Final Judgment only as to TAMB's Copyright Claim and will not challenge the disposition of the other claims. The Court shall maintain jurisdiction over the Parties to enforce anyterms of the Parties' separate agreement, as may become necessary. There being no just reason for delay, the Court, in the interests of justice, expressly directs the Clerk of the Court to enter this Judgment, and hereby decrees that, upon entry, it shall be deemed a Final Judgment. IT IS SO |

| | | ORDERED AND ADJUDGED. (See document for further details) (MD JS-6, Case Terminated). (yl) (Entered: 10/17/2024) |
|---|---|---|
| 11/13/2024 | [105](#) | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Plaintiff Tracy Anderson Mind and Body, LLC, T.A. Studio New York, LLC. Appeal of Judgment,,, [104](#) . (Appeal Fee - $605 Fee Paid, Receipt No. ACACDC-38572222.) (Durham, Gina) (Entered: 11/13/2024) |
| 11/15/2024 | [106](#) | NOTIFICATION from Ninth Circuit Court of Appeals of case number assigned and briefing schedule. Appeal Docket No. 24-6936 assigned to Notice of Appeal to 9th Circuit Court of Appeals [105](#) as to Plaintiff Tracy Anderson Mind and Body, LLC. (mat) (Entered: 11/19/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/12/2025 19:52:19 | | | |
| **PACER Login:** | firmaccount | **Client Code:** | 000138.000005 |
| **Description:** | Docket Report | **Search Criteria:** | 2:22-cv-04735-PSG-E End date: 2/12/2025 |
| **Billable Pages:** | 15 | **Cost:** | 1.50 |