UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRACY ANDERSON MIND AND BODY, LLC, a Delaware limited liability company, <br><br> Plaintiff - Appellant, <br><br> and <br><br> T.A. STUDIO NEW YORK, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MEGAN ROUP and THE SCULPT SOCIETY, LLC, a California limited liability company, <br><br> Defendants - Appellees. | No. 24-6936 <br><br> D.C. No. 2:22-cv-04735-PSG-E Central District of California, Los Angeles <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The unopposed motion (Docket Entry No. 13) to file under seal Volume 3 of the excerpts of record is granted. The clerk will file publicly the motion to seal (Docket Entry No. 13.1), the opening brief (Docket Entry No. 14), and Volumes 1 through 2 of the excerpts of record (Docket Entry No. 12). The clerk will maintain under seal Volume 3 of the excerpts of record at Docket Entry No. 16.

The motion to transmit physical exhibits will be addressed by separate order.

The existing briefing schedule remains in effect.