# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-6936

**Case Name** Tracy Anderson Mind And Body, LLC, et al. v. Roup, et al.

**Hearing Location** (*city*) Pasadena

**Your Name** Nathaniel L. Bach

List the sitting dates for the two sitting months you were asked to review:

December 1-5 and 8-12, 2025
February 2-6 and 9-13, 2026

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am unavailable on the following dates:
December 1-5 and 8-12, 2025: I have a jury trial in L.A. Superior Court scheduled to begin December 1, 2025 through at least December 12, 2025.

February 6, 9, 12, and 13, 2026: I will be out of town due to preplanned, pre-booked travel.

I am available for argument on February 2, 3, 4, 5, 10, and 11, 2026. I have conferred with Appellant's counsel who are available on those specific dates as well.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

n/a

**Signature** s/Nathaniel L. Bach    **Date** 9/10/2025

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**    *New 12/01/2018*